# IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~NORTHERN~~ DISTRICT OF ALABAMA
### Middle

RECEIVED

Jimmy Frank Cameron Pro-Se 2006 DEC 19 A 9:39

Inmate Identification Number: _105591_

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

Richard Allen Commisioner Et. Al

Doctor Siddiq

P. H S        ET, AL

Prison Health Services

2:06-CV-1115-MHT

(Enter above full name(s) of the defendant(s)
in this action)

I.    **Previous lawsuits**

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes ( ✓ )        No ( )

B.    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than
one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    Jimmy Frank Cameron

Defendant(s):    Donal Campbell Et. Al P. H S
Samuel Rayapati Glorie Thonson, Anthonett Marsh
Victoria Young - Case No. 2:06-CV-88-W.H.A.
Denial of Edeuate meoical Treatment

**SCANNED**

2.   Court (if Federal Court, name the district; if State Court, name the county)

Middle District

3.   Docket number _206 - CV - 88 - W-H-A_

4.   Name of judge to whom case was assigned    _Honorable Charles Coody_

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6.   Approximate date of filing lawsuit _2-3-06_

7.   Approximate date of disposition _____

II.   Place of present confinement    _Bullock Correctional Center_

A.   Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )         No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )         No ( )

C.   If your answer is YES:

1.   What steps did you take? _file a Number of Grievances and Denied, about my Back Pain_

2.   What was the result? _All Denied  See Exhibits A B-C & D_

D.   If your answer is NO, explain why not? _____

2

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff(s)    Jimmy Frank Cameron

    Address    PO- Box 5107 union Springs Ala 36089

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.    Defendant    Richard Allen

    is employed as    Prison commisioner

    at    Alabama Dept. of Corrections P.O.Box 301501 Mont. Ala 36130

C.    Additional Defendants    Doctor Siddiq .   P.H.S Prison Health Service
    Doctor at Bullock Correctional Facility
    Prison Health Service

V.    Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Violation of 8 and 14 Amendments ask Doctor Siddiq for Deconpression Theraphy for Pinch nerves in my Back, was Told "To Learn To Live with it!" Comestic Treatment is All The Treatment I've HAD as Record Show. See Attached Page

Plantiff Live in Constant Pain. Doctor Sidory
Just Refuses To give me Edequate Medical Treatment!

Pursuant To 28 U.S.C 1331 1243 A 3

7. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases
or statutes.

Order Defendant To give Plantiff Deconpression
Theraphy for His Back, Order Defendant To Pay
Plantiff $125.000 for Pain and suffering and Being
Abused. give a Intuction To Defendants ordering
No Retalelation against Plawtiff. are Mistrentment
Order Nurse Massey To stop Harrussing Plawtiff

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-4-06___.

*Jimmy Frank Cameron*
*N.I.S 705591*

Signature(s)

4

# Statement of Case

Come Now Jimmy Frank Cameron in The Above Style
cause To Let This Honorable court know That his Life
is in Danger After filing The First civil Action
on 2-3-06. Plantiff has been Prescribed medication
That Plantiff was not suspose To Take. Plantiff has
a Liver Diease Hipatitus C. Doctor Siddig has
Prescribed Plantiff medication after Plantiff Repeatedly
Told Doctor Siddig That Plantiff was not suspose To
Take That medicine. check Plantiff medical Records
plainly show Plantiff (Allergies Ibuprofem). Plantiff
Has been Prescribed Fosamax another Drug That
Plainly states on it Label not To be Taken if you
have a Liver Diease. Plantiff Just want To Show
This Honorable Court That The Defendants Show
Deliberate Indifferene Trenting Plantiff Every Day
with The wrong medication. Plaintiff medical
Records will Plainly show! What Plaintiff is Letting
The court know (see medical Record)
Plantiff has not been givin Edequate medical Treatment
from The Defendant! nothing but cosmetic Treatment
for a painful Back Problem I saw Chronic Care

11-27-06   Nurse ms. Kwhol She Told me she Did not care
see Exhibit  if I even got medical Treatment. She said I was A
A  K.K.K because I Live At cullman Ala, while on Parole
after she found out about my Pending civil Action
against P.H.S

105591

Jimmy F Cameron

# Exhibit A

*Exhibit A*

# PRISON HEALTH SERVICES
## MEDICAL COMPLAINT FORM

Jimmy Cameron _____ 105591 _____ 3-22 _____ 11-28-06

NAME _____ AIS # _____ UNIT _____ DATE

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A---INMATE REQUEST**

Ms Knoles. The Chronic care nurse Told me she
Did not care if I ever get Treatment. She called me
a Kik kar unprofessenl conduct.

_____

INMATE SIGNATURE

**PART B –RESPONSE**                 DATE RECEIVED _____

Issue addressed.
Inmate agreed to the outcome
of the discussion.
use of professional
conduct at all times
by staff + inmates

MEDICAL STAFF SIGNATURE

11/29/06

DATE

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL
GRIEVANCE USING THE PRISON HEATLH SERVICES GRIEVANCE FORM

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

11/03 - Alabama

# Exhibit B



Exhibit B

# PRISON HEALTH SERVICES
## MEDICAL **COMPLAINT** FORM

Jimmy Cameron    105591    3-22    11-16-06
NAME    AIS #    UNIT    DATE

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A---INMATE REQUEST**

I've tried To get Edequate medical Treatment for my Back since I've been here. Doctor siging Release To Do what is required before I Take Legal Action

_Jimmy Cameron_
INMATE SIGNATURE

**PART B--RESPONSE**    DATE RECEIVED 11/7/06

Mr. Sidney has been addressing your issues related to back pain. You have special passes and is on pain medication. This issue has been and continues to be address.

_[signature]_ HSA
MEDICAL STAFF SIGNATURE
11/7/06
DATE

**IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE PRISON HEATLH SERVICES GRIEVANCE FORM**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI  Delay in Health Care Provided | ☑ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

11/03 - Alabama

# Exhibit C

Exhibit C

## INMATE REQUEST SLIP

Name Jimmy Cameron _____ Quarters 3-22 Date 11-18-06

AIS # 105591

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem
( ) Special Visit           ( ) Time Sheet              ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Im Trying To exhaust State Rememdies
so I can file another suit. I need
ADEQuAte Treatment for my Back
Doctor Siddiq Refuses To give me Treatment
for my Back I still have Pinched Nerves
on my spine I still need Decompression
Therapy.

Do Not Write Below This Line - For Reply Only

You back pain is bein
address. Remedy of treatment
are in place. Request denied.

11/17/06

Approved      (Denied)      Pay Phone      Collect Call

Request Directed To: (Check One)

( ) Warden                          ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor       ( ) Legal Officer - Notary  ( ) Record Office
                                         Public

D. O. N Nurse

N176

# Exhibit D

Exhibit D

## INMATE REQUEST SLIP

Name Jimmy Cameron        Quarters 3-22    Date 11-18-06

AIS # 105591

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet           ( ) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Capt Nettles

I've been Trying To get Adequate medical Treatment since I've been here. This Doctor Siddiq Just Refusees To do ANy thing for my BACk Pain. I need Depenpresion Theraphy

Thank you

Do Not Write Below This Line - For Reply Only

A review of your record shows that Dr. Siddiq has been addressing each complaint regarding back pain that you present to medical. You have special need passes which includes but nt limited to double mattress pass lay-in and low (bottom) bunk. Medications for pain has also been issued

Approved        (Denied)        Pay Phone        Collect Call

HSA

Request Directed To: (Check One)

( ) Warden            ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176    Sick Call