IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE ~~SOUTHERN~~ DISTRICT OF ALABAMA
~~Northern~~ Middle

2006 DEC 19 A 9:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
Plaintiff(s)/Petitioner(s)

vs.

CIVIL ACTION NO. 2:06-CV-1115-MHT
(To be supplied by Clerk of Court)

Richard Allen Et, Al
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Jimmy Frank Cameron, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: Trying to get medical treatment for pinched nerves in my spine

II. RESIDENCE:
Your address: P.O. Box 5107
(Street)
Union Springs   Alabama   36089
(City)   (State)   (Zip Code)

III. MARITAL STATUS:
1. Single ___  Married ___  Separated ___  Divorced ✓
2. If married, spouse's full name: ___

IV. DEPENDENTS:
1. Number: 0
2. Relationship to dependent(s): ___
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 0

Revised 6/3/96

V. <u>EMPLOYMENT</u>:
   1. Name of employer: __Disabled__
      a. Address of employer: _____
         _____
         (Street)
         _____
         (City)          (State)          (Zip Code)
      b. How long have you been employed by present employer?
         Years: _____      Months _____
      c. Income: Monthly $_____ or Weekly $_____
      d. What is your job title? _____

   2. If unemployed, date of last employment: __1980__
      Amount of salary and wages received per month in last employment: $ _108.00_

   3. Is spouse employed? _____ If so, name of employer: _____
      _____
      a. Income: Monthly $_____ or Weekly $_____
      b. What is spouse's job title? _____

   4. Are you and/or your spouse receiving welfare aid? __No__
      If so, amount: Monthly $_____ or Weekly $_____

VI. <u>FINANCIAL STATUS</u>
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: __0__
      b. Full Address: _____
      c. In whose name: _____
      d. Estimated value -------------------------- $ _____
      e. Total amount owed -------------------------- $ _____
         Owed to: _____ $ _____
         _____ $ _____
      f. Annual income from property -------------------- $ __0__

   2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
      a.
      |                            | Asset (1) | Asset (2) |
      |----------------------------|-----------|-----------|
      | Make & Model:              | 0         | 0         |
      | In whose name registered?  | 0         | 0         |
      | Present Value of Asset:    | 0         | 0         |
      | Amount owed:               | 0         | 0         |
      | Owed to:                   | 0         | 0         |

      b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _.09_

2

Case Number

ID   YR   NUMBER
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

__Middle District of Alabama Northern Division__
[Insert appropriate court]

__Jimmy Frank Cameron__
(Petitioner)

2:06-CV-1115-MHT

vs.

__Richard Allen Et, Al  Doctor Siddiq, P.H.S__
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Jimmy Frank Cameron__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No __✓__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   __1980__          __$104.00 weekly__

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____          No __✓__

   b. Rent payments, interest, or dividends?
      Yes _____          No __✓__

   c. Pensions, annuities, or life insurance payments?
      Yes _____          No __✓__

   d. Gifts or inheritances?
      Yes _____          No __✓__

   e. Any other sources?
      Yes _____          No __✓__

(c)  Pensions, annuities, or life insurance payments?   Yes ____  No _O_
(d)  Gifts or inheritances?                             Yes ____  No _O_
(e)  Any other sources?                                 Yes ____  No _O_

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _O_

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____  No _X_

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____0_____
_____0_____
_____0_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11-19-06      105591      *Jimmy F Cameron*
                                 SIGNATURE OF PLAINTIFF

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE _____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __12-6-06__
   (Date)

   _Jimmy F Cameron_
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.09__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

_____
_____

__12-14-06__
DATE

_S Cunningham_
AUTHORIZED OFFICER OF INSTITUTION

BULLOCK COUNTY CORR. FACILITY

Rule 32

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 105591      NAME: CAMERON, JIMMY            AS OF: 12/14/2006

                # OF      AVG DAILY        MONTHLY
      MONTH     DAYS       BALANCE         DEPOSITS
      ------------------------------------------------

      DEC       17         $0.00           $0.00
      JAN       31         $0.00           $0.00
      FEB       28         $0.00           $0.00
      MAR       31         $0.00           $0.00
      APR       30         $0.00           $0.00
      MAY       31         $0.00           $0.00
      JUN       30         $0.00           $0.00
      JUL       31         $0.00           $0.00
      AUG       31         $0.00           $0.00
      SEP       30         $0.00           $0.00
      OCT       31         $0.00           $0.00
      NOV       30         $0.08           $0.09
      DEC       14         $0.09           $0.00
```

                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY