**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Commissioner Richard Aller
   Department of Corrections
   P.O. Box 301501
   Montgomery, AL 36130

   06cv1115

2. Article Number
   (Transfer from service label)
   7005 1160 0001 2962 0549

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Ray P. Hope
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
   DEC 27 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes