In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
    Plantiff

v.

CASE NO. 2:06 CV-1115-MHT

Richard Allen Et. Al
    Defendants

Motion To Amend

Motion for Trial under
U.S.C Title 28 § 770 – 773

Come now Jimmy F Cameron and Does Petition This Honorable Court for a Jury Trial in This Civil Action!

Certificate of Service

Come now Jimmy F Cameron and Does Say That a copy of the foregoing was Served on the Defendants Attorney's this Day 12-28-06 by Placing a copy in The free Legal mail Box at Bullock correctional facility

12-28-06

Jimmy F Cameron
    Plantiff

[Received stamp: 2007 JAN 10 A 10:07, P. HACKETT, CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]