In The United States District
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

v.                                     Case No. 206-CV-1115-MHT

Richard Allen Et, AL
    Defendants

## Motion To Amend Complaint To Advise The Court

On The 1-23-07 Plantiff was charged 3.00 co. Pay To see Doctor Siddiq for Treatment for Back pain. Plantiff saw Doctor Siddiq and ask him To help plantiff. again plantiff told Doctor Siddiq about Plantiff having Hepatistis C. Plantiff Told Doctor Siddiq That He was not suspose To be Taking Tylenol because They were Bad for Plantiff liver. Doctor Siddiq Reply was. you Dont have To Take it. Plantiff ask The Doctor if That was all he was going To Do for Plantiff and was Told by Doctor Siddiq That was all That He was going To Do. Plantiff is charged $3.00 co-Pay every Time he signs up for sick Call for The Same Reason. with out ever getting any serious Treatment! for his Back problems. see Exhibits in medical Records Plantiff is being Denied Edequate medical Treatment Because of This Civil Action." and has been since coming into The Department of Corrections

Plantiff Ask This Honorable Court To ORDER P.H.S and Doctor Siddig To give Plantiff Edequate Treatment for his BACK. Plantiff has Acid Reflex and has To Take ZANTAC 150 M.G. and High Blood Pressure Medication 25 m.g. Plantiff Suffers from Pinched Nerves on his Spine. and need Decompression Therophy To Stop ALL his Pain and suffering.

1-23-07                                  Jimmy F Cameron
                                              Plantiff

Certificate of Service

Come Now Jimmy F Cameron and Does Say That A Copy of The forgoing was mailed The The Dept. of Correction Legal Division on ,1-23-07 Postage Prepaid. by placing same in the US Mail

1-23-07                                  Jimmy F Cameron
                                              plantiff 105591

EXHIBIT (A)

'A-8

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTOCOPIED**

~~ALABAMA~~ DEPARTMENT OF CORRECTIONS

Name: Cameron, Jimmy
State ID No: 105591
DOB: 123048
Race: W   Sex: M

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: VCF

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rampoti /eg | 011006 | 0930 | X | | |

Coned down AP view true lateral and Oblique views at the level of T7-T8 (Thoracic Spine) ~~Previous Films~~

X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | ✓ THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | X both obl T.Spine Coned down |

Cameron                    REPORT

AP, LATERAL AND OBLIQUE VIEWS OF THE LOWER DORSAL SPINE: There are severe compression fractures of the bodies of T7 and T8 with moderately severe compression fracture of T11. There is relatively slight compression of the body of T6. There is moderate osteopenia. There are mild associated degenerative and hypertrophic changes.

IMPRESSION: MULTIPLE COMPRESSION FRACTURES AS DESCRIBED, THE AGE OF WHICH IS UNKNOWN.

D & T: 01-12-06 Howard P. Schiele, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     1-11-06 DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

EXHIBIT (B)

**DEPARTMENT OF CORRECTIONS**

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: VCF

Name: Cameron, Jimmy
State ID No: 105591
DOB: 12-30-48
Race: W   Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati /cg | 01 05 06 | 1:30p | X | | |

HISTORY/DIAGNOSIS: C/o mid Back to LT Chest discomfort (posterior) w/previous

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X THORACIC SPINE 2 views |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Cameron

**REPORT**

DORSAL SPINE: The examination is compared with the previous study of 11-11-05. The examination again shows compression fractures of T7 and T8. There appears to have been some further compression since previous examination. Compression fractures of T11 and L1 show no significant change. Deformity of multiple left upper ribs is again noted.

IMPRESSION: THERE ARE MULTIPLE COMPRESSION FRACTURES IN THE LOWER DORSAL SPINE. THERE APPEARS TO HAVE BEEN SOME MILD FURTHER COMPRESSION OF THE BODIES OF T7 AND T8. SUGGEST FOLLOW UP TO INCLUDE CONED-DOWN AP, TRUE-LATERAL AND OBLIQUE VIEWS CENTERED AT THE LEVEL OF T7-T8.

D. & T: 01-09-06  Howard P. Schiele, M.D./jhi Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | | 1-6-06 |

RADIOLOGIST'S NAME (PRINT)   RADIOLOGIST'S SIGNATURE   DATE SIGNED

WHITE-CHART COPY  CANARY-PHYSICIAN'S COPY  PINK-FILE COPY