IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JIMMY FRANK CAMERON (AIS# 105591)** | * |
| **Plaintiff,** | * |
| v. | *   2:06-CV-1115-MHT |
| | * |
| **DONAL CAMPBELL, et al.** | * |
| **Defendants.** | * |
| | * |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Prison Health Services, Inc. (hereinafter "PHS") and Tahir Siddiq, M.D. (identified in Plaintiff's Complaint as "Doctor Siddiq") and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by fifteen days (15) up to and including February 14th, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to unavoidable scheduling conflicts, counsel for Defendants has been unable to coordinate with Tahir Siddiq, M.D. in order to present his affidavit testimony to the Court in a timely fashion pursuant to Order.

2. This is first extension of time requested by the Defendants in this matter.

3. This brief extension of time will in no way prejudice any party, nor will it in any way delay the adjudication of this matter.

WHEREFORE, these Defendants request that this Honorable Court extend the time in which they have to respond to this Honorable Court's Order fifteen (15) days up to and including February 14th, 2007.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett GAR085
Attorneys for Defendants PHS and Tahir Siddiq, M.D.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: lpc@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 30th day of January, 2007 to:

Jimmy Frank Cameron (AIS #105591)
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

s/R. Brett Garrett GAR085
Attorney for Defendants PHS, Samuel Rayapati, M.D., Gloria Johnson, L.P.N., Anthonette Marsh, L.P.N., and Victoria Young, L.P.N.