IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the medical defendants on January 30, 2007 (Court Doc. No. 13), and in light of the order entered on January 25, 2007 (Court Doc. No. 12) allowing these defendants an extension until February 28, 2007 to file their answer and written report, it is

ORDERED that the motion for extension of time be and is hereby DENIED as moot.

Done this 30th day of January, 2007.

                                                /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE