In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    plantiff

RECEIVED
2007 FEB 14 A 9:10
_____ P. HACKETT, CL__
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CASE NO. 0206-CV-1115 M.H.T

Commisioner Richard Allen
P.H.S.     Et. Al
Doctor Siddiq   Defendants

Rebuttual of Defendant
Special Report

Come Now Jimmy Frank Cameron and files This Rebuttal
To The Defendants Special Report

1. Plantiff Does Say That He has been Denied Adequate medical Treatment at Bullock Correctional Center. By Doctor siddiq and P.H.S by giving Plantiff Cosmetic Treatment and by giving Plantiff Medication That he Has Allergys To

Plantiff Says As for Commisioner Allen Controlling P.H.S That he is Responsible for Them!"P.H.S not Doing what They are Paid Good money To Do!" Defendants have not under Taken any Review of Plantiff Claims are givin any needed medical Treatment as of This Date! 2-10-07

1. Plantiff Has Proof of ALL His Allegations. Plantiff medical Records! will Prove ALL!"

2. Plantiff Plainly states a claim of violating 8 and 14 Amendment

3. plantiff is entitled to All Relief sought." Because of Denial of Adequate medical Treatment.

5. The Defendants Do not fit The Qualified immunity clause. Plantiff Plainly Told Doctor siddiq That Plantiff was not suspose to Take the prescribed medication That Doctor siddiq gave to Plantiff (see (Medical Records)) Defendants clearly violated constitutional Right of Plantiff by Knowing giving plantiff medication That Plantiff had Allergy To and was not suspose to Take (see Allergys in Medical files)

6. As Defendant show and Admitte That Plantiff has a seriouse medical Problem on Page 9 and Doctor siddiq Refused To give Plantiff adequate medical Treatment Plantiff has Pinched nerves on his spine which causes Great Pain and Discomfort

7. The Defendants Admit That Plantiff Allegations could be Proven That They would amount To mere Negligence. But they are clearly a Denial of Adequate medical Treatment Delany V. Carahan 132 F 3d 1234, 1240-41 8 cir 1997 Grossly incompetent or inadequate care consitute Deliberate indifference in violation of The 8 Amendment where the Treatment is so inappropriate as to evidence intentional maltreatment or a refusal To Provide Essential care. McElligot v. folley 182 F 3d 1248, 1257 11 cir (1999) (Jury could find That Treatment--- was so cursory To amount to no Treatment at All. Ancata V Prison Health

Services Inc.) Cursory means something Done Quickly But not well." Hathaway v. Coughlin 37 F.3d 63, 68 2d Cir. 1994 Nor Does the fact That The (Prison Doctor) Frequently examined Hathaway Necessarily Vindicate him. A Jury could infer Deliberate indifference from The fact The Doctor Knew The extent of Hathaway's Pain. Knew That The Course of Treatment was Largely enefective and declined To do any thing more To Attempt To improve Hathaway Condiction." Murrell v. Bennett 615 F.2d 306, 310, n4 5th Cir. Plantiff has exhausted All Administrative Remedies and filed medical complaints and Greviances". Plantiff has been Charged around $30.00 since being here at Bullock Prison for Co. Payments. The Eight Amendment Requires Prison officials To Provide Human Conditions of Confinement." Prison Officials MUST! ensure That inmates Receive Adequate medical Care. quoteing Hudson v. Palmer 468 U.S. 517, 526-5? 1984 But After incarceration The unnecessary and wanton infliction of Pain Constitutes Cruel and unusal Punishment forbidden by The Eight Amendment Whitley 475 U.S. At 319 Quoting Ingraham v. Wright 430 U.S 651-670 (1977) Plantiff Told The Defendants That what They were Doing was wrong." But Doctor Siddiq said he would Do it Any way. Plantiff would Dismiss Richard Allen as A Defendant! And Continue This civil Action against Prison Health Services and Doctor Siddiq. for Violation of 8 and 14 Amendment!

Date 2-10-07   Jimmy T. Cameron
               Plantiff

## Certificate of Service

I do certify that on the 10 Day of February 2007 I mailed a copy of the forgoing to the Defendant by placing a copy in the Free Legal Mail here at Bullock Correctional Center

Alabama Deptpartment of Corrections
Legal Division
P.O. Box 301501

Montgomery, AlA
36130

Date 2-10-07

Jimmy Frank Cameron
plantiff



United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711

Jimmy Cameron 105591
P.O. Box 5107 C1-7A
Union Spring, Ala
36089-5107

Legal Mail