In The United States District Court
for The middle District
Northern Division

Jimmy Frank Cameron
plantiff

V

Richard Allen Et. AL.
P.H.S Prison Health Service
Doctor Siddig

RECEIVED
2007 FEB 14 A 9:12
...A P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 02:06-CV-1115 MHT

Motion To Amend
Rebuttal

Come now Jimmy F Cameron in The Above style cause and Does Ask This Honorable Court on digression Dismiss Commisioner Richard Allen. if The Court feels. He is not Responsible for Any of The Violations To Plantiff! Plantiff Further States federal Rules of Procedure 56b To Discharge Their Initial Burden in Seeking Summary Judgement. The Defendant. must! Gerally do more Than Simply Alledge That Plantiff has failed To Prove his case (see Celotex Corp. V. Catrett, 477 US 317-323-324 (1986) I.D. At 328 White. J concurring Clark v Coats and Clark Inc. 929 F2d 604 608 11 Cir. 1991 Rule 56 E.

Watson v City City of memphis 373 US 526, 532 (1963) it is oviouse That vindication of Corroded Constitutional Rights cannot be made dependent upon Any Theory That it is Less expensive To Deny! Than To Afford Them Jones V. Johnson 781 F2d 769, 771 9th Cir. 1986. Budgetary Constraints Do Not Justify Cruel and Unusual Punishment

SCANNED

Harris v. Thippin 941 F2d - 1495 - 1509 11 Cir. 1991, Rejecting Contentions That A States Comparative Wealth might effect a Prisoner Right To Constitutionally Adequate medical care. ANCATA v. Prison Health Services INC. 769 F2d 700 705 11 Cir 1985. Lack of Funds for Facilities cannot Justify unconstitutional Lack of Competent medical care and Treatment for Inmate! Plantiff Has A Liver Disease Hepatistis C. AND Doctor siddiq know about This Disease and insist on Plantiff Taking medication That he is not suspose To Take.

### Certificate of Service

I Declare That I have mailed a copy of The forgoing To The Defendant by placing a copy in The u.s. mail This 12 Day of Febuary 2007

Alabama Dept of Correction
  Legal Division
P.O. Box 301501
Montgomery. Ala
    36130-1501


2-12-07

105591

Jimmy F Cameron
plantiff

Jimmy Cameron 105591
PO Box 5707 C1-7A
Union Springs, Ala
36089

MONTGOMERY AL 361
13 FEB 2007 PM 4 T

United States District Court
PO Box 711
Montgomery, Ala
36130-2405

36101+0711