In The United States District Court
for the Middle District of Alabama
Northern Division

Jimmy Frank Cameron
plantiff

RECEIVED
2007 FEB 21 A 9:59
[illegible] P. HACKETT CL[K]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V                           Case No. 206-CV-1115 MHT

Richard Allen Et. AL
prison Health Services
Doctor siddiq
                Defendants

Motion To Amend
Complaint by Showing
Deliberate Indifference by Defendant

Come Now Plantiff in The above Style case To show plainly. That Defendant intentionally Denied Plantiff Needed medical care. Plantiff Has Hepatistis C. a progressing Liver Diease. see medical files. Plantiff Just keep signing up for sick call. but has not Been given any kind of Adequate Medical Treatment for Any of His illnesses!" Plantiff states P.H.S and Doctor siddiq are Hoping Plantiff Condiction will worsen and Plantiff will Die!" Because Defendants Just Plainly Deny Plantiff Adequate medical care. Watson v. City city of memphis 373 U.S. 526. 537 (1963) it is obvious That Vindication of Conceded Constitutional

Rights CANNOT! be made dependant upon any Theory it is Less expensive To Deny Than To Afford Them. Jones v Johnson 781 F2d 769 771 9th Cir. 1986 Budgetory constraints Do not Justify Cruel and Unusal Punishment Harris v Thippin 941 F2d 1495-1509 11th Cir 1991 Rejecting Contention That a states Comparative wealth might affect a Prisoner Right To Constitutionally Adequate medical Care!" ANCATA v. Prison Health Service Inc. 769 F2d 700 705 11th Cir. 1985 Lack of Funds for facilities cannot Justfy unconstitutional Lack of Competent medical care and Treatment for a Inmates"!

Jimmy F Cameron

## Certificate of Service

I hereby certify That I have This Day of 18th Of febuary 2007 served a copy of The forgoing by Placing a copy in the Bullock Correctional facility Free Legal mail

Alabama Dept of Correction
  Legal Division
P.O. Box 301501
montgomery, Ala

38130 1501
Date 2-18-07

Jimmy F Cameron
Plantiff



Jimmy Cameron 105591
PO Box 5107 C 1.7.A
Union Spring Ala
36089

LEGAL
Mail

United States District Court
PO Box 711
Montgomery Ala
         36101-0711

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Jimmy Cameron     Date of Request: 1-22-07
ID # 105591     Date of Birth: 12-30-4?  Location: C-1-71 A
Nature of problem or request: I need some medical attention for my back my problems are getting worse. Need a Lay in standing up cause pain

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 1-22-07
Time: 1:45
Receiving Nurse Intials: CT
```

**(S)ubjective:**




**(O)bjective   (V/S):** T: _____  P: _____  R: _____  BP: _____  WT: _____




**(A)ssessment:**




**(P)lan:**




Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**LabCorp** — LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America
Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 075-205-5249-0 | S | MB | COMPLETE | 2 |

**ADDITIONAL INFORMATION**

PHY-2
3/15

FASTING: N
DOB: 12/30/1948

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| CAMERON, JIMMY | M | 56 / 2 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/16/2005 | 9:31 | 3/16/2005 | 3/18/2005 | 17:10 | 4221 |

**CLINICAL INFORMATION**
CD- 41139314879

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 105591 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs    AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

Prostate-Specific Ag, Serum
   Prostate-Specific Ag, Serum        0.3      ng/mL         0.0 - 4.0       MB
   Beckman (formerly Hybritech) ICMA methodology
> Hep C Virus Ab            Repeatedly Positive           Negative         MB

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000
DIRECTOR: John Elgin N MD

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

| Pat Name: CAMERON,JIMMY | Pat ID: 105591 | Spec #: 075-205-5249-0 | Seq #: 4221 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

