**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JIMMY FRANK CAMERON (AIS# 105591)** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **2:06-CV-1115-MHT** |
| | § | |
| | § | |
| **RICHARD ALLEN, et al.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## SPECIAL REPORT OF DEFENDANTS PRISON HEALTH SERVICES, INC. AND TAHIR SADDIQ, M.D.

COME NOW Defendants, Prison Health Services, Inc. (hereinafter "PHS") and Tahir Siddiq, M.D. (identified in Plaintiff's Complaint as "Doctor Siddiq") in response to this Honorable Court's Order and present the following Special Report with regard to this matter:

### I.  INTRODUCTION

The Plaintiff, Jimmy Cameron (AIS# 105591) is an inmate confined at Bullock Correctional Facility located in Union Springs, Alabama. On December 19, 2006, Cameron filed a Complaint against PHS, the company that currently contracts with the Alabama Department of Corrections to provide healthcare to inmates at Bullock, and Tahir Siddiq, M.D., Bullock's Medical Director, alleging that these Defendants have violated his constitutional rights by denying him appropriate medical treatment for a back condition.[1] (See Complaint). The Plaintiff demands one hundred twenty-five dollars ($125.00) per Defendant in monetary damages and

---

[1]  Cameron also identifies two nurses in the body of his Complaint identified as "Ms. Kiwhol" and "Nurse Massey." These nurses are not named as Defendants.

requests that this Court issue an Order forcing the Defendants to provide him with "deconpression theraphy." (See Complaint).

As directed, the Defendants have undertaken a review of Plaintiff Cameron's claims to determine the facts and circumstances relevant thereto. At this time, the Defendants are submitting this Special Report, which is supported by a Certified Copy of Plaintiff Cameron's medical records (attached hereto as Exhibit "A") and the Affidavit of Tahir Siddiq, M.D. (attached hereto as Exhibit "B"). These evidentiary materials demonstrate that Plaintiff Cameron has been provided appropriate medical treatment at all times, and that the allegations in his Complaint are without merit.

## II. NARRATIVE SUMMARY OF FACTS

At all pertinent times, Jimmy Cameron (AIS# 105591) has been incarcerated as an inmate at Bullock Correctional Facility. (See Exhibits "A" and "B"). Mr. Cameron has filed a complaint in this action alleging that Dr. Siddiq failed to provide him with appropriate medical care for a back condition. (See Complaint). Mr. Cameron also claims that Dr. Siddiq has acted improperly in prescribing him two medications, Ibuprofen and Fosamax.[2] Mr. Cameron's allegations are completely unfounded, as all of his medical conditions have been appropriately treated at all times. (See Exhibit "B"). Dr. Siddiq has done nothing to retaliate against this inmate. (Id.)

Mr. Cameron was transferred to Bullock County Correctional Facility on October 24, 2006. (Id.) A review of Mr. Cameron's medical records indicated that he had a history that was significant for degenerative spine disease. (Id.) Specifically, Mr. Cameron received a chest x-

---

[2] Fosamax is in the group of medicines called bisphosphonates. It alters the cycle of bone formation and breakdown in the body. Fosamax slows bone loss while increasing bone mass, which may prevent bone fractures.

ray on August 28, 2006, that showed old compression fractures in the lower dorsal spine and, possibly, an additional compression fracture in the mid-dorsal region. (Id.) On September 26, 2006, roughly one month later, Mr. Cameron received a lumbar spine series that showed slight loss of the vertebral height at L1-2. (Id.) The age of these changes was noted to be uncertain and no other abnormalities were indicated. (Id.) On September 29, 2006, Mr. Cameron underwent a chest CT scan which identified a lesion at T7 with old appearing compression fractures at T8 and T11. (Id.)

Based on these findings, as well as Dr. Siddiq's physical evaluation of this inmate, it is Dr. Siddiq's medical opinion that Mr. Cameron's spinal condition is stable. (Id.)    His compression fractures are well healed and he shows no signs of neurological damage. Surgical intervention is contraindicated. (Id.)

In order to treat intermittent pain associated with Mr. Cameron's condition, Dr. Siddiq have prescribed numerous pain relieving medications including Percogesic, Tylenol and Advil. (Id.) Dr. Siddiq has also provided Mr. Cameron with numerous specialty profiles to make his time in prison more comfortable including a "lay-in profile," a "double mattress profile," a "bottom bed profile." (Id.)

Mr. Cameron also claims that Dr. Siddiq has acted inappropriately by prescribing him certain medications, Ibuprofen and Fosamax. (Id.) Mr. Cameron believes these medicines are contraindicated for his treatment because he is Hepatitis C positive. (Id.) While it is true Mr. Cameron is Hepatitis C positive, his liver enzyme panels indicate that his liver is functioning normally. (Id.) These medications are not contraindicated for his treatment. (Id.)

It is clear from the evidence and testimony now before the Court that Mr. Cameron's medical conditions and complaints have been evaluated in a timely fashion at Bullock

Correctional Facility and his diagnosed conditions have been treated in a timely and appropriate fashion. (<u>Id.</u>)    At all times, he has received appropriate medical treatment for his health conditions at Bullock. (<u>Id.</u>) At no time has he been denied any needed medical treatment. (<u>Id.</u>)

The appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. (<u>Id.</u>)  At no time have the Defendants, or any of the medical or nursing staff at Bullock Correctional Facility, denied Mr. Cameron any needed medical treatment, nor have they ever acted with deliberate indifference to any serious medical need of Mr. Cameron. (<u>Id.</u>) At all times, Mr. Cameron's known medical complaints and conditions have been addressed as promptly as possible under the circumstances. (<u>Id.</u>)

### III. <u>DEFENSES</u>

The Defendants assert the following defenses to the Plaintiff's claims:

1.      The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

2.      The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

3.      The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

4.      The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

5.      The Plaintiff is not entitled to any relief requested in the Complaint.

6.      The Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

7.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

8.    The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

9.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

10.    The allegations contained in the Plaintiff's Complaint against the Defendants sued in their individual capacities, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

11.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

12.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

13.    The Defendants plead the general issue.

14.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

15.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

16.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

17.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

18.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render him liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

19.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

20.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

21.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

22.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

23.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against them and that any such award would violate the United States Constitution.

24.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

25.     The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a). The Plaintiff has failed to pursue the administrative remedies available to him. See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning defendants' deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

26.     The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendants who are entitled to immunity.

27.     The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e).

28.     The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

29.     Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

30.     The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award these Defendants reasonable attorney's fees and costs incurred in the defense of this case.

31.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. **ARGUMENT**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Cameron's medical records reveals that Cameron has been given appropriate medical treatment at all times. (See Exhibits "A" and "B"). All of the allegations contained within Cameron's Complaint are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Cameron's claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Cameron must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Cameron must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate

medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Cameron's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Cameron cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that Cameron's claims are without merit, that his medical conditions were at all times adequately and timely addressed, and that he was not denied any necessary medical treatment. (See Exhibits "A" & "B"). Appropriate standards of care were followed at all times. The evidence, in other words, shows without dispute that all of Plaintiff Cameron's medical conditions were thoroughly evaluated, treated, and monitored in a timely and appropriate manner. (Id.) These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care. (Id.)

The Defendants are, further, entitled to qualified immunity from all claims asserted by Cameron in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting with the scope of their discretionary authority, the burden shifts to Cameron to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Cameron must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that his alleged treatment of Cameron was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Cameron must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that this practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19

F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that Cameron's constitutional rights have been violated. All of Cameron's medical needs have been addressed or treated. The Defendants have provided Cameron with appropriate medical care at all times. (See Exhibits "A" and "B").

Finally, pursuant to the Court's December 21, 2006 Order, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material facts relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

## V. CONCLUSION

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. Accordingly, the Defendants request that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

*s/R. Brett Garrett*
R. Brett Garrett (GAR085)
Attorney for Defendants PHS and Tahir
Siddiq, M.D.

11

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed and served by U.S. Mail this the 28th day of February, 2007 to:

Jimmy Frank Cameron (AIS #105591)
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

*s/R. Brett Garrett*
R. Brett Garrett (GAR085)
Attorney for Defendants PHS and Tahir
Siddiq, M.D.

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: 12/06 | | | | | | | | | | | | | | | | | | |

**Ranitidine HCl ( for zantac ) 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007   RX #: 252090240

**Atenolol ( for Tenormin ) 25MG Tab 30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-02-2006   Prescriber: Siddiq, Tahir
Stop Date: 04-30-2007   RX #: 252090246

Antifungal Cream top X 20 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12-27-06   Prescriber: Siddiq
Stop Date: 1-17-07   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| --- | --- | --- | --- | --- | --- |
| | C. James LPN | | J. Huizer RN | JH | 1 Discontinued Order |
| Allergies | P. Ferguson LPN | PF | J. Dooley LPN | TA | 2 Refused |
| Penicillins | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 105591 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| **Cameron, Jimmy** | | | Date of Birth: 12-30-1948 | | 10 Other |

| Facility Name: | Bullock | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year of Charting: 11/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Mevacor 10mg PO QDg x 180dys**

Hour: 1700 — D/C 11/3/06

Start Date: 11-01-06  Prescriber: Siddig
Stop Date: 5-01-07  RX #:

**Zantac 150g PO bid x 180dys**

Hour: 1100 / 1700

Start Date: 11-01-06  Prescriber: Siddig
Stop Date: 5-01-07  RX #:

**Tenormin 25mg PO QDg x 180dys**

Hour: 1100

Start Date: 11-01-06  Prescriber: Siddig
Stop Date: 5-01-07  RX #:

**Elavil 25g PO QHS x 30dys**

Hour: 1700 — D/C 11/3/06

Start Date: 10-11-06  Prescriber: Shidhan CRNP
Stop Date: 11-11-06  RX #:

**Fosamax 70mg PO QWk x 90dys**

Hour: 1100

Start Date: 8-23-06  Prescriber: Sonnie
Stop Date: 11-23-06  RX #:

**Tylenol 650mg ÷ PO TID x 10day**

Hour: 0400 / 1100 / 1700

Start Date: 11/7/06  Prescriber: Siddig
Stop Date: 11/17/06  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | U. Smithson | KS | Martha Jackson LPN | M/ | 1 Discontinued Order |
| Allergies: PCN | P. Mayue LPN | | P.E.J. Howce RN | JH | 2 Refused |
| Housing Unit: | O. Jamesol PN | CJ | Biatner | BS | 3 Patient out of facility |
| Patient ID Number: 105591 | | | | | 4 Charted in Error |
| Patient Name: | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| Date of Birth: | | | | | 10 Other |

11 of 11

| Facility Name: BCCF | | | | | | | | | | | | | Month/Year of Charting: 11/06 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 650mg po tid x10 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 0400 | | | | | | | 9 | 9 | 9 | 9 | 9 | 9 | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | 9 | m | m | 9 | m | m | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | 2 | 9 | 9 | m | m | 9 | 9 | 9 | | | | | | | | | | | | | | | | | | |

Start Date: 11/7/06    Prescriber: Siddig
Stop Date: 11/17/06    RX #:

| Advil 800mg po tid x10dys | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0400 | | | | | | | | | | | | | | | | 9 | 9 | 9 | 9 | 9 | 9 | | 9 | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | m | m | 9 | m | 9 | 9 | 7 | 2 | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | 2 | 9 | 9 | 9 | 9 | 2 | 2 | 2 | 9 | | | | | | | |

Start Date: 11/16/06    Prescriber: Siddig
Stop Date: 11/26/06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies PCN | S. Juice RN | JJ | Martha Jackson RN | nj | 1 - Discontinued Order<br>2 - Refused<br>3 - Patient out of facility<br>4 - Charted in Error<br>5 - Lock Down<br>6 - Self Administered<br>7 - Medication out of Stock<br>8 - Medication Held<br>9 - No Show<br>10 - Other |
| Housing Unit: Po pulation | C. James LPN | CJ | | | |
| Patient ID Number: 105591 | | | | | |
| Patient Name: | | | | Date of Birth: 10/20/ | |

Facility Name: Hamilton Aged & Infirmed

Month/Year of Charting: 10/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lovastatin ( for Mevacor ) 10MG Tab 30.00**

Take 1 tablet(s) by mouth daily

8P (handwritten entries across days)

Start Date: 08-29-2006
Stop Date: 11-26-2006
Prescriber: Sonnier, Marc Quentin
RX #: 251883697

**Ranitidine HCl ( for zantac ) 150MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

9A  *See Below*
8P

Start Date: 08-22-2006
Stop Date: 11-19-2006
Prescriber: Mosier, W.
RX #: 251854556

**Atenolol ( for Tenormin ) 25MG Tab 60.00**

Take 1 tablet(s) by mouth ~~twice~~ daily

9A  *See Below*

Start Date: 08-22-2006
Stop Date: 11-19-2006
Prescriber: Mosier, W.
RX #: 251854557

*Zantac 150mg ÷ PO BID X 90 days.*

9A (handwritten entries)
8P (handwritten entries)

Start Date: 9/17/06
Stop Date: 12/17/06
Prescriber: Mc Queen
RX #:

*Tenormin 25mg ÷ PO QD X 90 days.*

9A (handwritten entries)

Start Date:
Stop Date:
Prescriber:
RX #:

*Fosamax 70mg ÷ PO Q week X 90 days.*

9A (handwritten entries)

Start Date: 8/23/06
Stop Date: 11/23/06
Prescriber: Sonnier
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| **Penicillins** | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: **105591** | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Cameron, Jimmy** | | | | | 8 Medication Held |
| | | Date of Birth: | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | HA1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Month/Year of Charting: 10/06**

Elavil 25mg ÷
P.o. QHS x 30days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8P | | | | | | | | | | | | | | | | | MP | | | 2 | | 2 2 2 2 9 9 | | | | | | | | | | |

Start Date: 10/11/06   Prescriber: T. Stidham CRNP
Stop Date: 11/12/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Smith LPN | CS | J. Powell RN | | 1 Discontinued Order |
| Allergies  NKA | C. Hulbert LPN Ch | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 105591 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| Cameron Timmy | | Date of Birth: | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: Hamilton Aged & Infirmed | | Month/Year of Charting: 09/06 | |

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

*cm*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 08-03-2006
Stop Date: 10-31-2006
Prescriber: Tomescu, Octavian
RX #: 251792867

**Tenormin 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*cm*

Start Date: 08-03-2006
Stop Date: 10-31-2006
Prescriber: Tomescu, Octavian
RX #: 251792868

**Fosamax 70mg**
**1̄ po q week**
**x 90 days**

Start Date: 8-23-06
Stop Date: 11-23-06
Prescriber: Sonnier
RX #:

**mevacor 10 mg**
**1̄ PO QD**
**x 90 days**

Start Date: 8-28-06
Stop Date: 11-28-06
Prescriber: Sonnier
RX #:

**Zantac 150mg**
**1̄ po BID x90days**

Start Date: 9/17/06
Stop Date: 12/17/06
Prescriber: McQueen
RX #:

**Tenormin 25mg**
**1̄ po QD x90days**

Start Date: 9/17/06
Stop Date: 12/17/06
Prescriber: McQueen
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies: NKA

Housing Unit: Population
Patient ID Number: 105591
Patient Name:
**Cameron, Jimmy**

Documentation Codes:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth: 2/3/48

| Facility Name: | | | | | | | | | | | | Month/Year of Charting | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Fosamax 70mg A
÷ PO Q week
X 90 day
Ma

Start Date: 8-23-06   Prescriber: Sonner
Stop Date: 11-23-06   RX #:

Mervacor 10mg
÷ p.o. QD
X 90 days

Start Date: 8/28/06   Prescriber: Sonner
Stop Date: 11/28/06   RX #:

| Diagnosis | | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|---|
| Allergies | NKA | | | | | | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show<br>10 Other |
| Housing Unit: | | | | | | | |
| Patient ID Number: | 105591 | | | | | | |
| Patient Name: | | | | | | | |

| Facility Name: Hamilton Aged & Infirmed | Month/Year of Charting: 08/06 |
|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | | | | *Updated* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-08-2006  Prescriber: Tomescu, Octavian
Stop Date: 08-05-2006  RX #: 251489583

**Atenolol 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | | | | *Updated* | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-08-2006  Prescriber: Tomescu, Octavian
Stop Date: 08-05-2006  RX #: 251489584

Zantac 150mg
÷ PO BID
X 90 days.
CY

Start Date: 8/1/06  Prescriber: Tomescu
Stop Date: 11/1/06  RX #:

Tenormin 25mg
÷ PO QD
X 90 days.
CY

Start Date: 8/1/06  Prescriber: Tomescu
Stop Date: 11/1/06  RX #:

Tylenol #3 ÷
PO TID
X 30 day
ma

Start Date: 8-14-06  Prescriber: Mosen
Stop Date: 9-14-06  RX #:

Baclofen 20 mg
÷ PO TID
X 30 day
ma

Start Date: 8-14-06  Prescriber: Mosen
Stop Date: 9-14-06  RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| Allergies: Ibuprofen | | | CY | | | 1. Discontinued Order |
| | | | JM | | | 2. Refused |
| Housing Unit: | Population | | PO | | | 3. Patient out of facility |
| Patient ID Number: | 105591 | | CA | | | 4. Charted in Error |
| Patient Name: | | | | | | 5. Lock Down |
| **Cameron, Jimmy** | | | | | | 6. Self Administered |

7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Hamilton Aged & Infirmed | | | | | | | | | | | Month/Year of Charting: | | | | | 07/06 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

zantac 150MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

Cy

Start Date: 05-08-2006
Stop Date: 08-05-2006
Prescriber: Tomescu, Octavian
RX #: 251489583

Atenolol 25MG Tab    30.00

Take 1 tablet(s) by mouth daily

Cy

Start Date: 05-08-2006
Stop Date: 08-05-2006
Prescriber: Tomescu, Octavian
RX #: 251489584

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies Ibuprofen | | Cy | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| Housing Unit: Population | | | | | 3 Patient out of facility |
| Patient ID Number: 105591 | | | | | 4 Charted in Error |
| Patient Name: | | | | | 5 Lock Down |
| Cameron, Jimmy | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | Date of Birth: | | 10 Other |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-30-06

**To:** ADOC — Jimmy Cammeron

**From:** HCU

**Inmate Name:** Jimmy Camerron  **ID#:** 154 328

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

— Class I duty status —

— No Bottom Bunk Profile —

_____

**Date:** 8-30-06  **MD Signature:** Sonnier / JSPN  **Time:** 8A

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-26-06

**To:** DOC

**From:** HCU

**Inmate Name:** Cameron Jimmy     **ID#:** 105591

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Key lock profile x 1year.
10/26/06 → 10/26/07
due to poor vision

**Date:** 10/26/06  **MD Signature:** Dr. Siatos /Kimble Dept  **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/20/06

**To:** ADOC

**From:** PHS-Bullock Co. Correctional

**Inmate Name:** Cameron, Jimmy    **ID#:** 105591

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① Lay in x 30 days d/t back pain.
start 11/20/06 — 12/20/06.

**Date:** 11/20/06  **MD Signature:** Dr. Siddiq  Huie, RN  **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11-9-06_

**To:** _Inmate - DOC_

**From:** _HCU - K Taylor, Cor_

**Inmate Name:** _Cameron, Jimmy_     **ID#:** _105591_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____until_____

5.  Other _____

**Comments:**

_Double Mattress × 1 yr. due to back_
_Pain.  Start: 11-9-06  — Stop: 11-9-07_

_____

_____

**Date:** _11/9/06_   **MD Signature:** _Dr Siddiq / K Taylor, Cor_   **Time:** _1500_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/7/06

**To:** DOC @ BCCF

**From:** HCU @ BCCF / JCppling LPN

**Inmate Name:** Cameron, Jimmy     **ID#:** 105591

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Bottom Bed x1yr Start 11/7/06 → Stop 11/7/07

Lay in x10days Start 11/7/06 → 11/17/06

**Date:** 11/7/06     **MD Signature:** Liddleg / JCppling LPN     **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/7/06

**To:** ADOC

**From:** PHS-Bullock Co. Correctional

**Inmate Name:** Cameron, Jimmy    **ID#:** 105591

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

① Bottom bed x 1 year. Start 11/7/06 — 11/7/07.

② Lay in x 10 days. start 11/7/06 — 11/17/06.

_____

_____

**Date:** 11/7/06    **MD Signature:** Dr. Siddig / A. Bruce, RN    **Time:** 2:30 p

60418



**PHS**

**PRISON
HEALTH
SERVICES**
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cameron, Jimmy <br> #105591 | DIAGNOSIS (If Chg'd) <br> T3 Tyl 650 po gd X (06 |
|---|---|
| D.O.B. 12,30,78 <br> ALLERGIES: NKDA    1/03/07 | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cameron, Jimmy <br> #105591 | DIAGNOSIS (If Chg'd) <br> ① APE X 200 <br> ② T3 Tyl 625mg po gd X 10) |
|---|---|
| D.O.B. 12,30,78 <br> ALLERGIES: NKDA    1/11/07 | |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cameron, Jimmy | DIAGNOSIS    T3 Tyl 325 po gd X 10) |
|---|---|
| D.O.B.  /  /    105591 <br> ALLERGIES: | |
| Use First    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Cameron Jimmy _105891_

D.O.B. 12/30/48

ALLERGIES: Ibuprofen

Use Last    Date 12/29/06 GM17

DIAGNOSIS (If Chg'd)    Pain

Pamelor 25 mg PO
QPM x 30 D

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy

D.O.B. 12/30/48

ALLERGIES: Ibuprofen

Use Fourth    Date 12/27/06

DIAGNOSIS (If Chg'd)

Antifungal Cream KOP x 20 day

P/O DR Siddiq / BEDNN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron Jimmy _105891_

D.O.B. 12/30/48

ALLERGIES:

Use Third    Date 11/27/06

DIAGNOSIS (If Chg'd)

Diagnostic II
Fe, B12, Be, Ferritin
P/O Dr Siddiq /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B.

ALLERGIES:

Use Second    Date /  /

DIAGNOSIS (If Chg'd)

Noted by nurse 11/30/06 0900

Clary C x 30 days PO

Bscd Pc

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy

D.O.B. /  /

ALLERGIES:

Noted 11/16/06 BE

Use First    Date /  /

DIAGNOSIS

Actil 800 mg tbs't KOP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

11/16/06



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron, Jimmy | DIAGNOSIS (If Chg'd) |
| #105591 | |
| D.O.B. 12 3 48 | |
| ALLERGIES: PCN | |
| Use Second     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron, Jimmy | DIAGNOSIS Double Mattress x 1yr |
| #105591 | for Back Pain |
| D.O.B. 12, 30, 48 | |
| ALLERGIES: PCN | |
| Use First     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

**MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | Tylul 650 Po Bid X10d |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① Bottom Bd X 1 W |
| D.O.B. / / | ② lay in x 10 days |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Jimmy Cameron | DIAGNOSIS (If Chg'd) |
|---|---|
| | D/C Mevacor |
| D.O.B. / / | D/C Elavil |
| ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Jimmy Cameron | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B. / / | D/C Elavil |
| ALLERGIES: | |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cameron Jimmy | DIAGNOSIS |
|---|---|
| 105591 | Mevacor 10mg PO Qd |
| D.O.B. / / | Zantac 150g PO bid    X 180 days |
| ALLERGIES: PCN | Tenormin 25g PO Qd |
| Use First    Date / / | TTO Dr Sealey W/me |
| | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron Jimmy 105591 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12,30,48 | |
| ALLERGIES: NKA | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron Jimmy 105591 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12,30,48 | Key lock total due to x try |
| ALLERGIES: NKA  10/26 | poor visan He try his own key lock |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron Jimmy 105591 | DIAGNOSIS ~~Sore Sca~~ |
|---|---|
| | B12 level |
| | ESR |
| D.O.B.   /   / | TFT |
| ALLERGIES: NKA | Elauil 25 mg ÷ po g hs x 30 days |
| Use First    Date 10/11/06 | PPD                    JStrchan CRNP |
| noted 10/11/06 3pm Couth unt | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PHYSICIANS' ORDERS**

NAME: Cameron, Jimmy
105591

D.O.B. 12, 30, 48
ALLERGIES: NKA

Use Last    Date 9/26/

DIAGNOSIS (If Chg'd)

Resubmit UM day
T Infirgual for Chest CT

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12 30 48
ALLERGIES: NKA

Use Fourth    Date 9/26/06

DIAGNOSIS (If Chg'd) LBP

LV Spine X-ray

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12, 30, 48
ALLERGIES: NKA

Use Third    Date 9/7/06

DIAGNOSIS (If Chg'd)
Daltac 150mg 1 po BID x 90 days
Prednisone 25 mg 1 po DD x 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12, 30, 48
ALLERGIES: NKA

Use Second    Date 9/6/06

DIAGNOSIS (If Chg'd) Persistent eosinophilia
⊕ PPD "granulomas on CXR"

CT scan of Chest T Contrast

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B.  /  /
ALLERGIES: NDA

Date 8/28/06

DIAGNOSIS Persistent eosinophilia, monocytosis,
neutropenia
Put Trichuriasis & Hookworm in
miscellaneous section and write-in "already
talked to referral Testing - Angie"

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cameron, Jimmy
105591

D.O.B.  /  /
ALLERGIES: NDA

Use Last     Date 8/28/06

DIAGNOSIS (If Chg'd) Persistant Eosinophelia, Monocytosis Neutropenia
① PCR for Ehrlichiosis 5ml whole blood #138412
② Strongyloides IgG Abs by ELISA 5ml serum H81562l
③ Trichuriasis IgG Abs ELISA 5ml serum #009985
④ Hookworm IgG Abs ELISA 5ml serum #009985

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591
Noted 8/28/06 10P B Price

D.O.B.  /  /
ALLERGIES: NKA

Use Fourth     Date 8/28/06

DIAGNOSIS (If Chg'd) Eosinophelia
Total CK Tn

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591
Noted 8/28/06 B Price

D.O.B.  /  /
ALLERGIES: NKA

Use Third     Date 8/28/06

DIAGNOSIS (If Chg'd) HTN ↓HDL-C ↑TG's
AP clot cxe ⊕ PPD 3/05
Mevcor 10 mg 1 PO Q day x 100 days
EDP-2 1 month   Total CK 1 mon.
1 serum of Chest 1 contrast   Um done
1 Stool for O&P x 3 - Eos 2 days apart

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B.  /  /
ALLERGIES: NKA

Use Second     Date 8/23/06

DIAGNOSIS (If Chg'd)
NO Bed side mesh
D/C Tylenol #3
D/C Baclofen
Rosa mg 70 mg Q week x 1 write
DP-2, HIV

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B.  /  /
ALLERGIES: NKA

Use First     Date 8/10/06

DIAGNOSIS
① Baclofen 20mg PO TID x300
② Tylenol 3 i PO TID x300

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cameron, Jimmy
# 105591

D.O.B. 12/30/48
ALLERGIES: NKA

Use Last    Date 8/1/06

DIAGNOSIS (If Chg'd)
1.) Zantac 150mg ÷ PO BID X90days
2.) Tenormin 25mg ÷ PO QD X90days

Dr. Jones/Miles lpn

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Jimmy

D.O.B.  /  /
ALLERGIES:

Use Fourth    Date 6/12/06

DIAGNOSIS (If Chg'd)

Eggcrate Mattress

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Ji

D.O.B.  /  /
ALLERGIES:

Use Third    Date 5/17/6

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12/30/48
ALLERGIES:

Use Second    Date 5/17/

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Jimmy Cameron
105591

D.O.B. 12/30/48
ALLERGIES: NKA

First    Date 5/9/06

DIAGNOSIS
1.) Fasting DP II - Urinalysis PSA
ECG
Hepatitis profile
Motrin 400 mg X 14d
Double portion X 90

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cameron, Jimmy
105591

D.O.B. 12/30/48
ALLERGIES: Ibuprofen

Use Last      Date 5/5/06

DIAGNOSIS (If Chg'd)
1) Zantac 150mg - PO Bid X 90 days
2) Atenolol 25mg - PO qd X 90 days

V.O. Dr. _____

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12/30/48
ALLERGIES:

Use Fourth      Date 3/29/06

DIAGNOSIS (If Chg'd)                LBP
Renew Diet card - Double portions X 90d
AFC Bin X 21 days Kop

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12/30/48
ALLERGIES: Ibuprofen

Use Third      Date 3/22/06

DIAGNOSIS (If Chg'd)
Atenolol 25 mg. PO QD X 180 Days
V.O. Dr. Rayappa / Caudra

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Jimmy
NKA

D.O.B. 12/30/48
ALLERGIES:

Use Second      Date 2/22/

DIAGNOSIS (If Chg'd)
Renew Kop as appropriate

2/24/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Cameron, Jimmy
105591

D.O.B. 12/30/48
ALLERGIES: Ibuprofen

Use First      Date 2/8/06

DIAGNOSIS
1) Medical Records from free world -
2) Dr. Aspirin -
3) Zantac 150 mg P.O. Bid X 90d

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**MEDICAL RECORDS COPY**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Carreno, Jimmy
10559

**PROGRESS NOTES**

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

1/2/7  S) Back Pain

O) Chron Back Pc
DTR ree
Hx 3 compression frecture Old.
Heal?
no neuro?osri damage

A) Chr Back Pain
P) will xrut i Ethel PM [signature]

1/11/07  S) Here for Back Pain c new 2 Rx

O) mk [illegible]
arm m
ays cee
[illegible] 88
Assess: new Back Pain 2° Old Healed
Compression frecture

A) low Back Pain
P) will give Tylef 600 mg prd x 10D n AE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:   /   / |
|-----------|----------------|-----------------|

11/16/06  S) Back Pc

O) Neck Pc
no dizzee
Heart m

P) Retn
will g Adl

11/20/06  S) c/o (w) Back Pain

O) He hurt his Back &
has T12-L1 compression
fx by causing pc
no neurologic S'S
s/p tender to r curve

# Back Pc
J will g Adl, Clay i    Smith 11/20/6

12/29/06  S) 44 yo WM c/o burning pain (R) foot & LT
1:30  back brys (see above) + Hx weers cannot
take NSAIDs y relief c Tylenol  O) A/O (R) foot
# pulses C edema redness or heat + pain
Nx T12-L1  fx  P) trial 2 TCA    mi feres



PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 11/7/06 | c Back Pain |
| | c Chronic Pain |
| | PTA |
| | Hx of lung Ca |
| | treated |
| | A Back P |
| | P well give |
| | Double Mattress |
| 11/16/06 | S) Chronic Pain |
| | S) Chronic Pain & Shoulder |
| | S/P lung surgery for Ca - Cured |
| | A) will give pain meds for chronic arthritis |

Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

**10/11/06**
S - ① foot burning -
O - A+O x 3 - no acute distress - Ⓧ erythema or edema ⊕ pedal pulse < 2 sec cap refill
A - Back pain - neuropathy
P - consulted MD - orders rec'd -

**6/26/06 AM**
S/ Medical Keylock Refill
Ⓞ He already has a keylock
P/ M will send Keylock Refill

**10/5/06**
S/ Low Back Pain
Ⓞ Chronic Back Pain
no operation

A Arthritis - Ⓧ
P will give Percogesic Tab x100

**11/2/6**
S/ Chronic Back Pain
Ⓞ Compression fractures. Healed no nerve damage
X ray shows Ⓧ

A/P Back Pain
P will give relief but we decline to take it

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|-----------|----------------|--|--------------|

5/8/06    L Thoracotomy scar well healed
(GSW chest)

RRR no m

Abd soft non tender

No cirrhosis stigmata

LE — no C/C/E

Prelim old compression Fx TSL
wt loss? cause

(CT abd serol WNL)

6/12/    S: back pain low & high
painful lipomas — doesn't
want surg

8/14/    S: Dull C/O Back/neck pain
10      O: 1/6 films show preference ?spur
Cervical spine
A: Cervical spine Fx
P: Trial Baclof 1/T3

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

3-29-06 — Wt 154  P 72   T 96⁸  B/p 116/80  R 20  O2 sat 97%

C/o Knot on back 57 w/m ♂ c/o of Knot on back
saw m.d. for evaluation 3/5/06 cyst identified as
Fibrus/Sebaceous 1cm size 4x ♀ compressed vertebrae
to spine repaired by Ima fra 1985 refuses Flexeril/ASA
NAD U SS AAO×3 ⊖ N/U ⊖ S·B   X Ray ✓ 1/06
NAD — MS: slight bulging of mid T7 T8 T11
thorax Post ⊖ tend to palp   Compression fx
Small cyst to Ⓡ mid scapula noted
area meas 1cm c tend to palp noted
SLR ⊖ B.l

A  LBP — chronic 2° to trauma
   Small cyst to Back

P/E  Flexeril 10 mg 1 po tid — Pt refused Rx for Back
     cont c use of Back exercise   cont urint Med fx
Plan  renew Diet- Dusk re lnw × 3 month
avoid heavy lifting ⊘ Sports activity
cont c BB Profile for safety
   RTC Prn    cont to monitor cyst for ↑ growth
                        Haylow

4-27-06 — Wt 156  P 74   T 97⁸  B/p 140/88  R 20  O2 sat 95%
C/o back Pain

| Date/Time | Inmate's Name: | | | | D.O.B.: | / | / |

2-8-06  Wt. 150  P 66  T 96[8]  B/p 128/70  R 20  02 sat 97[%]

C/o meds renewal

(0)  " Meds ~~your~~ Zantac [↑]

pain Spine — Cant Specify location.

(Smiles - in between)

" hurts inside my back — "

A x O x 3 — like to Argue[s] —

Undressed — Removed Shoes, untied lace, tr col Shoe lays

Systematically — dressed back with NO problem —

Breathing Well. No disComfort —        HEENT unRemarkable

Neck - Suppl — Chest - NT — CTA - BS - Normal  CU - NSR -

intercostal Muscle NT - No Swelling

Abd. NT - Soft -

Thoracic Spine — prominent - mild — NT -

Flexion 90%     ROM - in 90%

Straight leg raising 90% Bil.              old Scar left Chest are —

No Sensory or Motor deficit            Could be causing feeling

Neuro other Wise Normal                of Tightness of Skin on left

(A) Htn PRN                                      Side

OA  mild  Thoracic Spine —

2 old vertebral fractures

No evidence of any ~~Fra~~ Flare up. or Radiculopathy

P)  Try to Explain — That there is No Severe pain as evidenced

by Medical assessment - but Inmate gets into

argument —    He is here mainly for zantac no

(E)  moist heat/ Topical Bengay as needed —

and  Exercises of both Shoulders and back.

as instructed —   R.



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cameron, Jimmy 105591 | D.O.B.: 12 / 30 / 48 |
|-----------|---------------------------------------|-----------------------|

1-10-06 Wt, 148    P 78    T 96.8    B/P 118/70 R 20

Fx

o) XR - Reviewed —

Exaggerating Symptoms          NT  Thoracic vertebrae

States - in pain                prominent —

Smiled at the Same Time        Other Neuro Exam and

PTE - unchanged —              M/S - unchanged —

(A) ↑ old vertebral #

worse - ?

P) More XR

Eval. and appropriate Referrals as Needed —

(E) Moist Heat

Pt· States Motrin works

but Record Shows

No Allergies to —

Refused Percogene - Constipates

Tylenol  ———  does not work

Prefers Bengay ——

℞

| Date/Time | Inmate's Name: | Cameron, Jimmy | | D.O.B.: 12/30/48 |
|---|---|---|---|---|

010506 WT. 157  BP. 138/82,  T. 96° P. 78 R. 24 O₂ 96

5) Mid back to Lt chest pain (posterior)

a)  gaining Lt —
    A×O×3
    HEENT Normal
    ? Walks Slowly —
       Lung CTA
       CV-NSR —  Abd Benign
         Thoracic - LS Spine - NT
         No Red Neos —
    SOT & ECP —
  Neuro - Cerebellar coord. good —
       DTR. Symmetrical         CN - Normal —
       No motor Sensory deficit            Babinski sign pos-Neg
       No Significant Muscle atrophy  Bil —
       Smess (in lulusion)
       Motor — Strength — Normal —

A) Thoracic Spondylosis
        Radiculopathy —

P)  XR —
    No any worsening of old Verteral # and any
              Associated OA.

E)  Cont - Optimum Exer & Back Exercise

                        R



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cameron Jimmy | D.O.B.: 12/13/48 |
|-----------|------------------------------|------------------|

12-27-05   wt 150, R 20, 0, Sat 97, P 93, B/p 120/6c
T 98'6', pain all over, Constipation

O)   Abd - Soft NT
         BS. Normal Pitch
     Spine — NT
     Lungs CTA
     CN - NSR
         Thu Exer Normal
(A)  Extremely Malingering
     has Stable Spondylosis
(P)  Exercise as Tolerated
(S)    apprehensive of ↓ wt
     will give double portions and See
     Just to Satisfy him
     inmate Seeking all kinds of profiles
     Should not be encouraged

                        R

| Date/Time | Inmate's Name: Cameron, Jimmy | D.O.B.: 12/30/48 |
|---|---|---|

1-20-06 WT-150# B/P-110/60 T-97.0 P-72 R-16

1200  Inmate is Comfortable -

✗ does not seem to be in any pain          Vssteble
                                            wt Afebrile

manipulative trying to exploit the system

o) Extremely beyond reason and need
Threaten me and intimidate all the time
c̄ law suits in Federal Court.

during discussion
Suddenly became hostile and left the clinic
without my consent or approval
Threatened to Sue ✓

(A) Has Thoracic Spondylosis Chronic
2° old vertebral fractures  not worsening -

P) If further eval - reveals any need for
pain management will do appropriately
as needed

(E) IM. need to comply with Rx



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cameron, Jimmy #10559 | D.O.B.: 12 30 148 |
|-----------|------|------|

1/27/06  Wt. 153 1/2   B/P 100/80, P 60 R 18 T 97.4
c/o Pain

(O) NT — No Swelling — of Thoracic Spine —
Rom. fairly normal —
but difficult — to assess since he non-coop
and malingering is Common — in this inmate
Wants lay in but, movement helps —
he dont have any worse —
has bottom bunk
Walking slowly — but Gait Normal —
Knees and arms — Rom NL —
Ext & Ece —
Gained some weight

(A) Thoracic Spondylosis
Stable —

(P) # he refuses NSaids — (that is good)
Wants mohn but Contraindicated

(E) Exercise — as Tolerated —
and Bengay — will — do — for the time being
will appropriate appropriately
If condn. Changes —



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cameron, Jimmy | D.O.B.: / / |
|-----------|-------------------------------|-------------|

3/9/06  Wt. 154# B/P 120/70, P68 R18 T98
Rectal / back pain ♀

O) Here for Annual Rectal Exam —
    Smiling at office —
    HEENT — ∅
    Lungs CTA —
    CV-NSR —
    Abd Benign

M/S — NT Thoracic Spine —
        Lm 1 cm — Sub-Q chronic
        Nodule firm — seems fibrosis or sebaceous
        Cyst — No Δ in size —
        Ⓡ Lower Thoracic area —

Straight leg 90° Bil  Rt/ting
No motor nor sensory deficit
Other Exam — No gross changes

(A) Old vertebral fracture — Stable
    No flare up of Radiculopathy etc

(P) Exercises — as before
    flexeril offered, Pt said he does not need
    No change in const. Condn.    Stable

(E) B+B / Reg. Exercise as Tolerated

                                    Dr

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME *Cameron, Jimmy*          AIS# *10559/*

Medication Allergies: ~~*Ibuprofen*~~

Medical: Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

Mental Health Code SMI HARM HIST NONE   *SB, MD. 7/28/05*
Capital Letter for Psychiatric Behavior   *MHT-⊗ 5/8/06 /cc*

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 3-18-05 | PPD—∅ mm | | | |
| 6/15/05 | PUA — | | | SR. |
| 7/28/05 | MH code A HIST | | | SB, MD. |
| 4/28/06 | Thoracic ~~Spondylosis~~ | | | R/HO |
| 5/9/06 | HTN | | | |
| — ا — | GERD ? | | | |
| — ا — | Compression Fx T₇ T₈ T₁₁ L₁ | | | |
| — ا — | HEMIGLOSECTOMY FOR Adeno Ca | | | |
| — ا — | HEP C ⊛ — excluded 6/2/06 | | | |
| — ا — | Multiple subcut lipomas | DEBULK'd | | |
| 1/10/06 | Osteopenia Vertebral bodies | | | |

**If Asthmatic label: Mild – Moderate – or Severe.

*tongue Cancer — Hemiglossectomy*

*10586*

# PROBLEM LIST

Name: _Cameron, Jimmy_

AIS#: _105 591-A_

Date of Birth: _12/30/48_

Medication Allergies: _Ibuprophen_

Mental Health Code:  SMI  HARM  HIST  (NONE)   Date Code Assigned: _6/7/02_

(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 6/7/02 | Routine review of data at reclassification | data at reclassification | |
| 3 Dec 03 | Hyperlipidemia | | |
| 11 May 04 | Chart reviewed per MH status NONE - OK | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# PROBLEM LIST

Name _Cameron, Jimmy_

ID# _105591_

D.O.B. _12-10-48_

Medication Allergies _Ibuprofen (GI upset)_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical / Surgical Capital Letters for Psychiatric / Behavioral | Date Reso;ved | Health Care Practitioner Initial |
|---|---|---|---|
| 6/6/02 | h/o CA tongue    (Squamous Cell Carcinoma) | s/o Resec surgery 1998 | Kirklin Clinic |
| 6-6-00 | Organic brain syndrome → seizure after MVA | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94



**PRISON HEALTH SERVICES, INC.**

## AUTHORIZATION FOR RELEASE
## OF MEDICAL RECORDS

I, _Jimmy Cameron_____, hereby authorize Prison Health Services, Inc. (PHS) to release

(Name of Patient - Print)

all medical records and all information related to my treatment to:

_Attorney Brett Garrett_

_Rushton, Stakely, Johnston & Garrett_

_PO Box 270_

_Montgomery, AL 36101-0270_

This authorization extends to all records in the possession of PHS, including those which it has received from other providers, and including, if they exist, those relating to treatment for drug or alcohol abuse, mental health treatment; testing as to HIV status, treatment for HIV or Acquired Immune Deficiency Syndrome (AIDS), or other diseases or conditions.

This authorization is effective immediately and shall remain in effect for ninety (90) days.

I agree to hold harmless PHS and its agents from any actions and from all liability regarding the release of these records. I agree to pay reasonable charges of $0.25 (25 cents) per page for copies of the requested records with a minimum charge of not less than $10.00. PHS will contact me or the above reference party at _____ with the exact charges and those charges will be paid by

(Phone Number)

certified check or money order before the records are released.

_Jimmy Frank Cameron_

Name (print)

12/11/06

Date

_Jimmy F Cameron_

(Signature of Patient (or Parent or Legal Guardian if appropriate)

12/11/06

Date

_Brandee Player, HSA_

Witness (Print)

_Witness (Signature)_

60137

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
## TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated on: _4-28-05_ Treatment Coordinator: _Ms. Peters MHP_

Inmate's Housing Location: _____ Institution: _VCF_

**DSM IV Diagnosis:**
Axis I: _Anxiety Disorder_
Axis II: _No diagnosis on Axis II_
Axis III: _Problems with shoulders + neck → car accident_
Axis IV: _Incarceration_
Axis V: _65_

| Problem #1 |
|---|
| _Inmate reports feeling anxious frequently_ |
| Goal: _Will reduce anxiety by maintaining 100% with meds_ |
| Target Date for Resolution: |
| Intervention: _MHP will provide supportive counseling once per month, Nurse will monitor compliance with with medications, Psy will evaluate every 3 months_ |
| Staff Member Responsible: _MHP, Nurse, Psy_    Frequency: _ongoing_ |

| Problem #2 |
|---|
| Goal: |
| Target Date for Resolution: |
| Intervention: |
| Staff Member Responsible:      Frequency: |

| Problem #3 |
|---|
| Goal: |
| Target Date for Resolution: |
| Intervention: |
| Staff Member Responsible:      Frequency: |

Second Page attached:   Yes ☐   No ☑

### Treatment Team Members
Psychiatrist: _S Banerjee, MD._     Date: _4/28/05_
Mental Health Nurse: _C Harris, LPN_     Date: _04/28/05_
Treatment Coordinator: _Ms. Peters MHP_     Date: _4-28-05_

Inmate Agreement: _Jimmy Cameron_     Date: _4-28-05_
Treatment Plan Review to be Conducted by: _____ (within six months)

| Inmate Name _Cameron, Jimmy_ | AIS # _105591_ |

ALDOC Form 463-01
Page ___ of ___

AR 463 – December 11, 2001

HYPERTENSION CLINIC
Q 3-6 months

Name: _Clemons, Symon_  DOB: _12/30/13_  AIS#: _105591_  R/S _WM_

## PATIENT HISTORY

Date of Diagnosis: _5/9/06_
Current Meds: _Zenormin 25 mg  qd_
Diet/exercise history: _Low Sodium_  Compliant?  Yes  (No)

**Risk factors (check all that apply)**
__Family History __Smoker __Diabetes __Alcoholism __Drug Abuse __Obesity __CHF __Hyperlipidemia __Renal Disease

| VARIABLE | Date (initial exam) | | | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 138/64/74/73 | | | | | | | | | |
| CP | no | | | | | | | | | |
| Exertional Dyspnea | no | | | | | | | | | |
| Orthopnea | no | | | | | | | | | |
| Fundi exam annually | yes | | | | | | | | | |
| General Appearance | Healthy | | | | | | | | | |
| Heart | Reg WNL | | | | | | | | | |
| JVD/Carotid Bruits | no / no | | | | / | | | / | | |
| Lungs | Bil/Clear | | | | | | | | | |
| Abdomen | non distended | | | | | | | | | |
| Periph. Pulses/edema | pos / 0 | | | | / | | | / | | |

## LABS

| | Date | Date | Date |
|---|---|---|---|
| BMP per MD/NP order | 9/29/06 | | |
| DPII annually | 9/29/06 | | |
| UA Dipstick (on-site) | 9/7/06 | | |
| EKG | | | |
| CXRAY | 8/28/06 | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened |

## PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | 11/27/06 | | |
| Completed Master Problem Sheet | yes | | |
| Next F/U | 2/20/06 | | |
| Signature | | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1 | 1 |
| 2 | 2 |

Comments: _E. Instructed on the need for_
_Compliance  c Meds; Exercise_
_and diet_

# HEP C CLINIC
## Q 3-6 months

Name: _Cameron, James_  DOB: _12/30/48_  AIS#: _105591_  R/S _WM_

## PATIENT HISTORY

Date of Hep-C Antibody Positivity: _5/9/06_

Current Meds: _N/A_ _____  Compliant?  Yes   No

### Risk factors (check all that apply)
IVDA    Alcoholism    Tatoos    Transfusions

| VARIABLE | Date (initial exam) | Date | | | | | | | | Date | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP/Pulse/RR/T/Wgt | 130/80 73 20 98/174 | | | | | | | | | | | | |
| Drowsiness/Weakness | NO | | | | | | | | | | | | |
| Nauses/vomiting | NO | / | | | | | | | | / | | | |
| Abd pain/swelling | NO | / | | | | | | | | / | | | |
| Blood in stool | NO | / | | | | | | | | / | | | |
| General Appearance | Healthy | | | | | | | | | | | | |
| Icterus/Spiders | Ø | | | | | | | | | | | | |
| Mental Status/Asterixis | A&O X 3 | / | | | | | | | | / | | | |
| Heart | Reg WNL | / | | | | | | | | / | | | |
| Lung | B/L Clear | | | | | | | | | | | | |
| Liver/Ascites | non palpable Ø | / | | | | | | | | / | | | |
| Edema | None noted | / | | | | | | | | / | | | |

## LABS

| | Date | Date | Date |
|---|---|---|---|
| INR | Pending | | |
| DPII per protocol | 9/29/06 | | |
| Abd US | N/A | | |
| Liver Biopsy/Genotype | N/A | | |
| Fe/TIBC/Ferritin | | / | / |
| Hep BsAg/Hep C VL | positive | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened |

## PLAN

| | Date | Date | Date |
|---|---|---|---|
| Hep B Vaccination | NO | | |
| Patient Edu/Training | 11/27/06 | | |
| Completed Master Problem Sheet | Yes | | |
| Next F/U | 3/5/06 | | |
| Signature | | | |

| SHORT TERM GOALS | | LONG TERM GOALS | |
|---|---|---|---|
| 1 | | 1 | |
| 2 | | 2 | |

Comments: _c̄ Instructed on S/S to report_

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 8-32-06    Time: 11:10/pm    Facility: Fam A + I

Check all applicable CIC's being evaluated: X Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** Back pain

97 2 02

**OBJECTIVE:** BP 128/62 HR 67 RR 20 Temp 96.8 Wt 171 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

A+O x 3; No acute distress;
HEENT - WNL -
Resp CV: RRR s murmur, Ø edema to ↓ ext., ⊕ pedal pulses
Lungs: Clear

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Cont. reg Rx; Saw MD on 8/14 for back pain. Inst. on ↓ na diet & exercise for HTN - to see MD on sick call for back pain if no better. Labs next visit

**F/U:** Routine 90 days: ____✓____ Other _____    Problem List Updated: Yes (No)

Istidham CRNP
**Physician/NP/PA**

Cameron    Jimmy
NAME

Male
GENDER

M
RACE

105591
AIS#

12-30-48
DOB

(Revised 5/18/05)

# HCV Evaluation & Referral Flow Sheet

| PATIENT NAME Cameron, Jimmy | ID NUMBER 105591 | DATE 6/2/06 | FACILITY Hamilton |
|---|---|---|---|

**Step 1**

Patient is positive for the Hepatitis C virus. **(Quantitative HCV obtained.)**
- ☐ Patient given Schering-Plough or Pegasys "Medication Guide," as appropriate.
- ☐ Provider educates patient on Hepatitis C infection and treatment. The education has been documented.

PROVIDER SIGNATURE:_____   DATE:_____

**Step 2**

Initiate eligibility process
- ☐ Patient signed Informed Consent or refusal for determining eligibility for Interferon/Ribavirin treatment.
- ☐ Obtain labs as required to determine eligibility. **(If no other absolute exclusion criteria are present.)**

PROVIDER SIGNATURE:_____   DATE:_____

**Step 3**

**Absolute Exclusion Criteria***

- ☐ Age ≤ 18.
- ☐ Remaining incarceration time ≤ 36 months.
- ☐ Presence of a mental health diagnosis that has not been cleared by psychiatrist.
- ☐ History of solid organ transplant.
- ☐ Presence or history of an autoimmune disorder.
- ☐ Presence or history of decompensated cirrhosis, ascites or encephalopathy (albumin ≤ 3.2 gm/dl, bilirubin > 3.0 gm/dl).
- ☐ CBC results outside acceptable limits (Hgb ≤ 12 females, ≤ 13 for males; WBC > 3,000; ANC 1,500 & platelets ≤ 100,000/mm).
- ☐ Creatinine ≥ 1.7 or creatinine clearance ≤ 50 ml/minute
- ☐ Patients with uncontrolled diabetes HgbA1C ≥ 8.0
- ☒ Persistently normal ALT (≤ 2.0 times normal at 0, 3 and 6 months).
- ☐ Positive pregnancy test.

\* No further evaluation should be completed once an absolute exclusion criterion is identified. The patient should be followed in a chronic care clinic at least every 90 days.

**Relative Exclusion Criteria \*\***

- ☐ Age ≥ 60.
- ☐ < 80% compliance with clinic visits and medication.
- ☐ Alcohol and illicit drug use within one year.
- ☐ Presence of non-hepatic disease such as coronary artery disease, unstable angina, CHF, pulmonary disease, poorly controlled seizure disorder or malignant neoplasm.
- ☐ Abnormal TSH.
- ☐ Ferritin/TIBC ≥ 50% (iron overload).
- ☐ HIV positive.
- ☐ Abnormal INR.
- ☐ Interferon/Ribavirin sensitivity.
- ☐ Life expectancy < 10 years.

\*\*The provider is required to review relative exclusion criteria with the Regional Medical Director prior to proceeding with further evaluation.

**Step 4**

Non-Formulary Request for Genotype Testing
- ☐ Obtain HCV genotype. Provider submits Non-formulary Lab Request form with a copy of this form to the Regional Medical Director. Approval must be received prior to ordering tests.

STAFF SIGNATURE:_____   DATE:_____

**Step 5**

Risk Stratification and Treatment Options
- ☐ Provider reviews test results with patient to determine risk stratifications and therapeutic options.
- ☐ Provider submits an Outpatient RMD Consultation form for a liver biopsy, if indicated, with a copy of this form to the Regional Medical Director. Approval must be received prior to scheduling the biopsy.

PROVIDER SIGNATURE:_____   DATE:_____

**Step 6**

Initiation of Treatment
- ☐ Final eligibility determination completed. Liver biopsy results have been reviewed with the Regional Medical Director.
- ☐ Provider reviews Schering-Plough or Pegasys "Medication Guide" with the patient and provides education on Interferon/Ribavirin treatment.
- ☐ Patient signs informed consent for Interferon/Ribavirin treatment, a second time.
- ☐ Provider completes Formulary Exception Request form and orders medication treatment.

PROVIDER SIGNATURE:_____   DATE:_____

**Step 7**

Safety and Efficacy Monitoring
- ☐ Provider orders appropriate hematological and biochemical testing as necessary and a HCV RNA-qualitative assay six months after treatment to assess sustained virologic response.

PROVIDER SIGNATURE:_____   DATE:_____

HCV Program - Evaluation

April 2003

Cameron Jimmy 105591



lose 10 lbs. by Jan. 21st    FREE REGISTRATION    eDiets

Height 5 ▾ 4 ▾ in. Weight [ ] Go!

advertisement

# WebMD Health

Search [ ] GO

>> Sign in >> Profile ✉ Receive a FREE

**WebMD Today**
· Home
· WebMD Newscenter

**Member Services**
· Newsletters & Alerts
· Boards & Events
· WebMD University
· My WebMD
· Find a Doctor, Clinic

**Medical Info**
· Diseases & Conditions
· Check Symptoms
· Medical Library
· Drugs & Herbs
· Quizzes, Calculators
· Clinical Trials
· Find Health Insurance
· Health Plan

**Health & Wellness**
· Women, Men, Lifestyle
· Parenting & Pregnancy
· Diet & Nutrition
· Family Genetics

**Who We Are**
· About WebMD
· Privacy & You

**Health Mall**

Pharmacy Store
Sponsored:
Pregnancy Tips
New Insulin Info
Our Sponsors

You are in **Diseases & Conditions.**   [ Hypertension ▾ ] GO

## Health Guide A-Z

**Health Topics** | **Symptoms** | **Medical Tests** | **Wellness** | **Support Organizations**

## High Blood Pressure (Hypertension)

healthwise®

### What Happens

Blood pressure normally rises as you get older. This normal increase occurs more quickly in people who have high blood pressure.[3, 4]

Untreated high blood pressure can damage the delicate lining of the blood vessels. Once damaged, fat and calcium can easily build up along the artery wall, forming a **plaque**. The blood vessel becomes narrowed and stiff (atherosclerosis), and blood flow through the blood vessel is reduced. Over time, decreased blood flow to certain organs in the body can cause damage leading to:

- Heart disease, heart attack, and heart failure.
- Kidney (renal) failure.
- Peripheral vascular disease.
- Retinopathy.
- Stroke.

In addition, men who have high systolic blood pressure during middle age (50s to 60s) may show a greater decline in mental ability later in life (after age 75) than men who do not have high blood pressure earlier in life. Short-term memory and attention span are most affected.[5]

Topic Overview
Cause
Symptoms
→ What Happens
What Increases Your Risk
When to Call a Doctor
Exams and Tests
Treatment Overview
Prevention
Home Treatment
Medications
Surgery
Other Treatment
Health Tools
Other Places to Get Help
Related Topics
References
Credits

< previous section
< To Health Guide A-Z

^ back to top

next section >

12/16/2002

  7-8-06

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _5-17-06_ Time: _9 50 A_ Facility: _HA+I_

Check all applicable CIC's being evaluated: _X_ Card/HTN __DM__GI__ID__PUL__SZ __TB

**SUBJECTIVE:** 1° C/C GERD sx, wisit, shz wees.
117/69      1 c/o CBM

**OBJECTIVE:** BP ~~37/45~~ HR _64_ RR _16_ Temp _96 8_ Wt _162_ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

COLSR isem
lungs clear
Ex Leas & adeuu
NBN & reid Eye

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | (P) | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | (W) | I | S | W |

**PLAN:** ① Restart GERDRi
② Rohab / Md X 3w

**F/U:** Routine 90 days: _90_ Other _____

Problem List Updated: (Yes)  No

_____
Physician/NP/PA

Cameron Jimmy
NAME

male
GENDER

white
RACE

105591
AIS#

12-30-48
DOB

(Revised 5/18/05)

**PHS**
PRISON HEALTH SERVICES INC.

DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
# CHRONIC CARE CLINIC
# SPECIAL NEEDS

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|------|------|---|--------------|--------------|---|
| | | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES |
| | | O: VS  T       P        R<br><br>BP            WT<br>REVIEW OF NURSES CCC RECORD<br>    YES            NO | | | |
| | | | | | |
| | | NOTES | | | |
| | | | | | P: LABS |
| | | | | | |
| | | | | | |
| | | | | | ORDERS: |
| | | | | | |
| | | | | | MEDICATION:<br><br>Zantac 150mg BID<br>Lovastatin 20mg o<br>        8d | 
| | | | | | F/U CCC WITH NURSE  EVERY _____ DAYS. |
| | | | | | F/U CCC WITH MD EVERY _____ DAYS. |
| | | | | | |
| | | | | | SIGNATURE: |
| | | EDUCATION DONE<br>    YES          NO | | | |

| INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|-------------|--------|-----|----------|------|
| Cameron, Jimmy | 105591 | 55 | WM | 105-591 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cameron, Jimmy #105591    D.O.B.: 12/30/81 |
|-----------|-----------------------------------------------------------|
| 3/19/04 | 5) No problem as long as I have Zantac |
| | 0) VSS, Abd soft ē distention |
| | A) Potential for Health Maintenance Alteration |
| | P) Continue to follow un Special Need/Chronic Care — _____ [signature] |

PRISON HEALTH SERVICES

## General Medical / Peptic Ulcer Chronic Care Clinic

| NAME | AIS | INST | DOB | AGE | R/S | YEAR |
|------|-----|------|-----|-----|-----|------|
| Cameron Jimmy | 105 591 | Staton | 12/30/48 | 55 | WM | 2006 |
| DATE | 3/9/06 | | | | | |

### SUBJECTIVE DATA: Q MONTH

| | | | | | | |
|------|------|------|------|------|------|------|
| 1. Appetite | Good | | | | | |
| 2. Abdominal pain (qualify) | NO | | | | | |
| Abdominal pain (location) | NO | | | | | |
| Abdominal pain (time curve) | NO | | | | | |
| 3. BM's (frequency) | Normal | | | | | |
| BM's (quality) | | | | | | |
| 4. Upper or lower blood | NO | | | | | |
| 5. Vomiting | NO | | | | | |
| 6. Aggrevating medications | NO | | | | | |
| 7. Smoking | NO | | | | | |

### NURSING EXAM: Q MONTH

| | | | | | | |
|------|------|------|------|------|------|------|
| 1. BP / pulse | 134/76 75 | | | | | |
| 2. Temperature | 97.6 | | | | | |
| 3. Respiratory rate | 20 | | | | | |
| 4. Weight | 177 | | | | | |
| 5. Abd. tenderness (severity) | No | | | | | |
| Abd. tenderness (location) | NO | | | | | |
| Abd. appearance | Soft | | | | | |
| 6. Edema | NO | | | | | |
| 7. Jaundice | NO | | | | | |

### LAB TEST RESULTS (as ordered)

| | | | | | | |
|------|------|------|------|------|------|------|
| 1. WBC, hct | | | | | | |
| 2. Amylase | | | | | | |
| 3. SGOT, SGPT | | | | | | |
| 4. Alk. phos. / bili | | | | | | |
| 5. EGD | | | | | | |
| 6. Other | | | | | | |

### MEDICATIONS

| | | | | | | |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Medication compliance | | | | | | |
| Total time on H2 blockers | | | | | | |
| Education and counseling | | | | | | |

### DOCTOR EXAM Q 3 MONTHS

| Date | | |
|------|------|------|
| 1. Abd. tenderness | | |
| 2. Liver/ spleen / mass | | |
| 3. Jaundice | | |
| 4. Rectal / Hemocult | | |
| 5. Edema | | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: Cameron, Jimmy                                  Date: 5/9/06

Housing Location:

Type of Diet: Regular

Start Date: 5/9/06                    Stop Date: 8/9/06

Special Instructions (if needed): Double Portions, X 90 days)
per MD order.

Date Requested: 5/9/06    Signature: Dr. Tomeau /B. Price /

60130 (10/89)

(White - Kitchen Copy, Yellow - Patient File Copy)





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | ✓ |
| TB TEST CURRENT | ___ | ___ 5/5/06 |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | ✓ |

OTHER ( Hep C )

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____ DATE: _____

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: *Jimmy Cameron*      DATE: 5-5-06

EXPIRATION DATE: _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Cameron Jimmy | 105591 | 12/30/48 | W/M | Ham Acu |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

## ORAL SCREENING

## PAIN/DISCOMFORT

CONDITION OF TEETH:   POOR      FAIR      GOOD

CONDITION OF GUMS:   POOR      HEALTHY

FALSE TEETH:  PARTIAL,    PLATE     UPPER   LOWER

ORAL HYGEINE INSTRUCTIONS GIVEN:   _yes_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Cameron Theotis*

                 LAST           FIRST       MI

DATE OF BIRTH _10-29-27_   SS# _204560_

**Housing Recommendations:**

    General Population _____

    Medical Observation Unit _____

    Lower Level/Lower Bunk _____

    Suicide Precautions _____

    Special Watch (15 Minute Checks) _____

    Isolation _____

    Initiate Universal Precautions _____

*① Doxycycline 100mg p.o. BID x 2 weeks pill call 3am & 3pm*

*② See Dr Rya @ 800 am 4-1 ank F/U*

**Individual found to be:**

    Frail/Elderly _____

    Physically Handicapped _____

    Developmentally Disabled _____

    Drug/Alcohol Withdrawal _____

    Special Mental Health Needs _____

    Expressed Suicidal Ideation _____

    History of Seizures _____

    Other _____

    Specify _____

Nurse _____ Date _3-27-06_

*Theotis Cameron*


**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | usual wt. 18D |
| | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | ✓ | | occasional blood in stool |
| Difficult Urination | ✓ | | Hand to start |
| Other Illnesses (Details) | ✓ | | Constant pain in back. |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | NKDA |

Weight _152_ Temp _96 8_ Height _5'9_ Pulse _67_ Resp _20_ Blood Pressure _110/70_ 02 sat _97%_

**If greater than > 140/90, repeat in 1hour.**

Eye Exam: _20/800_ OD _20/25_ OS _20/25_ OU     **Refer to M.D. if remains > 140/90.**

**II.    TESTING – (LPN or RN)**          **RESULTS**

Finger stick blood sugar _94_

Tuberculin Skin Test (q yr)     Date given _3-7-0_ Site _L_ fore arm

Read on _3-9-0_ Results _71_ mm

Past Positive TB Skin Test →     **Survey Completed**
(Chest x-ray if clinical symptoms)     Date _____ Results _____

RPR (q 3 yrs)     Date _2005_ Results ~~Not Reactive~~ Non Reactive

EKG (baseline at 35, over 45 q 3 yrs)     _2005_

Cholesterol (at 35 then q 5 yrs)     _2005_

Tetanus/Diptheria (q 10 yrs)     Last Given _2005_ Due _2015_
(if done today)     Site given _____ Dose _____ Lot # _____

Optometry Exam (@ 50 if not already seen)

Mammogram     Date _N/A_ Results _____
(females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Class   1  2  ③  4  5     Restrictions _OBS due to MVA_

Heart     _RRR_

Lungs     _lung sound clear bil_

Breast Exam     _DRE_     _WNL per mate self exam_

Rectal (yearly after 45) _____ Results _Declined_

with Hemoccult     Results _Normal Prostate Exam_ OB-Neg-

Pelvic and PAP (q 1 yr)     Date _N/A_ Results _____

Facility _UCF_ Nurse Signature _(signature)_ Date _3-07-06_

M.D. or Mid-Level Signature _____ Date _3/9/06_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Cameron, Jimmy | 105591 | 12/30/48 | W/M |

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Cameron, Jimmy_

LAST                    FIRST                    MI

**DATE OF BIRTH** _12/30/48_          **SS#** _105591_

**Housing Recommendations:**

General Population _/_

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

*Apply moist heat to the affected area 10 minutes daily X 90 days 1/30/06 → 4/30/06*

*Continue back exercises daily X 90 days 1/30/06 → 4/30/06*

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

Nurse _T. Starks, LPN_          Date _1-30-06_

_Jimmy Cameron_

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Cameron, Jimmy

LAST                          FIRST                          MI

**DATE OF BIRTH** 12/30/48          **SS#** 105591

**Housing Recommendations:**

General Population ___/___        Apply moist

Medical Observation Unit _____        heat to the

Lower Level/Lower Bunk _____        affected area

Suicide Precautions _____        10 minutes daily

Special Watch (15 Minute Checks) _____        X 90 days

Isolation _____        1/30/06 → 4/30/06

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____        Continue back

Physically Handicapped _____        exercises daily

Developmentally Disabled _____        X 90 days

Drug/Alcohol Withdrawal _____        1/30/06 → 4/30/06

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse T. Starks, LPN          Date 1-30-06

Jimmy Cameron

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| 10/24/06 1:36pm | *[handwritten] Rec'd @ Bullock Val I of I w/ M hx 8 mlt meals MHT code MHC* | *[signature] N Jackson MHP* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INMATE NAME | AIS # | INSTIT. |
|---|---|---|
| *Cameron Cummins* | *105591* | *Bullock* |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634,
ADOC Form MH-04

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

**DATE:** 7/28/05   **TIME:**

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|
| cc "Nerves" | | 0/0 |
| Depressed mood | | 0/0 |
| Pain in shoulders | | 0/3 |
| Anxiety / Worry | | 0/0 |
| Feelings of nervousness | | 0/0 |

**Medications:** Meds have been D/c'd since 4/19/05.   *Informed Consent*

**Compliance:** Inmate report _____ vs MAR _____ %   cc I'm doing well clinically.

In addition to the information in the tables above and below, then inmate-patient:

**S** cc "I am doing good without taking any medicines since April, I have no problem. I don't feel anxious no more".

**Side effects**

**O** Reports Ø other sx's of mood anxiety or thought d/o. Ø thoughts to hurt himself or anyone else. Voices no other issues or concerns at this time. A+o x3 Speech: WNL Mood: euthymic, Affect: Appropriate, Thought Process: logical Judgment: Fair, Insight: F

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sx's of psychosis, Ø SI, Ø HI, Ø HA, Ø delusion |
| Serious Depression | ✓ | | Ø sx's of anxiety or depression noted. |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

**Lab info:** None   **Labs Ordered:** at this time   **Labs Reviewed:** from mental health.   **AIMS:**

**ASSESSMENT/Diagnosis (DSM-IV)**
Anxiety D/o NOS (hx of)

**PLAN:** I'm clinically doing well without being on any psychotropic medications for more than three months. Exhibits Ø sx's or signs of mental illness at this time. Discussed c Tx team to change his mental health code to HIST

**Return to clinic:** RTC PRN

| Print Last Name: DR. BANERJEE | Sign: Banerjee, M.D | | | | | |
|---|---|---|---|---|---|---|
| **Patient's Name:** (Last, First, Middle) Cameron, Jimmy | **AIS #** 105591 | **Age** 56 | **R/S** W/M | **Code** HIST | **Institution** Ventress | Advice |

Advice: Im + seek mental health help as soon as he feel the need for it

**Disposition:** Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Discussed Tx plan c Im. He understands and agrees c Tx plan. RTC on PRN basis at this time.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE; 4/19/05    TIME:

Target Symptoms    Behavioral Rating Scale  0=No problem  5= worst

| | | Today vs Before |
|---|---|---|
| "Nerves" | | 0 / 4 |
| Depressed mood | | 0 / 3 |
| Pain in shoulders | | 3 / 4 |
| Anxiety / Worry | | 0 – 0 |
| Feelings of nervousness | | 0 – 0 |

Medications:    Vistaril

Compliance:  Inmate report 100 % vs MAR 100 %    Informed Consent ✓

In addition to the information in the tables above and below, then inmate-patient:

S  "I am doing okay. I have lot of medical problem which gives me anxiety. It gets on my nerves. I don't need no medicines no more." Refusing

O  to take any psychotropic meds. Denies of any other sx's of mood, anxiety or thought d/o. Ø thoughts to hurt himself or anyone else. Voices no other issues

Side effects:

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sx's of psychosis noted |
| Serious Depression | ✓ | | Sx's of anxiety improved |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present |
| Situational Upset | ✓ | | None noted |

Lab info: None    Labs Ordered: from mental health.    Labs Reviewed:    AIMS?: _____

**A**SSESSMENT/Diagnosis (DSM-IV)
Anxiety D/O NOS (hx of)

**P**LAN: Im clinically stable. Exhibits Ø sx's or signs of anxiety at this time. Refusing all psychotropic meds. At this present. Will D/C Vistaril by tapering the dose. Discussed tx plan c̄ Im. He understands & agree

Return to clinic: RTC 90 days /    Print Last Name: DR. BANERJEE /    Sign: Sbanerjee, MD

Patient's Name: (Last, First, Middle)  Cameron Jimmy

| AIS # | Age | R/S | Code | Institution | |
|---|---|---|---|---|---|
| 105591 | 56 | W/M | SMI | Ventress | |

Disposition  Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

will be followed up c̄ counseling c̄ MHAP. RTC in 90 days

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 3/28/05    TIME: 1:40 pm.

Target Symptoms    Behavioral Rating Scale  0=No problem  5= worst    Today vs Before

| | Today vs Before |
|---|---|
| "Nerves" | 4/5 |
| Dep. Mood | 3½/5 |
| Pain | 4/5 |

Medications: Vistaril 50g B ID

Informed Consent

Compliance: Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

**S** ↓ Dizziness — even slept the home insomn
Vistaril — "resting a little better.
Side effects:

**O** still loads s/w anxious

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Logical / calm enough. |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | Worried about his sentence. |

Lab info:    Labs Ordered: _____    Labs Reviewed: _____    AIMS:? _____

**A**SSESSMENT/Diagnosis (DSM-IV)    Anx Dis / adverse vrcn
hosp. c.

**P**LAN:    Continue Vistaril 50g BID. x 45 Dmi

Return to clinic: 2 wks    Print Last Name: BEECHAM    Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cameron, Jimmn | 85591 | 56 | w/n | SMI | KCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

D-7 (R.C)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE; 3/22/05    TIME: 3:00 pm

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs/Before | |
|---|---|---|---|
| | Nausea | 4/5 | 4/5 |
| | Dep. mood | 3½/5 | 4⁺/5 |
| | Pain | 4/5 | 3⁺/5 |
| R → 0 | | | |

Medications: Librium - Detox schedule x 10 days        Informed Consent

Compliance:  Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

*S*

Side effects:

*0* No signs/Sx of withdrawal. c/o dizziness / + cannot stand c eyes closed. His speech is almost slurred! But logical / calm in presentation

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | | ? | Irritable |
| Situational Upset | | • | |

Lab info:    Labs Ordered: _____  Labs Reviewed: ✓  AIMS:? _____

*ASSESSMENT*/Diagnosis (DSM-IV)  Aj + Dis / chronic pain
                                  ASPD        ⊕ Hep. C

*PLAN:*  D/C Librium
         Give Vistaril 50y BID.

Return to clinic: Mon 3/28  Print Last Name: Beecham  Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cameron, Jimmy | 185591 | 56 | W/M | SMI | KCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-14-06 referral | 1:05P | S- I/M rep. he had been experiencing chronic pain related to pinched nerves, but that the condition is currently improving. He denied dep. He rep no Sx of mental illness He rep no SI or HI. He rep "God keeps me going." O- Alert, occasional smile, talkative, speech logical & coherent, good eyecontact A- Appeared currently stable P- I/M agreed to contact M.H. if the need arises. He expressed no desire for current M.H. services. See on PRN basis. | E. Bruny, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cameron, Jimmy | 105591 | 56 | W/M | VCF |

F-61

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/21/05 | | S - Im states that he will begin Dual Dx soon. He reports that the relaxation technique has been somewhat helpful when he uses it, and states that the exercises we talked about (ie-walking) have been the most helpful in helping him manage his pain & anxiety. He also reports sleeping better. Im states he is expecting to be released soon due to "the Kirby law... and I've already done almost 15 yrs so I should hear something from the judge any day now." Im states that he does not want/intend to be around the people or the places that he was prior to his incarceration. His plans for community re-entry were discussed. Im is optimistic about leaving but understands that this may not happen as quickly as he expects. He has housing arrangement | |
| | | O - Im presents as fidgety at times and exhibits speech and thought WNL. He is alert and oriented x 3. | |
| | | A - Im is clinically stable and appears to be effectively managing his anxiety & pain in a positive manner. | |
| | | P - Continue monthly F/Us | N. Jones PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| CAMERON, JIMMY | 105591 | 56 | W/04 | VCF |

F-61

**INTERDISCIPLINARY PROGRESS NOTE**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/17/05 | cont | O- 56 yr old wm alert, cooperative, talkative, good eye contact, polite, spoke logically, helpful professional attire. Ihm reports that he's moved to "neutral" after incarceration. Ihm reports sleeping 3/3 meals a day and sleeping 8 hours a night. | |
| | | A- Ihm is alert and stable at this time and is displaying signs/symptoms of anxiety plc. ① Anxiety - Ihm reports feelings of anxiety every day/ all day associated with car accident, head injury. | |
| | | P - cont with monthly counseling, monitor mental stability. | T. White, RN MH? |
| 6/9/05 | | S - Im reports doing okay w/o meds. However, he states "I stay anxious all the time." He denies a need for meds at this time. Im reports h/o serious accidents which resulted in him sustain physical disabilities and chronic pain. | |
| | | O - Im present as anxious and fidgety. He is oriented x3 and alert w/ ø evidence of thought d/o or psychosis. | |
| | | A - Im relatively stable w/o meds. | |
| | | P - Relaxation technique was taught today. Continue supportive tx w/ anxiety reduction skill building. | S. Cannon (Ph.D) |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Lameron Jimmy | 105551 | 56 | W/M | NCF BULL TN |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/25/05 | | *Counseling Session* Inmate Cameron stated this is his first/second fourth time in prison. I/M reported that he feels anxious. I/M was compliant c̄ medication, but medication has been discontinued due to feeling ill when taking it. I/M reported various medical complaints → was shot in neck & was in a car accident (fractured his shoulders). I/M stated that he was married two sixteen year old girls over twenty years ago & has four children by other women. O= Talkative, Oriented x 2, Cooperative & anxious. P- Next session is scheduled scheduled in one month. A. Peters, MHP | |
| 4/28/05 | | I/M seen in Tx team meeting Reviewed and discussed Tx plan c̄ I/M. He understands and agrees c̄ Tx plan. Continue care. | S Banerjee, MD |
| 5/17/05 | 10:30 am | Monthly individual contact 5-monthly individual contact I/m Cameron reported "Doing mentally alright physically not doing okay". I/m denies feeling depressed at this time and is not suicidal/homicidal. I/m also denies auditory/visual hallucinations. I/m denies experiencing any distress or problems at this time. I/m is currently taking no psychotropic medication. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cameron, Jimmy | 105391 | 56 | W/M | VCF |

F-61

Ventress

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: _Ventress, Jimmie_  AIS#: _105595_  R/S: _WM_
Date: _3/29/05_  Date of Birth: _8 13 48_  Age: _56_

Beta II: _92_  WAIS: _/  /_  WRAT-RL: _8.2_
Last School Grade Completed: _12_  Special Education Classes:  Ye s  (No)

MMPI Welsh Code: _Not given_  Megargee Type: _____

(PS1)

### General Appearance
_____ a. Neat and generally appropriate
_____ b. Poorly groomed
__✓__ e. Other* _In Seg._

_____ c. Flat or avoiding interaction
_____ d. Sad or worried

RECEIVED APR 06 2005

### I. Interpersonal Functioning
__✓__ a. Normal-good relationships likely
_____ b. Withdrawn/apparent loner
_____ c. Likely to ignore rights/needs

_____ d. Lacks skill or confidence
_____ e. Probably difficult to get along with

Other* (Specify)  ____ 1.  ____ 2.  ____ 3.  ____ 4.  ____ 5.  ____ 6.
(See Copy) _____

### II. Personality
_____ a. Healthy
__X__ b. Antisocial
_____ c. Paranoid

_____ d. Explosive
_____ e. Dependent
_____ f. Passive-Aggressive

Other* (Specify)  ____ 1. Schizoid     ____ 4. Narcissistic   ____ 7. Compulsive
____ 2. Schizotypal  ____ 5. Borderline    ____ 8. Atypical/mixed
____ 3. Histrionic   ____ 6. Avoidant
____ 9. See Copy (Write in your wording) _Flagrabic Drug addict_
_w/ other significant substance problems._
_DOC X 6 ½  Parole Viol._

### III. Substance Abuse
_____ a. Alcohol addiction/abuse history _____
_____
_____

__☞__ b. Drug addiction/abuse history _Continuously addicted._
_MJ, Opiate_
_____
_____

N-259 (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Medical Record*

* See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 2

Name: _Cameron_

III. __Substance Abuse (continued)__

_____ c. Current use _____

_____ d. Current addiction _____

Other* (Specify): _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

IV. __Emotional Status__

_____ a. No significant problems

_____ b. Depressed _____

_____ c. (Anxious or stressful) _____

_____ d. Angry or resentful _____

_____ e. Confusion or psychotic symptoms _____

_____ f. Mood disturbances _____

_____ g. Sexual maladjustment _____ 176.

History of sex offenses?   (Yes)   No

_____ h. Paranoid ideation _____

_____ i. Sleep/appetite disorder _____

Other* (Specify): _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _X_ 6. _____ 7. _____ 8. _____ 9.
(See Copy) _____

Emotional response to incarceration: _____

V. __Mental Deficiency__

_____ a. Mild
_____ b. Moderate
_____ c. Severe

_____ d. Borderline
_____ e. Organic impairment suspected
_____ f. Memory deficit

Remarks: _____

History of cerebral trauma or seizures?   (Yes)   No

* See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                    Name: _Cameron_____

<u>Mental Health History</u>
_____ a. Outpatient treatment (dates/where) _____

_____ b. Inpatient treatment (dates/where) _____

_✓_ c. Psychotropic medication (type/effectiveness) _? meds. Do doesn't_
         _remember._____

_____ d. Family history of mental illness _____

VI. <u>Management Problems</u>
_____ a. Suicide potential   Ideation?  Yes  (No)  Plans?  Yes (No)____
         History of attempts/gestures _____
_____ b. Serious mental illness (specify)_____

_____ c. Impulsive /acting out behaviors predicted _____

_____ d. Authority conflict _____

_____ e. Manipulative/untrustworthy _____

_____ f. Easily victimized _____

_____ g. Escape potential _____

_____ h. Assaultiveness _____

         History of expressively violent behavior?       Yes    (No)

Other* (Specify) __1.__ __2.__ __3.__ __4.__ __5.__ X __6.__ ✓__7.__ __8.__ __9.__
(See Copy) _Multiple rule 70 violations (D)_
            _Do will use._

VII. <u>Educational Needs</u>
____ a. ABE      ____ b. Special Education    ____ c. Trade School    ____ d. Junior College

VIII. <u>Mental Health Needs</u>
____ A. Refer to psychiatrist        ____ E. Sexual adjustment         ____ I. Self-concept enhancement
____ B. Substance abuse counseling   ____ F. Reality therapy           ____ J. Healthy use of leisure
____ C. Depression                   ____ G. Anger-induced acting out  ____ K. Personal development
____ D. Stress management            ____ H. Values clarification

RECOMMENDATIONS/REMARKS: _Parole Viol. Was in 7 months._
_Needs Dual Diagnosis / Dr. Elliott._

MENTAL HEALTH CODE:   (SMI)    HARM    HIST    NONE

Evaluation Completed by: _W B Bramley_    Date: _3/29/05_

* See manual for selections and numbers for "other"

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

| _Jimmy Cameron_ | _1055915_ | _3-14-05_ |
|---|---|---|
| Inmate Signature | AIS # | Date Signed |

CAMERON, Jimmy

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION

Referred by:
☒ Admission to Institution    ☐ Mental Health Staff    ☐ Medical Staff    ☐ Other _____

56 / W / m

**Reason for Referral (Presenting Problem):**
NEW ADM. TO KILBY C.F. 3/14/05   INCAR. - 7 WKS
CH - BURG.
Now in P.C. / AN ENEMY ? / SUICIDAL ?   S - PM. VIOL / ?? GIRLFRIEND

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**
IN PRISON + JAIL - LAST INCAR - KLONOPIN, XANAX.
WAS ON VALIUM 10g T.I.D, NEUROLOGIST - TIL JAIL, THEN KLONOPIN
2g B.I.D.
NOW c/o FEELING THOUGHTS ARE RACING, NERVOUS,
RESTLESS, ? IRRITABLE. DENIES FEELING SUICIDAL.

---

**Pertinent Medical History (allergies):**
RX - METHADONE BID, VALIUM 10g T.I.D, NEURONTIN - CHR. PAIN
ALLERGIES - NEXEUM, KLONOPIN 2g BID, ZANTAC - GERD
HEAD INJ - MVA - COMA x CHRONIC. | ANOTHER MVA '91 - F x RIBS.
SEIZURES - x †

**Substance Abuse History:**
ETOH - LL, POT - √ THRU, NEVER ADDICTED x CIGARETTES
NO TX - x S.A.P.

---

**Pertinent Personal/Family History (inmate's sentence):**
DIV x 2
LIVING - ALONE + GIRLFRIEND OFF + ON
SCHOOL - 9 HRS.                          WORK - MECHANIC
DISABILITY STATUS - 82
F x BOTH SHOULDERS / CHRONIC PAIN
F x THORAX VERTEBRA.

**Institutional Adjustment (current placement):**
PRIOR - '91 - CH BURG - S = LIFE (HAB OFFND.) - OUT 5/04
'72 CH BURG - S = DID 14 + 4 RS - OUT '72
'67 CH " S = DID 4 MOS.

JV - x

| Inmate Name | | Page 1 of 2 |
|---|---|---|
| CAMERON, Jimmy | AIS # 105591 | |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## PSYCHIATRIC EVALUATION

**Mental Status Examination:**

**Appearance and Behavior:** ALERT, WELL ORIENTED, APPROPIATE

**Mood and Affect:** STABLE IN MOOD

**Speech and Language:** WNL

**Thought Process:** WNL

**Thought Content and Perceptions:** WNL

**Cognitive Assessment/Memory:** WNL

**Insight/Judgement:** WNL

**Sleep/Appetite:** INTACT

"NERVES" 4/5
DEP. MOOD 4⁺/5
PAIN (NOW) 3ᵣ/5

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):** CUT WRISTS IN JAIL / PRISON, SUPERFICIALLY — 3-4 TIMES LAST - '86

**Current Suicidal Ideation and Behavior:** DENIES.

**Past Violent/Assaultive Behavior:** HAS STABBED 2-3 PERSONS, IN PRISON, LAST ± 78

**Current Violent/Assaultive Ideas/Behavior:** DENIES ANY KNOWLEDGE OF A SPECIFIC ENEMY.

**Diagnostic Impression**

**Axis I:** CHRONIC ANX DIS, NOS / POLY SUBST. DEP — CURRENTLY DEPENDANT ON NARCOTICS

**Axis II:** PERS. DIS, NOS. — ANTISOCIAL,

**Axis III:** R/O — HEAD INJ, + MULTIPLE FX / CHRONIC PAIN

**Axis IV:** MULTIPLE FACTORS

**Axis V:** 50-55

**Treatment Recommendations (including medications/labs ordered/special housing)**

~~PATIENT~~ DOES NOT NOW REQUIRE SUICIDE / SELF HARM PRECAUTIONS

R/O - LIBRIUM 25ᵧ AM + 50ᵧ HS x 2 DAYS
" 25ᵧ " 25ᵧ HS x 3 "  } DETOX
25ᵧ HS x 5 DAYS.

**Mental Health Code:** (SMI)    HARM    HIST    NONE

**Psychiatric Follow-Up Required Within:** ___ Days

2 DAYS

**Psychiatrist Signature** _____    **Date** 3/15/05

**Inmate Name** CAMERON, JIMMY    **AIS #** 105591    Page 2 of 2

## Dr. Paul Beecham
## MHM Correctional Services

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
<u>REFERRAL TO MENTAL HEALTH</u>

Inmate Name: _Cameron, Jimmy_ AIS#_____ Date of Referral: _10559?_

REASON FOR REFERRAL:
- ☐ CRISIS INTERVENTION
  - ☐ Family problem:_____
  - ☐ Problems with other inmates:_____
  - ☐ Recent stress:_____
  - ☐ Other:_____
    _____

- ☐ EVALUATION OF MENTAL STATUS
  - ☑ Suicidal        ☐ Anxious         ☐ Physical complaints
  - ☐ Homicidal       ☐ Depressed       ☐ Sleep disturbance
  - ☐ Mutilative      ☐ Withdrawn       ☐ Hallucinations/delusions
  - ☐ Hostile, angry  ☐ Poor hygiene    ☐ Suspicious
  - ☐ Other inappropriate behavior:_____

- ☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

- ☐ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

- ☐ OTHER:_____

COMMENTS: _Stated "yes" to thoughts of suicide this pm_

Referred by: _____     Phone Contact #: _691_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Follow-Up by: _____          Date: _____

| Inmate Name | AIS # |
|---|---|
|  |  |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**REFERRAL TO MENTAL HEALTH**

Inmate Name: _Cameron Denny_ AIS# _105591_ Date of Referral: _3-14-05_

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
  ☐ Family problem:_____
  ☐ Problems with other inmates:_____
  ☐ Recent stress:_____
  ☐ Other:_____

☐ **EVALUATION OF MENTAL STATUS**
| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical complaints |
| ☐ Homicidal | ☐ Depressed | ☐ Sleep disturbance |
| ☐ Mutilative | ☐ Withdrawn | ☐ Hallucinations/delusions |
| ☐ Hostile, angry | ☐ Poor hygiene | ☐ Suspicious |
| ☐ Other inappropriate behavior: _Memory deficits_ | | |

☑ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☑ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:** _____

COMMENTS: _Inmate reports being on MH meds for Anxiety. Denies being suicidal or homicidal @ this time._

Referred by: _L. Henderson HCN_ Phone Contact #: _684_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_Emotra. M. H. EVN_ _3/15/05_

Follow-Up by: _____ Date: _3/15/05_

| Inmate Name | AIS # |
|---|---|
| _Cameron Denny_ | _105591_ |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### RECEPTION MENTAL HEALTH SCREENING

Institution: _KILBY_                    Date/Time Inmate Received: _3-14-05_

Date/Time of Screening: _3-4-05_    Signature/Title of Screener: _Ms. L. Henderson LPN_

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC _8 months ago_

- ☑ Yes ☐ No   Psychotropic medication: _Klonopin 3-13-05_
- ☐ Yes ☑ No   Medication turned over to ADOC upon arrival?
- ☐ Yes ☑ No   Mental health follow-up in last 90 days: _____
- ☐ Yes ☑ No   Suicide/self-harm attempts in last 90 days: _____

## MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):

- ☑ Yes ☐ No   Outpatient treatment: _anxiety - Jan 05_
- ☑ Yes ☐ No   Inpatient treatment: _93 - can't remember la_
- ☑ Yes ☐ No   Psychotropic medication: _Valium_
- ☐ Yes ☑ No   Suicidal attempts: _____
- ☐ Yes ☑ No   Suicidal thoughts: _____
- ☑ Yes ☐ No   Head injury: _fell @ jail #160# (?)_
- ☐ Yes ☑ No   Seizures: _____
- ☑ Yes ☐ No   Violent behavior: _____
- ☑ Yes ☐ No   Substance abuse: _(can't remember)_
- ☐ Yes ☑ No   Substance abuse treatment: _____
- ☑ Yes ☐ No   Special education classes: _9th grade tot_

## INMATE SELF-REPORT OF CURRENT STATUS _607 5" "shaked#"_

- ☐ Yes ☑ No   First incarceration (reaction): _____
- ☑ Yes ☐ No   Reports family support: _sister_
- ☐ Yes ☑ No   Reports serious depression/remorse: _____
- ☐ Yes ☑ No   Thinking about suicide: _____
- ☐ Yes ☑ No   Has plan for suicide: _____
- ☐ Yes ☑ No   Possible to implement plan: _____
- ☐ Yes ☑ No   Reports hallucinations: _____

## BEHAVIORAL OBSERVATIONS

- ☐ Poor eye contact
- ☐ Poor hygiene
- ☐ Unable to pay attention
- ☐ Unresponsive
- ☐ Disoriented
- ☐ Overly anxious
- ☐ Unable to follow directions
- ☐ Unable to read
- ☐ Crying
- ☑ Memory deficits
- ☐ Signs of self-mutilation
- ☐ Afraid
- ☐ Illogical speech content
- ☐ Appears to be hearing voices or seeing things
- ☐ Paranoid
- ☐ Hostile
- ☐ Other unusual behavior: _____

## DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)

- ☐ Routine housing and mental health follow-up
- ☐ Emergency mental health referral
- ☐ Priority mental health follow-up but not emergency
- ☐ Safe cell placement recommended
- ☐ Current psychotropic meds verified/interim supply ordered
- ☐ Parole violator interim assessment referral

| Inmate Name _Cameron, Jimmy_ | AIS # _105 5-915_ |
| --- | --- |

_Callna_

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
|                                       |      |     |     |          |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/29/2005 | | Inmate Activity Assessment Completed issued puzzles and a Book, Continue A.T treatment services ——— | Scholm A.T |
| 4/16/05 | 6ᴾᴬ | Pt was seen during Segemin Rounds. Pt rept, "The medicinin (VISTARIL) made me wake-up fighting, I woke up and hit the wall with my hand. I was fighting a lizard, The lizard had a dog in his mouth. The (Big) lizard let the dog go and came after me." D: Neur: Dismal Affect appropriate at this time. S: Anxiety D/L S: Referral form was completed for Pt to see the psychiatrist ——— R. Amy MHP | |
| 04/12/05 | 5ᴾᴹ | Chart reviewed per Mental Health Staff - Will Schedule to F/U c̄ Dr Banerjee Evans + | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cameron, Jimmy | 105591 | | W/n | SC |

F-61

315-2759

# CORRECTIONAL MEDICAL SERVICES
## INTAKE MENTAL HEALTH SCREENING

| INMATE NAME: *Cameron Jimmy* | ID #: 105591 | RACE: White | D.O.B.: 12/30/49 |
|---|---|---|---|

| SUICIDE POTENTIAL SCREENING | (circle) |
|---|---|
| 1. Arresting or transporting officer believes subject may be suicide risk. | Yes / **No** |
| 2. Lacks close family/friends in community. | Yes / **No** |
| 3. Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member). | Yes / **No** |
| 4. Worried about major problems other than legal situation (terminal illness). DX - CA '98 Throat Remission | **Yes** / No |
| 5. Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, lover). | Yes / **No** |
| 6. Has psychiatric history (psychotropic medication or treatment). | Yes / **No** |
| 7. Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature. Expresses feelings of embarrassment / shame. | Yes / **No** |
| 8. Expresses thoughts about killing self. | Yes / **No** |
| 9. Has a suicide plan and/or suicide instrument in possession. | Yes / **No** |
| 10. Has previous suicide attempt. (Check wrists & note method). | Yes / **No** |
| 11. Expresses feelings there is nothing to look forward to in the future (feelings of helplessness and hopelessness). | Yes / **No** |
| 12. Shows signs of depression (crying, emotional flatness). | Yes / **No** |
| 13. Appears overly anxious, afraid or angry. | Yes / **No** |
| 14. Appears to feel unusually embarrassed or ashamed. | Yes / **No** |
| 15. Is acting and/or talking in a strange manner. (Cannot focus attention; hearing or seeing things not there). | Yes / **No** |
| 16. Is apparently under the influence of alcohol or drugs. | Yes / **No** |
| 17. If YES to #16, is individual incoherent or showing signs of withdrawal or mental illness. | Yes / **No** |

TOTAL YES'S =
If there are any circles in shaded areas, or total of Yes's is 8 or more, alert Shift Commander and refer for Mental Health Evaluation.

| PSYCHIATRIC SCREENING | (circle) |
|---|---|
| 1. History of psychotropic medication? Type: *Valium* Current Dosage: Source: *1982-'92* | **Yes** / No |
| 2. History of psychiatric hospitalization? When: Where: | Yes / **No** |
| 3. History of outpatient mental health treatment? When: Where: | Yes / **No** |
| 4. History of violent behavior? When: Where: | Yes / **No** |

### BEHAVIORAL OBSERVATIONS
Difficulties observed in following area: (circle)

| | |
|---|---|
| Eye Contact | Terrified/crying |
| Appearance | Orientation |
| Activity | Concentration |
| Mood  *WNL* | Speech |
| Affect | Delusional |
| Memory | Hallucinations |
| Intellectual Functioning | Psychotic Symptoms |

COMMENTS:

*Violated - charch while in Recovery house (Technical)*

## SUMMARY

✓ No mental health problems
____ Mental health problems requiring routine follow-up
____ Chronic mental health problem
____ Mental Illness ____ Developmental Disability ____ Other
____ Acute mental health problem
____ Psychosis ____ Suicidal ____ Other
____ Potential withdrawal from substance abuse

*Dr. John Campbell
Clinical Psychologist
(334) 262-2614*

## DISPOSITION

✓ Approved for General Population:
    No Mental Health Referral
____ Approved for General Population:
    Routine Mental Health Referral
____ Special Housing: Mental Health Referral ASAP
____ Suicide Precaution Procedures:
    Mental Health Referral ASAP
____ Psychiatric Referral
____ Medical Monitoring for Potential Withdrawal

| SCREENED BY: | DATE: 12/2/200( | TIME: |
|---|---|---|
| REVIEWED BY: | ID # | DATE: | TIME: |



**PRISON HEALTH SERVICES INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Cameron, Jimmy_

Date of Birth: _12·30·48_          Social Security No.: _105591_

Date: _November 17, 2006_          Time: _05:30_          (A.M.)  P.M.

This is to certify that I, _Jimmy Cameron_ , currently in
                                    (Print Inmate's Name)

custody at the _Bullock County Correctional Facility_ , am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _Sick Call Triage_
                                              (Specify in Detail)

_States was not awaken for sick call_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Jimmy Cameron_                              _N. Tolbert, RN_
(Signature of Inmate)**                        (Signature of Medical Person)

_____                  _____
(Witness)                                      (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/11/07

**To:** ADOC

**From:** PHS-Bullock Co. Correctional

**Inmate Name:** Cameron, Jimmy    **ID#:** 105591

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

① Antifungal cream topical (KOP) x 20 days. use as directed. Start 1/11/07 end 1/31/07.

**Date:** 1/11/07    **MD Signature:** Dr. Siddiq J. Aluice, RN    **Time:** 7:15p

60418



# PRISON HEALTH SERVICES, INC.

## AUTHORIZATION FOR RELEASE
## OF MEDICAL RECORDS

I, _Jimmy J Cameron_, hereby authorize Prison Health Services, Inc. (PHS) to release
      (Name of Patient - Print)
all medical records and all information related to my treatment to:

_Self._

_Payable amount (10⁰⁰)_

This authorization extends to all records in the possession of PHS, including those which it has
received from other providers, and including, if they exist, those relating to treatment for drug or alcohol
abuse, mental health treatment; testing as to HIV status, treatment for HIV or Acquired Immune Deficiency
Syndrome (AIDS), or other diseases or conditions.

This authorization is effective immediately and shall remain in effect for ninety (90) days.

I agree to hold harmless PHS and its agents from any actions and from all liability regarding the
release of these records. I agree to pay reasonable charges of $0.25 (25 cents) per page for copies of the
requested records with a minimum charge of not less than $10.00. PHS will contact me or the above
reference party at _738-5625 ext 156_ with the exact charges and those charges will be paid by
      (Phone Number)
certified check or money order before the records are released.

_Cameron Jimmy 105591_
Name (print)

X _Jimmy Cameron_ ) 105591
(Signature of Patient (or Parent or Legal Guardian if appropriate)

_1/4/07_
Date

_1/4/07_
Date

Witness (Print)

Witness (Signature)

60137



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-27-06

**To:** DOC

**From:** HCC

**Inmate Name:** Jimmy Cameron     **ID#:** 1055915

**The following action is recommended for medical reasons:**

1.   House in _____
2.   Medical Isolation _____
3.   Work restrictions _____
4.   May have extra _____ until _____
5.   Other _____

**Comments:**

Antifungal Cream KOP x 20 days. Use
as directed. Start 12-27-06 End 1-15-07. PE

_____

_____

**Date:** 12-27-06  **MD Signature:** p/o Dr. Siddiq/ BEatonRN **Time:** 0815

60418

PRISON HEALTH SERVICES

## NON-COMPLIANCE NOTICE

The following has been observed and documented per non-compliance policy:

CLASS    9/26 - 9/29                          SPECIFIC

Diet                                          ADA _____
                                              CARDIOVASCULAR _____
        Refusal of                            ALT. G.I. _____
        Bp Mevacor                            OTHER _____
✓  Medication

                                              INFECTIOUS _____
                                              ACUTE _____
        Treatment                             CHRONIC _____
                                              PSYCHIATRIC _____
                                              OTHER _____

                                              BLOOD PRESSURE _____
                                              DRESSING _____
**ACTION TAKEN BY NURSING:**                  ACCUCHECK _____
                                              OTHER _____
X   Counseling
___ Discontinue Medication
___ Re-assign Schedule              ___ Placed on sick call
                                    ___ Inform MH Department
**ACTION TAKEN BY PRESCRIBERS:**    ___ M.A.R. Review

___ Physician
___ P.A.
___ Psychiatrist                    ___ Counseling
                                    ___ Discontinue Meds
**ACTION TAKEN BY INMATE:**         ___ Discontinue Tx
                                    ___ Change Meds
                                    OTHER _____
___ Treatment Refusal Signed
___ Explanation of Non-Compliance
                                    ___ Refuses to sign

9/26/06   9:30 Am

INMATE NAME (LAST, FIRST, MIDDLE)    Jimmy Cannen (CEddyp)
                                     Carneron Jenny

PHS NO 70057    DOC# 105591    DOB 9/30/48    RACE/SS# W/109 84

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Hamilton A & I*

**INSTITUTION**

*Cameron, Jimmy*   *105591*   *W/M*
**NAME**   **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: *need Stool sample X 3 each 2 days apart.*

*Failure to follow the directions above may result in a disciplinary.*

*8/28/06*   *Dr. Sonnier / B. Price*
**Date Issued**   **Signature**

**PHS**

## Nursing Evaluation Tool:

**Back Pain**

Facility: BBB

Patient Name: _Cameron_ _Last_   _Jimy_ _First_   MI

Inmate Number: _10F591_   Date of Birth: _12 / 30 / 88_  _MM DD YYYY_

Date of Report: _1 / 23 / 07_ _MM DD YYYY_   Time Seen: _072_ AM / PM Circle One

**Subjective:** Chief Complaint(s): _Back Pain_

Onset: _____  ☐ New onset  ☐ Chronic condition exacerbation
Pain Scale: (1-10) _4_   Type: ☐ Sharp  ☐ Dull  ☐ Intermittent  ☑ Constant   Numbness: ☑ No  ☐ Yes
Location of Pain: _mid tulene Bml_
  Neck / mid-back / low back   Radiation of pain: ☑ No  ☐ Yes to: _____

History: _____
(Continue on back if necessary)
☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x ___)
  Increased urination?  ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes   B/P: _152 / 79_  _WH74_

**Objective:** Vital Signs: (If Indicated) T: _____  P: _66_  RR: _18_  B/P: _152 / 79_  _WH74_
Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: _____
Elaborate positive findings: _____
☐ Check Here if additional notes on back

Lower extremities: ☑ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present  ☐ Absent

☐ Additional Examination: _____
(Continue on back if necessary)
☐ Check Here if continued on back

**Assessment:** (Referral Status)   Preliminary Determination(s): _____
  ☐ Referral NOT Required
  ☑ Referral Required due to the following: (Check all that apply)
    ☐ Loss of sensation  ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Prior malignancy  ☐ Presence of WBCs from dipstick
    ☐ Other: _____

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours   ☐ Instructions to return if condition worsens.
☐ Education on avoiding back pain ☐ Education about stretching and back exercises.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well
  as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
  (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress

☐ OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _DR Sidoty_   Date for referral: _1 / 31 / 07_  _MM DD YYYY_
                                                                                        Time _____
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____

X _____   Name: _Blake Lpo_
  Nurses Signature              Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jimmy Cameron_ _____ Date of Request: _1-22-07_

ID # _105591_ _____ Date of Birth: _12-30-48_ Location: _C-1-M A_

Nature of problem or request: _I need some medical attention for my_
_Back. my Problems are getting worse. Need a lay in_
_Standing up cause Pain._

_Jimmy Cameron_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date 1-22-07                │
│ Time: 1:45                  │
│ Receiving Nurse Intials C.F │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** ____  **R:** ____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )        EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )     No ( )
                Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_     Date of Request: _1-16-07_
ID # _10559 1_     Date of Birth: _12-30-49_ Location: _3-22_
Nature of problem or request: _Need To see Doctor about Pain_
_Tylnol not Helping. Foot still Burning. Need Lay IN_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _01-17-07_
Time: _2:20_
Receiving Nurse Intials _C.F_

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )      No ( )
Was MD/PA on call notified:    Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jimmy Cameron_         Date of Request: _1-10-07_
ID # _105591_                       Date of Birth: _12-30-4(?_   Location: _C-1-22_
Nature of problem or request: _I need some thing for Pain, in Back_
_side and Burning in Left foot_

_Jimmy Camon_
                                              Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _1/10_ |
| Time: _225am_ |
| Receiving Nurse Intials _RM_ |

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )        EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

INC

# Nursing Evaluation Tool:

### General Sick Call

Facility: BBB

Patient Name: _Cameron_

Inmate Number: _10 5 5 91_        Last

Date of Report: _12_ | _26_ | _06_
MM | DD | YYYY

First _Aimay_        MI

Date of Birth: _12_ | _30_ | _48_
MM | DD | YYYY

Time Seen: _0530_   AM/ PM   Circle One

---

**Subjective:** Chief Complaint(s): _A The bottom of my left foot burns like fire, d_

Onset: _need to see the doctor_

Brief History:
(Continue on back if necessary)

---

**Objective:** Vital Signs: (As Indicated) T: _96'6_  P: _70_  RR: _16_  B/P: _155_ | _100_  ☐ Check Here if additional notes on back   _wt.175_

Examination Findings:
(Continue on back if necessary)

---

**Assessment: (Referral Status)**    **Preliminary Determination(s):** _____  ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

)

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (if NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr. Siddiq_

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Date for referral: _12_ _26_ _06_
MM DD YYYY
_____ Time

x _Gloria Rogers_ ~

Name:



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

*follow up*

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_     Date of Request: _11-19-06_
ID # _105591_     Date of Birth: _12-30-43_ Location: _3-22_
Nature of problem or request: _need to see Doctor about Back Pain_
_To get Log in continued_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S) T:     P:     R:     BP:     WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )     No ( )
    Was MD/PA on call notified:   Yes ( )     No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_          Date of Request: _11-26-06_
ID # _105591_                Date of Birth: _12-30-48_  Location: _3-22_
Nature of problem or request: _ONe More chance To give me_
_Edequate mEoical Treatment Before I file Another civil_
_Action suit agains P.H.S and Docter siddic_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
              Was MD/PA on call notified:   Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_  ·

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**  <u>**General Sick Call**</u>

Facility: BBB

Patient Name: _Cameron_ _____ Last ____ _Jimmy_ _____ First ___ MI

Inmate Number: _165591_ _____  Date of Birth: _12_ / _30_ / _48_
                                              MM   DD   YYYY

Date of Report: _11_ / _16_ / _06_  Time Seen: _0555_ (AM) / PM  Circle One
                MM   DD   YYYY

<u>*Subjective*</u>: Chief Complaint(s): _" I have back pain real bad and shoulder_

Onset: _pain "_

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

<u>*Objective*</u>: Vital Signs: (As Indicated) T: _98.6_  P: _78_  RR: _16_  B/P: _120_ / _71_  wt. 173

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

_____

☐ Check Here if additional notes on back

<u>*Assessment:*</u> *(Referral Status)*  **Preliminary Determination(s):** _____

☐ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply) _____

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>*Plan:*</u> Check All That Apply:

☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
         (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Siddig_  Date for referral: _11_ / _16_ / _06_
                                                                              MM  DD  YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                                    Time _____

x _Gloria Rogers_      Name: _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_          Date of Request: _11-15-06_
ID # _105591_                    Date of Birth: _12-30 48_ Location: _3-22_
Nature of problem or request: _Need To see Doctor, getting something_
_for Back Pain, getting Lay in extended. BACK Hurting!!_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_    Date of Request: _11-14-06_
ID # _105591_    Date of Birth: _12-30-48_ Location: _3-22_
Nature of problem or request: _aspirin not helping! need to see Doctor_
_about Back Pain! get my Leg in extreme. cannot afford_
_To Keep coming To sick call_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_        Date of Request: _11-9-06_
ID # _105591_                    Date of Birth: _12-30-18_ Location: _3-22_
Nature of problem or request: _Need To see Doctor get Profile for Double Mattresses since They are not going To give me any pain medication are treatment for my Back_

_Jimmy Cameron_
/Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S):  T:**_____ **P:**_____ **R:**_____ **BP:**_____ **WT:**_____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:

### General Sick Call

Facility: BBB

Patient Name: _Comeiron_ (Last) _Jimmy_ (First) (MI)

Inmate Number: _105591_

Date of Birth: _12 30 48_ (MM DD YYYY)

Date of Report: _1 9 06_ (MM DD YYYY)

Time Seen: _0600_ AM / PM  Circle One

**Subjective:** Chief Complaint(s): _My back hurt_

Onset: _Chronic_

Brief History: _Ulcers_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _82_ RR: _2c_ B/P: _130 | 80_ _wt 175_

Examination Findings: _Resp regular + even skin w/o to touch, No_
(Continue on back if necessary) _acute distress noted_

**Assessment:** (Referral Status)

☐ Check Here if additional notes on back

☐ Referral NOT REQUIRED

Preliminary Determination(s): _Alteration in Comfort R/T back_ _pain_

☑ Referral REQUIRED due to the following: (Check all that apply)
 ☐ Recurrent Complaint (More than 2 visits for the same complaint)
 ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
 ☐ Instructions to return if condition worsens.
 ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
 ☐ Other: _____
 (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Siddig_ Date for referral: _1 9 06_ (MM DD YYYY)

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _Martha Jackson_    Name: _Martha Jackson_



**PHS**

<div align="center">

**Nursing Evaluation Tool:**          **General Sick Call**

</div>

Facility: BBB

Patient Name: _____ C Ameron _____ Jimmy _____
                    Last                      First                    MI

Inmate Number: _10 5597_          Date of Birth: _12_ / _36_ / _148_
                                                  MM      DD      YYYY

Date of Report: _11_ / _7_ / _10C_          Time Seen: _05_ **AM** / PM  Circle One
                 MM    DD   YYYY

**Subjective:**  Chief Complaint(s): _BB Profile Renual + BAck Pain Neal ral._

Onset: _____

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

_____

□ Check Here if additional notes on back

**Objective:**  Vital Signs: (As Indicated) T: _98_  P: _80_  RR: _22_  B/P: _140_ / _70_  _176ut_

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

_____

**Assessment: (Referral Status)**     **Preliminary Determination(s):** _____  □ Check Here if additional notes on back

□ Referral **NOT REQUIRED**                                                _____

☑ Referral **REQUIRED** due to the following: (Check all that apply)       _____
   □ Recurrent Complaint (More than 2 visits for the same complaint)
   □ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
   □ Instructions to return if condition worsens.
   □ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. □ YES  □ NO (If NO then schedule patient for appropriate follow-up visits)
   □ Other: _____
            (Describe)
OTC Medications given  □ NO  □ YES (If Yes List): _____

Referral:  □ NO  ☑ YES (If Yes, Whom/Where): _VSL Dr Siddy_  Date for referral: _11_ / _7_ / _0C_
                                                                                 MM    DD   YYYY
Referral Type: □ Routine  □ Urgent  □ Emergent  (if emergent who was contacted?): _____  Time _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_    Date of Request: _1t 6-06_
ID # _105591_    Date of Birth: _12-30 48_ Location: _3-22_
Nature of problem or request: _Need To see Doctor about my Back and
to get my Bottom Bed Profile up Dateo_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)


**PHS**

### Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: Cameron (Jimmy)
Last                           First

Inmate Number: 105591          Date of Birth: 12/30/48
MM  DD  YYYY

Date of Report: 11/03/2006     Time Seen: 0610 (AM)/PM  Circle One
MM  DD  YYYY

<u>Subjective</u>: Chief Complaint(s): I would like to see the Doctor

Onset: Because I have Hepatitie C and My back

Brief History: (Continue on back if necessary) been given me Problems And i need for some Claw Orders to be removed off my chart PRE

☐ Check Here if additional notes on back

<u>Objective</u>: Vital Signs: (As Indicated) T: 97  P: 78  RR: 20  B/P: 140/74

Examination Findings: (Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Assessment</u>: (Referral Status)     Preliminary Determination(s): _____

☐ Referral <u>NOT REQUIRED</u>

☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>: Check All That Apply:
  ☒ Instructions to return if condition worsens.
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
  (Describe)

OTC Medications given  ☐ NO  ☒ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): Dr Siddig     Date for referral: __/__/__
MM  DD  YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jimmy Cameron_    Date of Request: _11-1-06_
ID # _105591_    Date of Birth: _12 30 48_ Location: _3-22_
Nature of problem or request: _I Need To See The Doctor_
_and get something for Pain. My Back is getting_
_worse. and I get my Medication straight_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

See Net Tools
on 11/3/06
RRobbins

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _Bullock_

Date: _10/24/06_  Time: _1 p_  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_KLF_

RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _KLF_

Date: _10/22/06_  Time: _13.30_  AM/PM

RELEASE FROM:
- [ ] Infirmary  [ ] Segregation
- [ ] Population  [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [ ] DOC  [ ] Infirmary  [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: _NKM_

PHYSICAL EXAMINATION
Date of last exam: _3/18/05_
Chest X-Ray Date: _____ Result: ____
PPD Reading _0 MM_
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | | [ ] | [X] | Wears Glasses/Contacts | [ ] | [ ] | |
| Urinalysis | _?_ | [ ] | [X] | Dental Prosthesis | [ ] | [ ] | |
| | | [ ] | [ ] | Hearing Aide | [ ] | [ ] | |
| | | [ ] | [ ] | Other Prosthesis | [ ] | [ ] | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_MH, HTN, multiply_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_See MAR ?_

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [X] Not sent w / inmate |
| HEALTH RECORD | [X] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _NC_
Date: _5/19_  Time: ____ AM/PM

| MEDICATIONS | [X] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [X] YES | [ ] NO |

Received by: _R Robbin_
Signature of Receiving Nurse
Date: _10/24/06_  Time: _1830_  AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical  [ ] Dental | | | | |
| [ ] Mental Health | | | | |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No | NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | ✓ | SKIN | Open Sores | | | ✓ | Sick Call Procedures Explained | _yes_ |
| | Mental Illness | ✓ | | | Lice | | | ✓ | Height | _5 00_ |
| | Suicide Attempt | | ✓ | | Edema | | | ✓ | Weight | _174_ |
| | Chronic Care | ✓ | | | Warm & Dry | | ✓ | | Blood Pressure | _120/8.0_ |
| STATUS | Special Diet | | ✓ | | Cool & Moist | | | ✓ | Temperature | _96_ |
| | Appearance | ✓ | | CONDITION | Alert | ✓ | | | Pulse Resp. | _90_ |
| | | | | | Oriented | ✓ | | | Other | _____ |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Uncooperative | | | ✓ | | |
| | | | | | Depressed | | | ✓ | | |

Signature of Nurse Completing Assessment (Sending Nurse) _____  Date _10/23/0_

Signature of Intake Screening Nurse (Receiving Nurse) _R Robbin_  Date _10/24/06_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Cameron Jenny_  W 122 B | _185591_ | _5/2/30_ | _W/M_ | _K/B_ |

**PHS**

## Nursing Evaluation Tool:                     <u>General Sick Call</u>

Facility: BBB

Patient Name: _Cameron_ _____     _Jimmy_
           Last                            First                   MI

Inmate Number: _105591_              Date of Birth: _12_ _30_ _48_
                                                           MM    DD    YYYY

Date of Report: _10_ _26_ _06_         Time Seen: _0555_ (AM)/ PM  Circle One
              MM   DD   YYYY

**<u>Subjective</u>:** Chief Complaint(s): " _I need to see the doctor about back pain_

Onset: _and need to get a key lock profile_ "

Brief History: _____
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

**<u>Objective</u>:** Vital Signs: (As Indicated) T: _98.6_ P: _68_ RR: _16_ B/P: _____ / _____ Wt: _170_

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
_____
_____

**<u>Assessment</u>: (Referral Status)**     Preliminary Determination(s): _____
                                                         ☐ Check Here if additional notes on back

     ☐ Referral <u>NOT REQUIRED</u>

     ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
         ☐ Recurrent Complaint (More than 2 visits for the same complaint)
         ☐ Other: _____ )

_____
_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**<u>Plan</u>:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
           (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Siddiq_          Date for referral: _10_ _26_ _06_
                                                                        MM   DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _Gloria Rogers_                  Name: _____



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jimmy Cameron_   Date of Request: _10-24-06_
ID # _105591_   Date of Birth: _12-30-48_ Location: _3-22_
Nature of problem or request: _Need To see Doctor about Back Pain and_
_To get A Profile for my Key Lock. can not see To Open_
_a Combination Lock_

_Jimmy Cameron_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )      No ( )
Was MD/PA on call notified:   Yes ( )      No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: *Cameron, Jimmy* 105591     D.O.B.: *12 1 30 48* |
|-----------|------------------------------------------------------------------|
| 10/24/06 1:30p | Rec'd @ Bullock c̄ Vol's Intt.g II. Had meds and |
|  | x̄ Mar.                                    J Howard mec |

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: KCF

Date: 10/9/06   Time: 710   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
Hamilton A+I

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Hamilton A+I

Date: 10/19/06   Time: 8:00   AM/PM

RELEASE FROM:
- [ ] Infirmary   [ ] Segregation
- [x] Population   [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [x] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKA

PHYSICAL EXAMINATION
Date of last exam: 3/9/06
Chest X-Ray Date: _____ Result: _____
PPD Reading _____
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | _____ | [ ] | [ ] |
| Urinalysis | _____ | [ ] | [ ] |
| | _____ | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [x] | [ ] |
| Dental Prosthesis | [ ] | [x] |
| Hearing Aide | [ ] | [x] |
| Other Prosthesis | [ ] | [x] |

E. Burns LPN
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
PUD, Thoracic Spondylosis, HTN, GERD, Compression Fx T7 T8 T1L, Hemiglosectomy for Ca, Hep C. Osteopenia

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
Mevacor 10mg ÷ po qd
Zantac 150mg ÷ po bid
Tenormin 25mg ÷ po qd
Fosamax 70mg ÷ po qweek
Elavil 25mg ÷ po qhs

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | [x] | [ ] |
| X-RAY FILM | [ ] | [x] |
| HEALTH RECORD | [x] | [ ] |

Released to: DOC
Date: 10/19/06   Time: 8:00   AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [x] | [ ] |
| X-RAY FILM | [x] | [ ] |
| HEALTH RECORD | [x] | [ ] |

CHART REVIEWED   [x] YES   [ ] NO
Received by: D Burns LPN
Signature of Receiving Nurse
Date: 10/19/06   Time: 710   AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: 8/22/06   LAST CLINIC: _____

FOLLOW-UP CARE NEEDED   Date   Time   With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)
- [ ] Medical   [ ] Dental   _____
- [ ] Mental Health   _____

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | ✓ | |
| | Mental Illness | ✓ | |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | | ✓ |
| | Cool & Moist | | ✓ |

| CONDITION | | | |
|---|---|---|---|
| | Alert | | ✓ |
| | Oriented | | ✓ |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE
Sick Call Procedures Explained   yes 510
Height   174
Weight   
Blood Pressure   124/76
Temperature   98.3
Pulse Resp.   
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)   Am Washburn RN   10/19/06   Date

Signature of Intake Screening Nurse (Receiving Nurse)   Debra Bergman LPN   10/9/06   Date

INMATE NAME (LAST, FIRST, MIDDLE)
Cameron, Jimmy

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 105591 | 2/3/48 | WM | HAI |

PHS-MD-70009

White - Medical Jacket  Yellow - Transfer Coordinator

**Alabama Department of Corrections**
**Patient Care Protocol**

Cameron Jimmy          105591     12-30-48
_Inmate Name_          AIS #       D.O.B.

Current Meds: _See MAR_          Medication Allergies: _NKA_

## MISCELLANEOUS

**Subjective:**   Complaint: _L foot burning_
Onset: _____  ☐ New   ☒ Chronic   ☐ History of recent trauma/injury
                                     ☐ History of recent infection
Pain:  ☐ No   ☒ Yes—Scale (1-10) _7_ ; Location: _L foot_
Type:  ☐ Sharp      ☐ Dull        ☐ Cramping   ☒ Constant
       ☐ Intermittent  ☐ Radiation: _____
Prior History of Similar Symptoms:        ☒ No      ☐ Yes: _____
Associated symptoms: _____
Other: _____

**Objective:**   Vital signs:   Temp _97.6_ Pulse _86_ Resp _20_ B/P _120/80_
General Appearance:  ☐ no acute distress              ☐ acute distress
Color:  ☒ pink   ☐ flushed   ☐ pale      ☐ cyanotic       ☐ jaundice
Skin:   ☒ warm   ☒ dry       ☐ cool      ☐ moist/clammy
Turgar:          ☒ normal     ☐ decreased
Mucous Membranes:  ☒ moist    ☐ dry
Exam: _____
_____

Abnormalities Noted:   ☐ no        ☐ yes: _____

**Assessment/Protocol:**   Notify provider* if:
☐ Abnormal vital signs:
    Temp>100; Pulse>100 or <50; B/P systolic>180 or diastolic >110
☐ Appears in acute distress
☐ Complaining of severe pain (Scale of 1-10=7 or greater)
☐ Any unexplained clinical abnormality
☒ Any persistent or progressively worse symptoms
☐ Presence of any abnormal findings

**Plan:**   ☒ Refer to: _MD_       Date & Time: _10-10-06_
           ☐ Instructions: _See MD_
           ☐ Meds given: _____
           ☐ Other: _____
Nurse's Signature: _M Anderson_          _10-10-06_
                                          Date/Time

* Provider means Nurse Practitioner, Physician's Assistant, and/or MD.



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jimmy Cameron_    Date of Request: _10-9-06_
ID # _105591_    Date of Birth: _12 30 48_ Location: _Trailer 15 B_
Nature of problem or request: _Need To see Doctor. Bottom of Left_
_Foot Burns Like fire & Back Still Hurting. I've saw_
_no Doctor! who put me on The new medication?_

_____ _Jimmy Cameron_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _10 10 06_
Time: _730_ AM PM
Allergies: _NKA_

RECEIVED
Date: _10/10/06 6a_
Time:
Receiving Nurse Intials _CWM_

**(S)ubjective:** _Lt foot burny_

**(O)bjective** **(V/S): T:** ___ **P:** ___ **R:** ___ **BP:** ___ **WT:** ___

**(A)ssessment:**

**(P)lan:** _See nets Shut_

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No (✓)
Was MD/PA on call notified:   Yes ( )   No (✓)

_Jimmy Cameron_    _M. Anders_ _L. McCreden RN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print.
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Htm | Patient Name: (Last, First) **Cameron, Jimmy** | Date: (mm/dd/yy) **09.06.06** |
| Site Phone #: **205.921.1450** | Alias: (Last, First) **N/A** | Date of Birth: (mm/dd/yy) **12.30.48** |
| Site Fax #: **205.921.1452** | Inmate # **105591** | PHS Custody Date: (mm/dd/yy) **03.29.05** |
| Will there be a charge? ☑Yes ☐No   Sex: ☑Male ☐Female | SS Number: **420.70.1094** | Potential Release Date: (mm/dd/yy) **99.99.99** |
| Responsible party: ☑PHS  ☐Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services) | RECEIVED SEP 11 2006 |

## CLINICAL DATA

Requesting Provider: ☑Physician  ☐NP, PA  ☐Dental
**Sonnier**

Facility Medical Director Signature and Date: **9/6/06**

☑ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)   ☐ ___
☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy):  /  /
(This starts the approved window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments:   ☑ Other ___

Specialist referred to: **NMMC**

Type of Consultation, Treatment, Procedure or Surgery:
**CT scan of Chest S contrast**

Diagnosis:
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Pt ē present eosinophilia ⊕ parasite w/u, ⊖ PPD, ē CXR findings of

**Results of a complaint directed physical examination:**
"old healed granulomatous 02"

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here): ___
☑ Offsite Service Recommended and Authorized
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.   Date resubmitted:  /  /

Regional Medical Director Signature, printed name and date required: **9/12/06**   **Approved 8/30/06**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: CT | Med Class: XR | CPT code: 71260 | UR Auth #: 164560810 |
|---|---|---|---|

05a - UM Referral review form .xls

**JQ Met**

**BioReference**
LABORATORIES

| DOCTOR | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL  36089<br>(334) 738-5625    (A0112-6) | 00 |
|---|---|---|

103160413-1  CAMERON, JIMMY

| CAMERON, JIMMY | CAMERON, JIMMY |
|---|---|
| CAMERON, JIMMY | CAMERON, JIMMY |

-FINAL- Original Report 12/06/2006

| NAME | CAMERON, JIMMY | PATIENT I.D./ROOM NO. 105591 | DOCTOR/GROUP NAME DR. SIDDIG |
|---|---|---|---|

| LAB I.D. NO. 103160413 | DATE COLLECTED 12/04/2006 | DATE RECEIVED 12/06/2006 10:40 | DATE OF REPORT 12/6/2006 14:48 | AGE 57 Y | SEX M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
　　NONFASTING

-----------------------------* CHEMISTRY *--------------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.8 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.5 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 170 HI | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 3.9 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 15 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 13.6 | | 10-28 | |
| Calcium | 9.2 | | 8.4-10.4 | mg/dl |
| Uric Acid | 6.1 | | 2.4-7.0 | mg/dl |
| Iron | 122 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.5 | | 0.1-1.0 | mg/dl |
| LDH | 142 | | 94-250 | u/l |
| Alk Phos | 92 | | 39-120 | u/l |
| AST (SGOT) | 31 | | < 37 | u/l |
| Phosphorous | | 2.2 LO | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 25 | | < 40 | u/L |
| G-GTP | 44 | | 7-51 | u/L |
| Cholesterol | 128 | | < 200 | mg/dl |
| Triglycerides | | 166 HI | < 151 | mg/dl |
| HDL CHOL.,DIRECT | | 28 LO | >35 | mg/dl |
| HDL as % of Cholesterol | 22 | (15-25)   AVERAGE RISK | | % |
| Chol/HDL Ratio | 4.57 | (4.2-7.3)  AVERAGE RISK | | |
| LDL/HDL Ratio | 2.39 | | 0-3.55 | |
| LDL Cholesterol | 67 | | < 100 | mg/dL |

*****************************************************************************
* GFR, Estimated = 73.08 mL/min/1.73m2

Continued on Next Page

Page: 1

James Weisberger, M.D.

**BioReference** LABORATORIES

| DOCTOR | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL  36089<br>(334) 738-5625   (A0112-6) | 00 |
|---|---|---|

| PLACE ON REQUISITION |
|---|
| 103160413-1  CAMERON, JIMMY |

| TUBE LABEL<br>CAMERON, JIMMY | TUBE LABEL<br>CAMERON, JIMMY |
|---|---|
| TUBE LABEL<br>CAMERON, JIMMY | T JBE LABEL<br>CAMERON, JIMMY |

-FINAL- Original Report 12/06/2006

| NAME<br>CAMERON, JIMMY | PATIENT ID / ROOM NO.<br>105591 | DOCTOR / GROUP NAME<br>DR. SIDDIG | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103160413 | DATE COLLECTED<br>12/04/2006 | DATE RECEIVED<br>12/06/2006 10:40 | DATE OF REPORT<br>12/6/2006 14:48 | AGE<br>57 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
**********************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
      ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.
```

---------------------------------* HEMATOLOGY *--------------------------------

| Test | Result | Abnormal | Reference Range | Unit |
|---|---|---|---|---|
| WBC | 5.5 | | 3.40-11.80 | x10(3) |
| RBC | 4.6 | | 4.20-5.90 | x10(6) |
| HGB | 14.1 | | 12.3-17.0 | gm/dl |
| HCT | 43.7 | | 39.3-52.5 | % |
| MCV | 95.4 | | 80.0-100.0 | FL |
| MCH | 30.8 | | 25.0-34.1 | pg |
| MCHC | 32.3 | | 30.0-35.0 | gm/dl |
| RDW | 14.0 | | 10.9-16.9 | % |
| POLYS | | 31 LO | 36-78 | % |
| LYMPHS | 46 | | 12-48 | % |
| EOS | | 13 HI | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 9 | | 0-13 | % |
| Platelet Count | | 127 LO | 144-400 | x10(3) |

---------------------------------* MISCELLANEOUS *--------------------------------

| Test | Result | Abnormal | Reference Range | Unit |
|---|---|---|---|---|
| TSH | 1.520 | | 0.27-4.2 | uIU/mL |
| THYROXINE(T4) | 8.7 | | 4.5-12.0 | ug/dL |
| T3 UPTAKE | | 24.0 LO | 24.3-39 % | |
| FREE T4 INDEX | 2.1 | | 1.1-4.5 | |
| FERRITIN | | 26.7 LO | SEE BELOW | |
| IRON % SAT. | 31 | | 20-55% | |
| TIBC | 391 | | 228-428 | mcg/dl |

```
*****************************************************************
                    RANGES FOR FERRITIN
   ADULT MALES                          30-400 ng/mL
   ADULT FEMALES                        13-150 ng/mL
```

Final Report                                    Page: 2

James Weisberger, M.D.<br>LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.<br>ELMWOOD PARK, NJ 07407<br>1-800-229-J ABS

**BioReference**
LABORATORIES

| DOCTOR | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL  36089 | |
|---|---|---|
| (A0112-6)   Bio-Net Print | | -FINAL-  Original Report 12/06/2006 |

| NAME | PATIENT I D / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CAMERON, JIMMY | 105591 | DR. SIDDIG |

| LAB I.D. NO | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103160413 | 12/04/2006 | 12/06/2006 10:40 | 12/7/2006 01:51 | 57 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
***********************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     ***** Male/Female reference range: >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.
```

---------------------------* HEMATOLOGY *----------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 5.5 | | 3.40-11.80 | x10(3) |
| RBC | 4.6 | | 4.20-5.90 | x10(6) |
| HGB | 14.1 | | 12.3-17.0 | gm/dl |
| HCT | 43.7 | | 39.3-52.5 | % |
| MCV | 95.4 | | 80.0-100.0 | FL |
| MCH | 30.8 | | 25.0-34.1 | pg |
| MCHC | 32.3 | | 30.0-35.0 | gm/dl |
| RDW | 14.0 | | 10.9-16.9 | % |
| POLYS | | 31 LO | 36-78 | % |
| LYMPHS | 46 | | 12-48 | % |
| EOS | | 13 HI | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 9 | | 0-13 | % |
| Platelet Count | | 127 LO | 144-400 | x10(3) |

---------------------------* MISCELLANEOUS *----------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| TSH | 1.520 | | 0.27-4.2 | uIU/mL |
| THYROXINE(T4) | 8.7 | | 4.5-12.0 | ug/dL |
| T3 UPTAKE | | 24.0 LO | 24.3-39 | % |
| FREE T4 INDEX | 2.1 | | 1.1-4.5 | |
| FERRITIN | | 26.7 LO | SEE BELOW | |
| IRON % SAT. | 31 | | 20-55% | |
| TIBC | 391 | | 228-428 | mcg/dl |

**********************************************************************

RANGES FOR FERRITIN

| | | |
|---|---|---|
| ADULT MALES | | 30-400 ng/mL |
| ADULT FEMALES | | 13-150 ng/mL |

Final Report                           Page: 2

**James Weisberger, M.D.**
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**BioReference**
LABORATORIES

| DOCTOR | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL  36089 | |
|---|---|---|
| (A0112-6)  Bio-Net Print | | -FINAL-  Original Report 12/06/2006 |

| NAME<br>CAMERON, JIMMY | PATIENT I.D. / ROOM NO.<br>105591 | DOCTOR / GROUP NAME<br>DR. SIDDIG |
|---|---|---|

| LAB I.D. NO.<br>103160413 | DATE COLLECTED<br>12/04/2006 | DATE RECEIVED<br>12/06/2006 10:40 | DATE OF REPORT<br>12/7/2006 01:51 | AGE<br>57 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : FERRITIN, IRON & TIBC, PANEL 2052, ,

Comment :
NONFASTING

------------------------------* CHEMISTRY *--------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.8 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.5 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 170 HI | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 3.9 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 15 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 13.6 | | 10-28 | |
| Calcium | 9.2 | | 8.4-10.4 | mg/dl |
| Uric Acid | 6.1 | | 2.4-7.0 | mg/dl |
| Iron | 122 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.5 | | 0.1-1.0 | mg/dl |
| LDH | 142 | | 94-250 | u/l |
| Alk Phos | 92 | | 39-120 | u/l |
| AST (SGOT) | 31 | | < 37 | u/l |
| Phosphorous | | 2.2 LO | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 25 | | < 40 | u/L |
| G-GTP | 44 | | 7-51 | u/L |
| Cholesterol | 128 | | < 200 | mg/dl |
| Triglycerides | | 166 HI | < 151 | mg/dl |
| HDL CHOL.,DIRECT | | 28 LO | >35 | mg/dl |
| HDL as % of Cholesterol | | 22 | | % |
| Chol/HDL Ratio | | 4.57 | | |
| LDL/HDL Ratio | 2.39 | | 0-3.55 | |
| LDL Cholesterol | 67 | | < 100 | mg/dL |

*********************************************************************
* GFR, Estimated = 73.08 mL/min/1.73m2

Continued on Next Page

Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

1/15/2007 11:20:30 AM FROM: LABCORP LCLS BLK TO: 12059211452 LABCORP Page 1 of 2

TO: Hamilton Aged / Infirmed

# LabCorp

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Address | Basic |
|---|---|---|---|---|---|
| 241-558-0182-0 | 105591 | 53517762754 | 01890035 | 205-921-1450 | 00 |

Patient Last Name
**CAMERON**

Account Address
**Hamilton Aged / Infirmed**

| Patient First Name | Patient Middle Name |
|---|---|
| **JIMMY** | |

223 Scssor Drive
Hamilton AL 35570

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 57/07/30 | 12/30/48 | M | Yes |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | TN-TRICHUR |
|---|---|---|---|
| 08/29/06 05:00 | 08/29/06 | 01/15/07 11:20ET | |

| Physician Name | NPI | Physician ID |
|---|---|---|

Tests Ordered
Strongyloides IgG Ab,ELISA; Ehrlichia Detection by PCR; Miscellaneous Testing

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | EVAL | LAB |
|---|---|---|---|---|---|---|
| Strongyloides IgG Ab,ELISA | | | | | | |
| Strongyloides IgG Ab | 2.96 | High | | | | 01 |
| REFERENCE RANGE: <1.00 | | | | | | |

```
INTERPRETIVE CRITERIA:
            <1.00   Antibody Not Detected
        > or = 1.00   Antibody Detected
```

Strongyloides stercoralis is a parasitic nematode
found in tropical and subtropical regions.
Because of low larval densities in feces, stool
examination is a relatively insensitive diagnostic
test; serodiagnosis by ELISA offers increased
sensitivity. Antibody titers decrease in many
patients following treatment. Patients with
latent infections who are immunosuppressed or
receiving immunosuppressive therapy are at risk
of life-threatening hyperinfection. Significant
crossreactivity may be observed in filarial and
other nematode infections.

This test was developed and its performance
characteristics determined by Focus Diagnostics.
It has not been cleared or approved by the U.S.
Food and Drug Administration. The FDA has
determined that such clearance or approval is
not necessary.

**EFFECTIVE NOVEMBER 27, 2006 this test will be made non-orderable.
  For replacement number, please contact your local LabCorp
  Representative.

Ehrlichia Detection by PCR                                Not Detected        02
  No Ehrlichia chaffeensis DNA detected E. chaffeensis has been
  characterized as the casuative agent of Human Monocytic
  Ehrlichiosis(HME).

| CAMERON, JIMMY | 105591 | 241-558-0182-0 | Seq # 0515 |
|---|---|---|---|

**FINAL REPORT** Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 256-766-1395

©2004-06 Laboratory Corporation of America Holdings
All Rights Reserved
DOCI Ver: 131

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| CAMERON, JIMMY | Patient Name | | | | Specimen Number 241-558-0182-0 | | | |
|---|---|---|---|---|---|---|---|---|
| Account Number 01890035 | Patient ID 105591 | Control Number 53517762754 | Date and Time Collected 08/29/06 05:00 | Date Reported 01/15/07 | Sex M | Age(Y/M/D) 57/07/10 | Date of Birth 12/30/48 | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

No Anaplasma phagocytophila DNA detected. A. phagocytophila has been characterized as the causative agent of Human Granulocytic Ehrlichiosis (HGE).
This test was developed and its performance characteristics determined by ViroMed Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or research

**Miscellaneous Testing**                                                                      03
PARASITIC SEROLOGY RESULTS

TRICHINOSIS AB IGG     1:16  NEGATIVE

REFERENCE RANGE:  POS => 1:32    NEG <1:32

ANY TITER =>1:32 SHOULD BE CONSIDERED DIAGNOSTIC.

TITER MAY NOT APPEAR FOR SEVERAL WEEKS POST-INFECTION, DEPENDING ON THE NUMBER OF LARVAE INGESTED.

IN A PATIENT WITH A NEGATIVE TEST WHO IS STRONGLY SUSPECTED OF HAVING TRICHONOSIS, A SECOND TEST SHOULD BE MADE TWO TO FOUR (2-4) WEEKS LATER.

SEROLOGIC TITERS ARE RELATED TO THE INFECTING DOSE - VERY LIGHT INFECTIONS MAY REMAIN NEGATIVE.

| 01 | MY | Focus Diagnostics Inc                       Dir: Richard Porschen, PhD |
| | | 5785 Corporate Avenue, Cypress, CA 90630-4738 |
| 02 | LA | ViroMed                                      Dir: Steven Anderson, PhD |
| | | 6101 Blue Circle Drive, Minnetonka, MN 55343-9018 |
| 03 | GV | Parasitic Disease Consultants               Dir: Irving Kagan, PhD |
| | | 2177 J Flintstone Drive, Tucker, GA 30084 |

For inquiries, the physician may contact Branch: 256-766-1395  Lab: 800-445-4032

| CAMERON, JIMMY | 105591 | 241-558-0182-0 | Seq # 0135 |

**FINAL REPORT**                                                              Page: 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 256-766-1395.   ©2004-06 Laboratory Corporation of America Holdings All Rights Reserved DOC1 Ver: 1.31

```
HMRD -6099
09/30/06 12:07      MARION REGIONAL MEDICAL CENTER              PAGE 001
                            (QAIRL1)
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
CAMERON, JIMMY F              M  57
MR#: 006809685     ACCT#: 76541440
SERV: RADIOLO  M-1XOP
MD: SONNIER                   ADM: 09/29/06
DX: EOSINOPHILIA PERSISTANT
DOB: 12/30/1948                          ============================
==============================           C.T. / M.R.I. RESULTS
ENTERED FOR: SONNIER
                                         REQ#: K272-0079
```

**EXAM:  CT, CHEST WITHOUT CONTRAST 71250      1.01**

INDICATIONS: --EOSINOPHILIA PERSISTANT
RADIOLOGIST: ROBERTS,MARK          STENO: RADPLUS
■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

*CT, CHEST WITHOUT CONTRAST 71250*
CT CHEST WITHOUT CONTRAST - 9/29/06

INDICATIONS: EOSINOPHILIA.

CT TECHNIQUE:

CT FINDINGS: THE LACK OF IV CONTRAST DECREASES THE SENSITIVITY OF THE
EXAM. CALCIFIED GRANULOMA ARE PRESENT IN THE  RIGHT AND LEFT LUNGS.
THIS IS CONSISTENT WITH HEALED GRANULOMATOUS DISEASE.

NON-CALCIFIED LESS THAN 5 MM NODULAR DENSITIES ARE IDENTIFIED IN THE
RIGHT UPPER LOBE, LINGULA AND RIGHT MIDDLE LOBE. THE SIGNIFICANCE OF
THESE NODULES IS UNCERTAIN. METASTATIC DISEASE CANNOT BE EXCLUDED.
RECOMMEND FOLLOW-UP CT SCAN OF THE CHEST IN 3 MONTHS FOR FURTHER
EVALUATION.

SCARRING OR SUBSEGMENTAL ATELECTASIS IS IDENTIFIED IN THE RIGHT MIDDLE
LOBE AND RIGHT AND LEFT LOWER LOBES.

NO MEDIASTINAL ADENOPATHY IS SEEN.

COMPRESSION FRACTURES ARE IDENTIFIED IN THE THORACIC SPINE AT THE T8
AND T11 LEVELS. AN EXPANSILE LESION IS IDENTIFIED IN APPROXIMATELY THE
T7 VERTEBRAL BODY. THE SIGNIFICANCE OF THIS IS UNCERTAIN.

IMPRESSION:
1. THE LACK OF IV CONTRAST LIMITS THE EXAM.
2. HEALED GRANULOMATOUS DISEASE.
3. NONCALCIFIED, LESS THAN 5 MM NODULES IN THE RIGHT AND LEFT LUNGS OF
UNCERTAIN SIGNIFICANCE. METASTATIC DISEASE CANNOT BE EXCLUDED.
RECOMMEND FOLLOW-UP CT SCAN OF THE CHEST IN 3 MONTHS TO ASSESS
STABILITY.

                              CONTINUED
=====================================================================
CAMERON, JIMMY F                                        C.T./M.R.I.
```

09/30/06 12:07      MARION REGIONAL MEDICAL CENTER      PAGE 002
                              (QAIRL1)

CAMERON, JIMMY F                    M   57
MR#: 006809685      ACCT#: 76541440
SERV: RADIOLO  M-1XOP
MD: SONNIER             ADM: 09/29/06
DX: EOSINOPHILIA PERSISTANT
DOB: 12/30/1948                              C.T. / M.R.I. RESULTS

ENTERED FOR: SONNIER

                                        REQ#: K272-0079


4. OLD APPEARING THORACIC COMPRESSION FRACTURES.
5. THE T7 VERTEBRAL  BODY APPEARS TO HAVE AN EXPANSILE LESION. THIS
CANNOT BE ADEQUATELY ASSESSED ON THIS CT SCAN. RECOMMEND NUCLEAR
MEDICINE BONE SCAN, RADIOGRAPHS OF THE THORACIC SPINE, AS WELL AS
DEDICATED CT SCAN TO THE MID THORACIC SPINE.

MR: 9/29/06
BL: 9/30/06


                              LAST PAGE


CAMERON, JIMMY F                                        C.T./M.R.I.

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Hamilton A4_

Name: _Cummins Cameron_

State ID No.: _105591_

DOB: _2-30-48_

Race: _W/m_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERF

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transpotation  or special r |
|---|---|---|---|---|---|
| _Donnier_ | 9/26/06 | 9 Am | X | | |

HISTORY/DIAGNOSIS:

_Frequent, ↓ back pain._

X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE  Lumbo/sacral | RIBS | TOES |
| CONE DOWN SELLA TURCICA | ✗ SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Cameron                                    REPORT

LUMBAR SPINE:  There is slight loss of the vertebral body height at L1-2. There are mild degenerative changes below this level.

IMPRESSION:   PROBABLE MILD COMPRESSION OF L1 AND L2.  THE AGE OF THE CHANGES IS UNCERTAIN. NO OTHER ABNORMALITY IS IDENTIFIED.

D & T: 09-29-06  Maurice H. Rowell/rr  Board Certified Radiologist (Signature on file)

_Donna Flynn_
X-RAY TECHNOLOGIST'S NAME (PRINT)

_Donna Flynn RT(R)(m)_
X-RAY TECHNOLOGIST'S SIGNATURE

9-27-06  L-Spin
DATE, TIME  EXAM PER

| Specimen | Control Number | | |
|---|---|---|---|
| 272-558-0096-0 | 53517 | 36 | Pg 1 |

**LabCorp** V 1.28

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Yes | | | S / Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 09/29/06 | 05:00 | 09/29/06 | 09/30/06 |

**Clinical Information**

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 105591 | | |

**Account**
01890035
Hamilton Aged / Infirmed          00

| Patient Name | Sex | Date of Birth |
|---|---|---|
| CAMERON, JIMMY | M | 12/30/48 |

223 Sessor Drive
Hamilton AL  35570

**Patient Address**

205-921-1450

**Comments**
PATIENT AGE: 057/08/30

PHY NAME: SONNIER

**Tests Requested**  CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Creatine Kinase,Total,Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | |
| Glucose, Serum | 90 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.1 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 13 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 12 | | | 8 - 27 | |
| Sodium, Serum | 141 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.7 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 105 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.4 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.1 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.3 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.0 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, S | 93 | | IU/L | 25 - 150 | MB |
| LDH | 150 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 31 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 33 | | IU/L | 0 - 55 | MB |
| GGT | 45 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 69 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 120 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 109 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 30 | Low | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 22 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 68 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.0 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.7 | | times avg. | 0.0 - 1.0 | |

|  | T. Chol/HDL Ratio | |
|---|---|---|
| | Men | Women |
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other

**FINAL REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

CAMERON, JIMMY            105591       272-558-0096-0 Seq# 8207 09-30-06 09:17ET



Universal #2

| Specimen # | Control/Req # | | | Report Status | | LabCorp | V 1.28 |
|---|---|---|---|---|---|---|---|
| 272-558-0096-0 | 53517 | 36 | Pg 2 | | | | |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| Yes | | | R / Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 09/29/06 | 05:00 | 09/29/06 | 09/30/06 |

| Patient ID Number | Patient Phone Number | Patient SSN | Account |
|---|---|---|---|
| 105591 | | | 01890035 |

Patient Name: CAMERON, JIMMY   Sex: M   Date of Birth: 12/30/48

Patient Address:

Account:
01890035
Hamilton Aged / Infirmed          00

223 Sessor Drive
Hamilton AL  35570

205-921-1450

PHY NAME: SONNIER

Comments:
PATIENT AGE: 057/08/30

Tests Requested: CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Creatine Kinase,Total,Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD. | | | | | |
| Thyroid | | | | | MB |
| | | | | | MB |
| TSH | 1.547 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.5 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 25 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.1 | | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| | | | | | MB |
| WBC | 6.6 | | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 4.38 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.5 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 40.4 | | % | 36.0 - 50.0 | MB |
| MCV | 92 | | fL | 80 - 98 | MB |
| MCH | 30.8 | | pg | 27.0 - 34.0 | MB |
| MCHC | 33.3 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.2 | | % | 11.7 - 15.0 | MB |
| Platelets | 144 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 15 | Low | % | 40 - 74 | MB |
| Lymphs | 51 | High | % | 14 - 46 | MB |
| Monocytes | 14 | High | % | 4 - 13 | MB |
| Eos | 19 | High | % | 0 - 7 | MB |
| Basos | 1 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 1.0 | Alert | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.4 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.9 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 1.3 | High | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | MB |
| Creatine Kinase,Total,Serum | 55 | | U/L | 24 - 204 | MB |

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 256-766-1395 Lab: 205-581-3500

LAST PAGE OF REPORT

DUPLICATE FINAL **REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

CAMERON, JIMMY          105591          272-558-0096-0  Seq# 8211  09-30-06  09:38ET

Universal #2

| Specimen | Clinical/Branch | | | LabCorp v 1.28 |
|---|---|---|---|---|
| 68-558-0078-0 | 53517 | 1 | Pg 1 | |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| N/A | | | S / Final | #2 |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 09/21/06 | | 09/25/06 | 09/26/06 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 105591 | | |

**Account**
01890035
Hamilton Aged / Infirmed                    00

223 Sessor Drive
Hamilton AL  35570

| Patient Name | Sex | Date of Birth |
|---|---|---|
| CAMERON, JIMMY | M | 12/30/48 |

**Patient Address**

205-921-1450

PHY NAME: SONNIER

**Comments**
PATIENT AGE: 057/08/22

**Tests Requested**  Ova + Parasite Exam

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Ova + Parasite Exam | | | | | |
| Ova + Parasite Exam | | | | | MB |

Final report
These results were obtained using wet preparation(s) and trichrome
stained smear. This test does not include testing for Cryptosporidium
parvum, Cyclospora, or Microsporidia.

Result 1
No ova, cysts, or parasites seen.                                      MB

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lab: MB LabCorp Birmingham            Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 256-766-1395 Lab: 205-581-3500
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAST PAGE OF REPORT

*w/u of eosinophilia*

*9/26/06*

FINAL **REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

CAMERON, JIMMY            105591       268-558-0078-0  Seq# 8169  09-26-06  23:33ET

Universal #2

| Specimen # | | Control/# | Length | | |
|---|---|---|---|---|---|
| 241-558-0180-0 | | 5351 | 5 | 59 | Pg 1 |

**LabCorp** V 1.28

| Fasting | Micro Source | | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|---|
| No | | | | S / Final | #1 |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/28/06 | 15:00 | 08/29/06 | 08/30/06 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 105591 | | |

**Account**
01890035
Hamilton Aged / Infirmed                     00

223 Sessor Drive
Hamilton AL  35570

| Patient Name | Sex | Date of Birth |
|---|---|---|
| CAMERON, JIMMY | M | 12/30/48 |

Patient Address

205-921-1450

PHY NAME: SONNIER,

**Comments**
PATIENT AGE: 057/07/29

Tests Requested  Ova + Parasite Exam

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Ova + Parasite Exam | | | | | |
| Ova + Parasite Exam | | | | | |

Final report                                                                    MB
These results were obtained using wet preparation(s) and trichrome
stained smear. This test does not include testing for Cryptosporidium
parvum, Cyclospora, or Microsporidia.
Result 1
No ova, cysts, or parasites seen.                                               MB

-----------------------------------------------------------------------------
Lab: MB LabCorp Birmingham           Director: John Elgin, MD
      1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 256-766-1395 Lab: 205-581-3500
-----------------------------------------------------------------------------
LAST PAGE OF REPORT

FINAL **REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

CAMERON, JIMMY            105591        241-558-0180-0 Seq# 7858 08-30-06 23:36ET

Universal #2

RE-CORRECTIONS

## RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Hamilton A&I

Name: Cameron, Jimm

State ID No: 105591

DOB: 12/30/48

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERF

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special n |
|---|---|---|---|---|---|
| Dr. Sonnier | 8/28/06 | 1:00 | ✓ | | |

HISTORY/DIAGNOSIS:

A P C̄ Lat Chest X-ray  ⊖ PPD 3/05

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA √ | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | Lumbo/Sacral SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

CAMERON

PA AND LATERAL Chest:  There is increased prominence of interstitial lung markings. There are calcifications secondary to old healed granulomatous disease.  There are no other significant findings.
IMPRESSION:  THERE ARE CHRONIC CHANGES AS DESCRIBED.  IF AN ACUTE INFILTRATE IS SUSPECTED FOLLOW UP IS RECOMMENDED.

COMMENT:  There are old healed fractures of the left clavicle, left ribs and right humerus.  There is also an apparent old compression fracture in the lower dorsal spine and possibly an additional compression fracture in the mid dorsal region.

D & T: 09-01-06  Howard P. Schiele, M.D./dc Board Certified Radiologist  (Signature on file)

9/6/06

Donna Flynn
X-RAY TECHNOLOGIST'S NAME (PRINT)

Donna Flynn RT(R)(M)
X-RAY TECHNOLOGIST'S SIGNATURE

8-30-06    PA Chest Lat Chest
DATE, TIME EXAM PERF



# PARASITIC DISEASE CONSULTANTS

**Irving G. Kagan, Ph.D., Director**
P.O. Box 616 – Tucker, GA 30085 – (770) 496-1370
LAB: 2177-J Flintstone Drive – Tucker, GA 30084
CLIA ID: 11D0255923



## PARASITIC SEROLOGY REQUEST  - 7987FH

### PHYSICIAN OR INSTITUTION

**LAB CORP of AMERICA HOLDINGS**
REFERRAL LAB.
1801 1st AVE SOUTH
BIRMINGHAM, AL  35233

(205)581-3500

### PATIENT INFORMATION

**CAMERON, JIMMY**
Age : 57    Gender: M
Patient ID: 24155801830

Spec. Date: 08/29/06   time:0500

## PARASITIC SEROLOGY RESULTS  - 08/31/06

Lab#:6-8-246

**HOOKWORM Ab - ELISA 1:8      NEGATIVE**
Reference Range: Pos=> 1:32    Neg< 1:32

Hookworm infection is caused by two species: Ancylostoma intestinalis and Necatur americanus. Due to the intimate association of the parasite with the intestinal mucosa of the host, where it sucks blood, antibodies against the parasite develop in the serum of an infected host.

Diagnostic methods: The primary diagnostic method is the examination of the feces of the patient for Hookworm eggs. In the absence of a fecal examination , the serum of the patient can be tested for antibodies to the parasite by an ELISA test, which employs a crude extract of the adult Necatur americanus parasites. A titer of 1:32 or higher is reported as a positive test.

Caution: Due to the paucity of reactive sera and clinical data, results of a serologic test should be used to evaluate the clinical manifestations of the infection which are anemia and occult blood and examine the feces for eggs of the parasite. No data are available, in this laboratory, on the cross reactivity of the test.

Need
chrx        9/6/06

**LabCorp** V 1.28

| Specimen # | Control/Req # | | Pg 2 |
|---|---|---|---|
| 236-558-0143-0 | 53517 | 18 | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Yes | | | S / Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/24/06 | 05:00 | 08/24/06 | 08/25/06 |

Clinical Information

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 105591 | | |

Account
01890035
Hamilton Aged / Infirmed                    00

| Patient Name | Sex | Date of Birth |
|---|---|---|
| CAMERON, JIMMY | M | 12/30/48 |

Patient Address

223 Sessor Drive
Hamilton AL  35570

Comments
PATIENT AGE: 057/07/25

205-921-1450

Tests Requested   CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Panel 083824

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD. | | | | | MB |
| Thyroid | | | | | MB |
| TSH | 1.319 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.9 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 23 | Low | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.0 | | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| WBC | 6.5 | | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 4.48 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.3 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.0 | | % | 36.0 - 50.0 | MB |
| MCV | 94 | | fL | 80 - 98 | MB |
| MCH | 31.9 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.5 | | % | 11.7 - 15.0 | MB |
| Platelets | 165 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 21 | Low | % | 40 - 74 | MB |
| Lymphs | 47 | High | % | 14 - 46 | MB |
| Monocytes | 15 | High | % | 4 - 13 | MB |
| Eos | 17 | High | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 1.4 | Low | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.1 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 1.0 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 1.1 | High | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |

(handwritten: ⊕ Hep C)

Panel 083824
| HIV-1 Abs-EIA | | | | | MB |
|---|---|---|---|---|---|
| HIV-1 Abs-O.D. Ratio | <1.00 | | | <1.00 | MB |
| O.D. Ratio: Specimen absorbance value relative to the negative cutoff. | | | | | |
| HIV-1 Abs, Qual | | | | | |
| | Non Reactive | | | Non Reactive | MB |

-------------------------------------------------------------------
Lab: MB LabCorp Birmingham      Director: John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233

FINAL **REPORT**                                 © 2005 Laboratory Corporation of America® Holdings
                                                            All Rights Reserved

CAMERON, JIMMY              105591         236-558-0143-0 Seq# 7786 08-25-06 13:22ET



**LabCorp** V 1.28

| Specimen # | Control/Req Number | | |
|---|---|---|---|
| 236-558-0143-0 | 53517 | 8 | Pg 1 |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Yes | | | S / Final |

Clinical Information

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/24/06 | 05:00 | 08/24/06 | 08/25/06 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 105591 | | |

Account

| Patient Name | Sex | Date of Birth |
|---|---|---|
| CAMERON, JIMMY | M | 12/30/48 |

01890035
Hamilton Aged / Infirmed                    00

Patient Address

223 Sessor Drive
Hamilton AL  35570

Comments
PATIENT AGE: 057/07/25

205-921-1450

Tests Requested   CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Panel 083824

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 81 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.0 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 14 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | | 8 - 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.9 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.6 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 2.3 | Low | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.7 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, S | 104 | | IU/L | 25 - 150 | MB |
| LDH | 172 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 31 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 24 | | IU/L | 0 - 55 | MB |
| GGT | 50 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 72 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 135 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 173 | High | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 32 | Low | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 35 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 68 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.2 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.8 | | times avg. | 0.0 - 1.0 | |

```
                                   T. Chol/HDL Ratio
                                     Men   Women
                         1/2 Avg.Risk  3.4     3.3
                             Avg.Risk  5.0     4.4
                          2X Avg.Risk  9.6     7.1
                          3X Avg.Risk 23.4    11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other

FINAL **REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

CAMERON, JIMMY                105591        236-558-0143-0 Seq# 7786 08-25-06 13:22ET



8/28/06

Universal #2

2006/05/11 19:09:56  FROM: L_ _RP LCLS BLK   TO: 2059211452  __3 __RP   PAGE 1 of 3
TO:                                                        AT      ilton Aged / Infirmed

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 130-558-0190-0 | 105591 | 53558296978 | 01890035 | 205-921-1450 | 00 |

| Patient Last Name | | |
|---|---|---|
| CAMERON | | |

Account Address

Hamilton Aged / Infirmed

| Patient First Name | Patient Middle Name |
|---|---|
| JIMMY | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

223 Sessor Drive
Hamilton AL  35570

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 57/04/10 | 12/30/48 | M | Yes |

| Patient Address | Additional Information |
|---|---|

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 05/10/06 05:00 | 05/10/06 | 05/11/06 19:09ET | TOMESCU, O | | TOMESCU |

Tests Ordered

CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Urinalysis, Complete; Hepatitis, Diagnostic (Prof I);
Prostate-Specific Ag, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP12+LP+TP+TSH+6AC+CBC/D/Plt** | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 92 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.1 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 15 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | | 8 - 27 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 5.1 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 105 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.7 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.4 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.9 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.6 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | | | | | |
| | 136 | | IU/L | 25 - 150 | MB |
| LDH | 148 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 29 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 25 | | IU/L | 0 - 55 | MB |
| GGT | 43 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 81 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 136 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 113 | | mg/dL | 0 - 149 | MB |
| **HDL Cholesterol** | **34** | **Low** | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 23 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 79 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.0 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.7 | | times avg. | 0.0 - 1.0 | |

| CAMERON, JIMMY | 105591 | 130-558-0190-0 | Seq # 0171 |
|---|---|---|---|

**FINAL REPORT**                                                Page 1 of 3

This document contains private and confidential health information protected by state and federal law. ©2004-06 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-828-7749
All Rights Reserved
Ver: 1 27

# LabCorp
Laboratory Corporation of America®

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Patient Name | | | | | Specimen Number | |
|---|---|---|---|---|---|---|
| CAMERON, JIMMY | | | | | 130-558-0190-0 | |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
| 01890035 | 105591 | 53558296978 | 05/10/06 05:00 | 05/11/06 | M | 57/04/10 | 12/30/48 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL LAB |
|---|---|---|---|---|

```
                                  T. Chol/HDL Ratio
                                        Men   Women
                         1/2 Avg.Risk   3.4    3.3
                             Avg.Risk   5.0    4.4
                          2X Avg.Risk   9.6    7.1
                          3X Avg.Risk  23.4   11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | |
|---|---|---|---|---|
| | | | | MB |
| Thyroid | | | | MB |
| TSH | 2.626 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.1 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 24 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 1.9 | | | 1.2 - 4.9 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell(WBC)Count | | | | |
| | 8.0 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | | | | |
| | 4.53 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.6 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.9 | | % | 36.0 - 50.0 | MB |
| MCV | 95 | | fL | 80 - 98 | MB |
| MCH | 32.2 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.6 | | % | 11.7 - 15.0 | MB |
| Platelets | 178 | | x10E3/uL | 140 - 415 | MB |
| **Neutrophils** | **19** | Low | % | 40 - 74 | MB |
| Lymphs | 42 | | % | 14 - 46 | MB |
| Monocytes | 11 | | % | 4 - 13 | MB |
| **Eos** | **27** | High | % | 0 - 7 | MB |
| Basos | 1 | | % | 0 - 3 | MB |
| **Neutrophils (Absolute)** | **1.5** | Low | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.4 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.9 | | x10E3/uL | 0.1 - 1.0 | MB |
| **Eos (Absolute)** | **2.2** | High | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | MB |
| | | | | |
| **Urinalysis, Complete** | | | | |
| Urinalysis Gross Exam | | | | MB |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | MB |
| pH | 6.0 | | | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | | | Yellow | MB |
| Appearance | Clear | | | Clear | MB |

| CAMERON, JIMMY | 105591 | 130-558-0190-0 | Seq # 0171 |
|---|---|---|---|

**FINAL REPORT**                              Page 2 of 3

This document contains private and confidential health information protected by state and federal law. ©2004-06 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-828-7749                    All Rights Reserved
                                                                                          Ver: 1.27


**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Patient Name | | | | | | | Specimen Number | |
|---|---|---|---|---|---|---|---|---|
| CAMERON, JIMMY | | | | | | | 130-558-0190-0 | |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth | |
| 01890035 | 105591 | 53558296978 | 05/10/06  05:00 | 05/11/06 | M | 57/04/10 | 12/30/48 | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| WBC Esterase | Negative | | | Negative | MB |
| Protein | Negative | | | Negative/Trace | MB |
| Glucose | Negative | | | Negative | MB |
| Ketones | Negative | | | Negative | MB |
| Occult Blood | Negative | | | Negative | MB |
| Bilirubin | Negative | | | Negative | MB |
| Urobilinogen, Semi-Qn | 0.0 | | mg/dL | 0.0 - 1.9 | MB |
| Nitrite, Urine | Negative | | | Negative | MB |
| Microscopic Examination | | | | | |
| Microscopic follows if indicated. | | | | | MB |
| Microscopic Examination | See below: | | | | MB |
| WBC | None seen | | /hpf | 0 - 5 | MB |
| RBC | None seen | | /hpf | 0 - 3 | MB |

**Hepatitis, Diagnostic (Prof I)**

| | | | | | |
|---|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | | Negative | MB |
| HBsAg Screen | Negative | | | Negative | MB |
| Hep B Core Ab, IgM | Negative | | | Negative | MB |

**Prostate-Specific Ag, Serum**

| | | | | | |
|---|---|---|---|---|---|
| | 0.4 | | ng/mL | 0.0 - 4.0 | MB |
| Beckman (formerly Hybritech) ICMA methodology | | | | | |

> MB: LabCorp Birmingham                          Dir: John Elgin, MD
>     1801 First Avenue South, Birmingham, AL 35233
> For inquiries, the physician may contact: **Branch: 800-828-7749  Lab: 205-581-3500**

| CAMERON, JIMMY | 105591 | 130-558-0190-0 | Seq # 0171 |
|---|---|---|---|

**FINAL REPORT**                                   Page 3 of 3

This document contains private and confidential health information protected by state and federal law. ©2004-06 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-828-7749                                All Rights Reserved
Ver: 1 27



ID: #STAT#060509115937

05/09/2006 11:59:36

D.O.B.:
Meds:
Class:
Dr:
Tech:

Cameron, Jimmy
AIS# 105591
D.O.B. 12/30/48   Age: 57

| | |
|---|---|
| Vent. Rate: | 59 bpm |
| RR Interval: | 1012 ms |
| PR Interval: | 206 ms |
| QRS Duration: | 68 ms |
| QT Interval: | 382 ms |
| QTc Interval: | 381 ms |
| QT Dispersion: | 34 ms |
| P-R-T AXIS: | 49°  18°  60° |

SINUS BRADYCARDIA
BORDERLINE FIRST DEGREE A-V BLOCK
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
    Broad P waves
CONSIDER LEFT ATRIAL ABNORMALITY
    T wave changes in the septal lead
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

C-10 mm/mV
BURDICK

QTc=Hodges
BURDICK REORDER NO.REF 716-0237-00

Air-a 300 (n1) .97/4.3/25.4/2.2(0004)    Serial #1001449

25 mm/s
40 Hz

~~GEORGIA~~ DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: VCF

Name: Cameron, Jimmy
State ID No: 105591
DOB: 12 30 48
Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rampooli 29 | 011006 | 0930 | X | | |

~~HISTORY/DIAGNOSIS:~~

Coned down AP view
true lateral And Oblique Views
at the level of T7 - T8
(Thoracic Spine)    All Previous Films ~~[illegible]~~

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | ✓ | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | ✓ | both Obl T-Spine |
| | | | | | | Coned down |

Cameron                                        REPORT

AP, LATERAL AND OBLIQUE VIEWS OF THE LOWER DORSAL SPINE: There are
severe compression fractures of the bodies of T7 and T8 with moderately severe
compression fracture of T11.  There is relatively slight compression of the body of T6.
There is moderate osteopenia.  There are mild associated degenerative and hypertrophic
changes.

IMPRESSION:  MULTIPLE COMPRESSION FRACTURES AS DESCRIBED, THE AGE
OF WHICH IS UNKNOWN.

D & T: 01-12-06  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on
file)

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | | 1 41 06 |
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

FROM CAHABA IMAGING (MON) JAN 9 2006 16:22/ST 15:43/NO. 6312281357 P 4

~~COLORADO~~ DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: VCF

Name: Cameron Jimmy

State ID No: 105591

DOB 123048

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati /cg | 010506 | 1:30p | X | | |

HISTORY/DIAGNOSIS: C/o mid Back to LT Chest discomfort (posterior) w/previous

**X-RAY REQUEST**

| | | | | |
|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X | THORACIC SPINE 2 Views |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | MANDIBLE | SCAPULA | | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | | |

Cameron

**REPORT**

DORSAL SPINE: The examination is compared with the previous study of 11-11-05. The examination again shows compression fractures of T7 and T8. There appears to have been some further compression since previous examination. Compression fractures of T11 and L1 show no significant change. Deformity of multiple left upper ribs is again noted.

IMPRESSION: THERE ARE MULTIPLE COMPRESSION FRACTURES IN THE LOWER DORSAL SPINE. THERE APPEARS TO HAVE BEEN SOME MILD FURTHER COMPRESSION OF THE BODIES OF T7 AND T8. SUGGEST FOLLOW UP TO INCLUDE CONED-DOWN AP, TRUE-LATERAL AND OBLIQUE VIEWS CENTERED AT THE LEVEL OF T7-T8.

D: & T: 01-09-06  Howard P. Schiele, M.D./jhi Board Certified Radiologist  (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

# DEPARTMENT OF CORRECTIONS

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## MENTAL HEALTH SERVICES

# DENTAL RECORD



## DENTAL EXAMINATION

## RESTORATIONS AND TREATMENTS

Date of Initial Examination

Initial Classification

Oral Pathology ............................  Gingivitis
                                         Vincent's Infection
                                         Stomatitis
                                         Other Findings

Occlusion

Roentgenograms ...........................  Periapical
                                          Bitewing
                                          Other

**Health Questionnaire**

| | YES | NO | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | Rheumatic Fever | | ☐ | ☒ | V.D. |
| | ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | | ☒ | ☐ | Hepatitis C |
| | ☒ | ☐ | Present Medication  Zantac | | ☐ | ☒ | Anemia or Bleeding Problems |
| | ☐ | ☒ | Epilepsy | | ☐ | ☒ | Heart Disease |
| | ☐ | ☒ | Asthma | | ☐ | ☒ | High Blood Pressure |
| | ☐ | ☒ | Diabetes | | ☒ | ☐ | Kidney Disease |
| | ☐ | ☒ | HIV | | ☐ | ☐ | Other Disease |

SHOULDERS (L & R)
CRUSHED IN 1982

## SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| CAMERON  JIMMY | 105591 | 12/30/48 | W/M | V |

PHS-MD-70015

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination  3-15-05

Initial Classification

Oral Pathology ....................................  Gingivitis _____
Vincent's Infection _____
F/P  Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms ....................................  Periapical _____
Bitewing _____
Other _____

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☑ | ☐ | Hepatitis |
| ☑ | ☐ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure ? |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease ? |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S |
|---|---|---|---|
| Cameron, Jimmy | 105391 | 12-30-48 | W |

PHS-MD-70015



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | |
|-------------------|-------|--------|-----|-----|---|
|                   |       |        |     |     |   |

PHS-MD-70022

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JIMMY CAMERON (AIS #105591),        *

                                   *

     Plaintiff,

                                   *

V.                               2:06-CV-88-WHA

                                 *

RICHARD ALLEN, ET AL.,

                                 *

     Defendants.

                                 *

## AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**BEFORE ME,** Justine B. Person a notary public in and for said County and State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Tahir Siddiq.  I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit.  I have been licensed as a physician in Alabama since 1996, and have been board certified in internal medicine since 1996. I have served as the Medical Director for Bullock County Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003, my employment at Bullock County Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Jimmy Cameron (AIS# 105591) is an inmate currently incarcerated at Bullock County Correctional Facility.  I am familiar with Mr. Cameron's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions.  I have also reviewed Mr.

DEFENDANT'S
EXHIBIT
B
tabbies

Cameron's medical records (certified copies of which are being produced to the Court along with this Affidavit.)

It is my understanding that Mr. Cameron has filed a complaint in this action alleging that I have failed to provide him with appropriate medical care for a back condition. Mr. Cameron also claims that I have acted improperly in prescribing him two medications, Ibuprofen and Fosamax.[1] Mr. Cameron's allegations are completely unfounded, as all of his medical conditions have been appropriately treated at all times. I have done nothing to retaliate against this inmate.

Mr. Cameron was transferred to Bullock County Correctional Facility on October 24, 2006. A review of Mr. Cameron's medical records indicated that he had a history that was significant for degenerative spine disease. Specifically, Mr. Cameron received a chest x-ray on August 28, 2006, that showed old compression fractures in the lower dorsal spine and, possibly, an additional compression fracture in the mid-dorsal region. On September 26, 2006, roughly one month later, Mr. Cameron received a lumbar spine series that showed slight loss of the vertebral height at L1-2. The age of these changes was noted to be uncertain and no other abnormalities were indicated. On September 29, 2006, Mr. Cameron underwent a chest CT scan which identified a lesion at T7 with old appearing compression fractures at T8 and T11.

Based on these findings, as well as my physical evaluation of this inmate, it is my medical opinion that Mr. Cameron's spinal condition is stable. His compression fractures are well healed and he shows no signs of neurological damage. Surgical intervention is contraindicated.

---

[1] Fosamax is in the group of medicines called bisphosphonates. It alters the cycle of bone formation and breakdown in the body. Fosamax slows bone loss while increasing bone mass, which may prevent bone fractures.

In order to treat intermittent pain associated with Mr. Cameron's condition, I have prescribed numerous pain relieving medications including Percogesic, Tylenol and Advil. I have also provided Mr. Cameron with numerous specialty profiles to make his time in prison more comfortable including a "lay-in profile," a "double mattress profile," a "bottom bed profile."

Mr. Cameron also claims that I have acted inappropriately by prescribing him certain medications, Ibuprofen and Fosamax. Mr. Cameron believes these medicines are contraindicated for his treatment because he is Hepatitis C positive. While it is true Mr. Cameron is Hepatitis C positive, his liver enzyme panels indicate that his liver is functioning normally. These medications are not contraindicated for his treatment.

Based on my review of Mr. Cameron's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock County Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the PHS staff at Bullock County Correctional Facility denied Mr. Cameron any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Cameron. At all times, Cameron's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
TAHIR SIDDIQ, M.D.

3

STATE OF ALABAMA                    )
COUNTY OF _Bullock_                 )

    I, _Justine B. Person_ , a Notary Public in and for said State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

    SWORN TO and SUBSCRIBED BEFORE ME on this the _9th_ day of _February_ , 2007.

                                    NOTARY PUBLIC
                                      My Commission Expires: _2/24/09_

(NOTARIAL SEAL)