IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the answer and special report filed by the medical defendants on February 28, 2007, and for good cause, it is

ORDERED that on or before March 15, 2007 the medical defendants shall file a supplement to this report which specifically identifies (i) the administrative remedy available to the plaintiff, (ii) the procedural rules governing this administrative remedy, including the forms to be utilized, the procedures involved in proper exhaustion of such remedy and all mandated deadlines requisite to exhaustion, and (iii) those procedure the plaintiff has failed to undertake thereby resulting in his lack of exhaustion.

Done this 1st day of March, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE