IN THE United States District Court
for The middle District
Northern Division

RECEIVED

2007 MAR -7 A 9: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy frank Cameron
plantiff

Case No 2:06-CV-1115-MHT

v.

Richard Allen Et, AL
Prison Health Servicer
Doctor Sidding

motion To inform This Honorable Court

come now Plantiff and Does say That Plantiff Has not Received Any special Report from The Defendant on are around February 28, 2007. are a certificate of service. Plantiff Does say That He has filed every available Procedure. Plantiff Say That it will be Interesting To see what The Defendant come up with!

3-5-07

Jimmy Cameron
plantiff

# Certificate of Service

Come now Plaintiff and Does say That A copy of The forgoing was mailed To Attorneys for Defendants on 3-5-07 by placing a copy in The free Legal mail at Bullock Correctional Center

Jimmy Cameron

Alabama Dept of Corr.
Legal Division
P.O. Box 301501

Montgomery. Ala

36130-1501

Jimmy Cameron

Jimmy Cameron 105591
PO Box 5107 C1-7A
Union Spring Ala
36089-5107

MONTGOMERY AL 361
06 MAR 2007 PM 3 T

Legal
MAIL

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

36101+0711