IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On March 7, 2007, the plaintiff filed a motion in which he asserts that he has not yet received a copy of the special report filed by the medical defendants on February 28, 2007. The court therefore construes this motion as a motion to compel service of the medical defendants' special report. Upon consideration of such motion, and as the special report contains a certificate of service indicating that a copy of the report was mailed to the plaintiff on February 28, 2007, it is

ORDERED that on or before March 19, 2007 the medical defendants shall show cause why the motion to compel should not be granted.

Done this 8th day of March, 2007.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE