In The United States District Court
for The middle District
Northern Division

Jimmy F. Cameron

V.

Richard Allen
Et. Al

CASE NO. 2:06-CV-1115-MHT

Rebuttal To Defendant
Special Report

Come now Plantiff in the above style cause and Does say That The medical Defendants come with The same Issues That The Dept. of Correction used. Plantiff has sent with his complaint Greviance forms. That Plantiff filed here at Bullock Correctional Center, and has Grievance forms That He has filed while at Hamilton A+I. Plantiff has filed every available means Trying To get Adequate medical Treatment. To no Avail. Plantiff has suffered with Terrible Pain. cause by Pinched Nerves in his Back. Plantiff Just Plainly Refuse To spend any Money To Stop plantiff from Pain and Suffering But PHS is willing To give plantiff all kinds of cosmetic Treatment. plantiff received a copy of The Special Report march 8·07· after Plantiff File

The motion To compel, Plantiff will show This Honorable court That Doctor siddig Did Know That Plantiff was Allergic To Advil and Ibuprofem. Because Plantiff Personally Told Doctor siddig. The Doctor peply was I quote! you Don't have To Take it! Unquote! Plantiff owes $175.00 for co Pays To The Dept of CoRR. and still has not been Given Adequate Treatment. Plantiff is charged Reguardless of Adequate Treatment which Plantiff never Gets!" Prisoner Health services make There Profit from Human suffering The more Inmate who has To suffer The more Profit P.H.S. make.! federal Rules of Procudure 56 c To Discharge Their Initial Burden in seeking summary Judgement The Defendants must Generally Do more Than simply Alledge That you have failed To Prove your case. (see Celotex Corp. v. Catrett 477 us 317 323-324 1986 I.D At 328 white. J concurring Clark v coats and Clark, Inc 929 F2d 604 608 11 Cir 1991 Rule 56 E. The Defendants are merely putting a Lot of Legal mumbo Jumbo Just Trying To Look Effective. it is Basically The same special Report The Alabama Dept of Correction filed. Plantiff is Looking forward To see what The Defendants Answer To This Honorable court Order on March 1-07

Jimmy F. Cameron
Plantiff

Certificate of Services

Come Now Jimmy F Cameron and Does say That A copy of The Aformentioned was mail To The Attorneys for The Defendant on 3-11-07 By Placing a copy in The Bullock correctional Center free Legal mail This Day of March 11-2007

Rushton. Stakley. Johnson. & Garrett P.A.
    P.O. Box 270

Montgomery. Ala
        36101-0270


3-11-07                Jimmy F Cameron
                         Plaintiff

Jimmy Cameron 105591
PO Box 5107 C1-7A
Union Spring Ala
36089

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

Legal Mail