In The United States District Courts
for The Middle District
Northern Division

Jimmy Frank Cameron

V.

Case No. 2:06-CV-1115-MHT
2:05 CV 920 F
2:06 CV-88-W.HA

Richard Allen
P.H.S        Ect. AL
Doctor Siddiq

RECEIVED
2007 MAR 14 A 9:29

Motion for Preminlinary Injuction

Come now Jimmy F Cameron and does Ask This Honorable Court To Grant Plantiff a premlinrary Injuction against The Denfendant To stop harrassing and punishing Plantiff Because of His civil Action. Plantiff Show As follows

1. giving Plantiff a Bogus citation for a Slick Rick

2. getting plantiff Denied from making Parole on The 3-6-07

3. Plantiff medical care has not improved!

4. Plantiff goes Through Pain and Suffering

Every Day Because of These Pending Civil Actions

5  Plantiff Parole was Denied and Plantiff was set off Two year. Plantiff was violated for a Dirty urin. 2-05 Plantiff finished Dual Dianosis S.A.P 12-10-06

6  Defendants are Punishing Plantiff mentally and emotionally. Daily

Planiff Pray That This Honorable court will Isour a Preliminary injuction - To stop All Harrassment and order plantiff be Released on Parole.

105591                    Jimmy F Cameron
                              Plantiff

Certificate of Services

Come now Jimmy F Cameron and Does say That a copy of The forgoing was mailed To The Attorneys for The Defendant This 12 Day of March 2007 Pootage prepaid.

Rushton Stakely, Johnson & Garrett P.A
    P.O Box 270
  Montgomery Ala
           36101
                              Jimmy F Cameron



MONTGOMERY AL 361
13 MAR 2007 PM 1 L

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

Jimmy Cameron 105541
PO Box 5107 C1-7-A
Union Spring Ala
36089