**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 14, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Cameron v. Allen et al**

**Case Number:   2:06-cv-01115-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 28   filed on   March 14, 2007.**

In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron

V.

Richard Allen
P.H.S          Ect. AL
Doctor Siddiq

Case No. 2:06-CV-1115-MHT
2:05 CV 920 F
2:06 CV-88-W.HA

RECEIVED
2007 MAR 14 A 9:29

## Motion for Preminlinary Injuction

Come now Jimmy F Cameron and Does Ask This Honorable Court To Grant Plantiff a premlinary Injuction against The Denfendant To stop harrassing and punishing Plantiff Because of His civil Action. Plantiff Show As follows

1. giving Plantiff a Bogus citation for a Slick Pick
2. getting plantiff Denien from making Parole on The 3-6-07
3. Plantiff medical care has not improved!
4. Plantiff goes Through Pain and Suffering

Every Day Because of These Pending Civil Actions

5. Plantiff Parole was Denied and Plantiff was set off Two year. Plantiff was violated for a Dirty urin. 2-05 Plantiff finished Dual Dianosis S.A.P 12-10-06

6. Defendants are Punishing Plantiff mentally and emotionally. Daily

Plantiff Pray That This Honorable court will Issue a Preliminary injuction - To Stop All Harrassment and order plantiff be Released on Parole.

105591                         Jimmy F Cameron
                                    Plantiff

Certificate of Services

Come now Jimmy F Cameron and Does say That a copy of The forgoing was Mailed To The Attorneys for The Defendant This 12 Day of March 2007 Pootage prepaid.

Rushton Stakely, Johnson & Garrett P.A
    P.O Box 270
Montgomery Ala
        36101
                                Jimmy F Cameron



Jimmy Cameron 105541
PO Box 5107 C1-7-A
Union Spring Ala
36089

MONTGOMERY AL 361
13 MAR 2007 PM 1 L

United States District Court
PO Box 711
Montgomery, Ala
36101-0711