IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on March 7, 2007 (Court Doc. No. 25), and as the plaintiff acknowledges in his March 14, 2007 response (Court Doc. No. 27) that he received the medical defendants' special report, it is

ORDERED that:

1. The motion to compel be and is hereby DENIED.

2. The order entered on March 8, 2007 (Court Doc. No. 26) requiring that the medical defendants show cause why the motion to compel should not be granted be and is hereby VACATED.

Done this 14th day of March, 2007.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE