United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
       Plantiff

V

Richard Allen Et. AL

RECEIVED
2007 MAR 20 A 9:52
[D]A P. HACKET[T]
U.S. DISTRICT COURT
MIDDLE DISTR[ICT]

CASE NO 2:06-CV-1115 MHT

## Motion To Amend Rebuttal of Medical Defendants Special Report

Come now Jimmy F Cameron in The above style cause. and Does say That The Defendant. Did interfer with Plantiffs making Parole!" Plantiff says That The medical Defendant are Doing Their Best To Stop plantiff Liver From fuctioning Normal. By giving Plantiff medication That he is not suspose To Take!" Plantiff Ask This Honorable court what Did Plantiffs Parole have To Do The Special Report? If The Defendants. Did not interfear with his Parole! Plantiff had a Approved Home Plan. Half way House. in Oklahoma city. Plantiff Finished a 15 week Dual Dinnosis S.A.P program. Plantiff Does say That if He had not had These civil actions in This court. Plantiff would have made Parole!" Plantiff Purpose for filing motions for Preliminary injuction, was To prevent This!

from Happening by Defendants. Whom have Already given Plantiff a Bogus citation for something 90% of The inmate have Every Day (a Slick Pick) There has been no other Inmates ~~been~~ wrote up for The same Thing!! Plantiff Prays That This Honorable court will Review This case with extream care! Plantiff would Like To Request To This court. To ORDER Every Person involved IN ALL his civil action To Take a polyGraph Test concerning Each case!! which will show That Plantiff Allegations are ALL True!"

*Jimmy Cameron*

## Certificate of Service

Come now Jimmy F Cameron and say that a copy of The forgoing was mailed To The Defendents by placing a copy in The US mail Postage Prepaid This 18 March 2007

Rushton.Stakely.Johnson.Garrett P.A

P.O Box 270

Montgomery, Ala
36101-0270

3-18-07

*Jimmy Cameron*
plantiff



MONTGOMERY AL 361
19 MAR 2007 PM 4 T

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

Jimmy Cameron 105591
P.O Box 5107 C-1-7-B
Union Spring Ala
36089