United States District Court
for The middle District of Alabama
Northern Division

RECEIVED
2007 MAR 21 A 10: 11
A.P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
Plantiff

V

CASE NO. 2:06-CV-1115-MHT

Richard Allen Et. AL

Motion To dertermine if Defendants committed contemp of Court Order

Come now Plantiff in The above styh cause and Does say That as of 3-18-07 Plantiff has not Received The supplement "as ordered by This Court on March 1. 2007

Jimmy F Cameron

Certificate of Service

I certify That a copy of The foregoing was mailed To The Attorney for The Defendants on This 3-18-07 postage prepaid

3-18-07

Jimmy F Cameron

Jimmy Cameron 105591
P.O. Box 5107 C-17A
Union Spring Ala
36089

Legal Mail

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

36101+0711