IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to determine if defendants committed contempt of court filed by the plaintiff on March 21, 2007 (Court Doc. No. 35), and as the supplemental response filed by the medical defendants on March 15, 2007 (Court Doc. No. 31) contains a certificate of service indicating that on said date they placed a copy of this supplemental response in the mail addressed to the plaintiff at his current address, it is

ORDERED that this motion be and is hereby DENIED.

Done this 23rd day of March, 2007.

                                          /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE