The United States District Court
for The middle District
Northern Division

Jimmy Frank Cameron
  Plaintiff

V.

Case No. 2:06-CV-1115 MHT

Richard Allen Et.Al
  Defendants

Answer To Order
of March 16. 2007

Come now Jimmy F. Cameron in Answer To The Honorable court Order. Plaintiff Does say That He Did file a number of Grievance forms. See Original complaint and Exhibits, which Plainly shows That The Defendant were given The opportunity To Resolve The Complaint as Required by 42 U.S.C § 1997e(a) Booth v Churner 532 U.S 731 741, 121 S.ct. 1819 1825 nb (2001). Plaintiff Did file a number of Grievances Dealing with The Issues in This civil Action. Plaintiff has made Affidavits To That Effect (see inclosed Affidavits) The Notary Public License expired. I was Told That There was no other notary Public here. As of This Notice Date 3-21-07 Plaintiff has not Received a copy of The Sumppliment To The Defendant Special Report.

3-21-07                    Jimmy F Cameron

Page 2 of 2.

Plantiff has exhausted all Available Administrative Remedies That are Available see Original Complaint and Exhibits. Plantiff gave Bullock Healthcare Every Chance To give him Adequate medical care. see Exhibit 6 To show Plantiff has went To sick calls and sent Greviance forms Trying To get Adequate medical Treatment. Plantiff has exhausted more Than Administrative Remedies. He has exhausted his money supply" Repeattedly Trying To get Adequate medical Treatment. Plantiff has been filing Greviance forms for The Last year. Starting at Ventress Correctional Facility, Hammilton ALZ Now here. Plantiff sent The Greviance forms with his Original Complaint (see Exhibits)

_____
Affiant

Sworn to and subscribed before me
this _____ day of _____,
                      Month
_____.    Not Available
  Year          Notary Public

My Commission Expires

Under penalty of perjury I Do Swear That The forgoing Is True and correct To The Best of My knowledge and Belief
Witnessed
1 _____
2 _____
3 _____

_____

```
STATE OF ALABAMA    )
                    ) ss.
COUNTY OF Bullock   )
```

SWORN AFFIDAVIT

105591

I, Jimmy Cameron, the affiant do swear under oath that the following statement made is being done with personal knowledge and is true and correct to the best of my knowledge, belief and understanding.

Come now Jimmy Frank Cameron and does say that he has exhausted every available Greviance that is available to him. Here at Bullock Correctional center see Orignal Complaint and Exhibits Plantiff Also say that the medical Defendant have not sent Plantiff a copy of the supplemental To the Special Report as Order by this court on March 1 2007. Plantiff has not Received it as of this date 3-19-07. Plantiff owe $75.00 for Co. Pays To The Dept. of Corr. for sick call he has been To Trying To get Adequate medical Treatment. Plantiff has exhausted every available Remedy that he has access to.!!

2. it is Ricaro Allen Responsiblety To make Sure every Inmate Receives Edequate medical Treatment MR. Allen has not even come and spoke to me are checked on whenther I've ever got any medical Treatment."

Page One of Two.

Exhibit G

## INMATE REQUEST SLIP

Name: Jimmy Cameron    Quarters: C1 ZA    Date: 2-6-07

AIS #: 105591

( ) Telephone Call    ( ) Custody Change    (✓) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Ms Cunningham
How much do I owe? Co Payments for sick calls? Please let me know!

Thank you

Jimmy Cameron

Do Not Write Below This Line - **For Reply Only**

As of 2-8-07 You owe $15.00

SC

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden                       ( ) Deputy Warden                 ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public (✓) Record Office

N176

# AFFIDAVIT

Come now Jimmy Frank Cameron and Does say under Oath. That he has Exhausted All Grievance forms available here at Bullock Correctional center. see Original Complaint and Exhibits. Plantiff Has Done Every thing Possible Trying To get Adequate medical Treatment. Plantiff filed Grievance forms about The inadequate medical Treatment 3 Different Times. see Original Complaint & Exhibits. Plantiff was unaware of Any Appeals forms of Any kind concerning medical Problems!! Plantiff Has Done Every Thing Possible Available To Exhaust All Remidies and given P.H.S every Opportunities To Do what was Right

_____
Jimmy F Cameron
AFFIANT

Sworn To And Subscribed To Me This _____ of March 2007

My Commision Expires _____

Under Penalty of Perjury I Do swear That The forgoing To True To The Best of my Knoledge and Belief

Witnesses
1 Samuel Johnson
2 Marena Lawson
3 Thomas W Gore

Notary Public

Jimmy Cameron 105591
PO Box 5107 G-1-7-A
Union Spring, Ala
36089

Legal mail

United States District Court
PO Box 711
Montgomery, Ala
36101

MONTGOMERY AL 361
22 MAR 2007 PM 4 T

