for The middle District of Alabama
Northern Division

RECEIVED
2007 MAR 28 A 9:57

Jimmy F Cameron
  plantiff

V.                    Case No. 206-CV-1115-MHT

Richard Allen Et.Al
  Defendants

    motion To Leave To Amend
    Order on motion
    filed 3-23-07  Document # 36-1

Come now Jimmy F Cameron. To show This court The Facts. Plantiff Did Receive a copy of The summental Report. on 3-22-07. The Defendant Did not mail Plantiff a copy on March 15 2007 They simply Lied. To This Court. I Received The copy of The summental Report in This Envelope Post mark 3-21-07. Plantiff will not Lie To This court as The Defendant have. Plantiff was a week before he Received The Report from The Defendants. see exhibit That Report came in inclosed

3-26-07           Jimmy F Cameron

Declaration under Penalty of Perjury
Pursuant to 28 U.S.C 1746

Come now Jimmy Frank Cameron and Does Declare under OATH That The forgoing is TRUE AND CORRECT To The Best of His Knowledge and Belief!"

Case No 2:06-CV-1115 MHT

I Jimmy Frank Cameron Does say That I have Exhausted every available means of Greivances and Complaints That is Available Here at Bullock Correctional Facility. That is known to me!

I Declare Pursuant To 28 U.S.C 1746 That The foregoing is True and Correct To The Best of His Knowledge and Belief

Date 3-26-07          Jimmy F Cameron

CASE NO. 2:06-CV-1115 MHT

Declaration Under Penalties of Perjury
Pursuant To 28 U.S.C. 1746

Come now Jimmy Frank Cameron Declares under Penalty of Perjury and Being Competent To make This Declaration and having Personal knowledge of The matter stated Here in Declares Pursuant To 28 U.S.C § 1746

CASE NO. 2:06-CV-1115 MHT

1. That I have Exhausted All available Remedies at Bullock Correctional Facility

2. The Defendants are coming up with Things Plantiff has heard nothing about

3. Plantiffs filed Complaints and Greivance forms (See Exhibits with Complaint.

4. Defendant have failed To are Even Ask if Plantiff needed any special Treatment for The Pinched Nerves in his Back!" and still have not!"

I Declare Pursuant To 28 U.S.C. § 1746 That The foregoing is True and Correct To The Best of his Knowledge and Belief

Date 3-23-07          Jimmy F Cameron

## Certificate of Service

Come now Jimmy Frank Cameron and does say that a copy of the foregoing (except for Envelope) was mailed to The Defendant by placing a copy in the United States mail this 26 day of March 2007

*Jimmy F Cameron*

...TON & GARRETT, P.A.
AT LAW
E STREET
270
AMA6101-0270

Supplemental Report

3-22-07
Keep

Jimmy Frank Cameron (AIS # 105591)
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107



MONTGOMERY AL 361
27 MAR 2007 PM 1 L

United States District Court
P.O. Box 711
Montgomery - Ala
36101-0711

Jimmy Cameron 105541
P.O Box 5107 C-1-7-A
Union Springs Ala
36089