In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
Plantiff

v.

Case No. 2:06-CV-1115-MHT

Richard Allen Et.Al
Defendants

Motion To AMEND
Rebuttal To Medicial Defendants
Special Report

Come Now Jimmy F Cameron in The Above style cause and Does say - That He is unaware of any other forms are Appeals forms Available To Inmates At Bullock Correctional Facility. Plantiff Plantiff Original Complaint and Exhibits. Plantiff futher states That since He filed This Civil Action. Defendant still have not Did any Thing To improve There Treatment of Plantiff! If any thing Treatment Has got worse. Plantiff say as for Commisiuner Allen He Has not so much as come To see Plantiff! To see if There were any merit To His Allegations Plantiff Has Exhausted every available Grievance form's That Plantiff Know any Thing About! is Giving The wrong medication. Being Exhausted? SEE Affidavit

Jimmy F Cameron

## Affidavit

Come now Jimmy Frank Cameron and does say that all the afformentioned facts are true and correct to the best of his knowledge and beliefs! Plantiff has filed every Grievance forms and Complaint forms that he know any thing about!!

*Jimmy F Cameron*

My Commission Expires ___Expired___

Sworn before me this date 3-23-07

___Not Available___
Notary Pubic

Wittnesed

1. Marcia Lawson
2. Thomas W Bone
3. Larry Puffer

*Jimmy F Cameron*
Plantiff

Jimmy Cameron 105591
PO Box 5107 C-170
Union Springs Ala
36089

Legal mAiL

United States District Court
PO Box 711
Montgomery Ala
36101-0711