IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,    )
                                 )
        Plaintiff,               )
                                 )
    v.                           ) CIVIL ACTION NO. 2:06-CV-1115-MHT
                                 )
RICHARD ALLEN, et al.,           )
                                 )
        Defendants.              )

**ORDER ON MOTION**

Upon consideration of the motion to amend rebuttal to medical defendants' special

report filed by the plaintiff on March 28, 2007 (Court Doc. No. 39), and for good cause, it

is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of March, 2007.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE