In The United States District Court
for The Northern Division
The Middle District of Alabama

Jimmy Frank Cameron

V.

Richard Allen Et, Al

2:05-CV-920 F
CASE NOs 2:06 CV-1115 MHT
2:06 CV-88-WHA
2:07 CV-35-WHA

Motion for Retaliatory Injuction

Come Now Jimmy F. Cameron and Does Ask This Honorable Court To Issue a Injuction against The Defendants. Even Though it will be Late! Plantiff Does say That his Parole was Denied because of The civil actions Pending in This Honorable Court. Retaliates against as followes

1. Parole was Denied 3-6-07

2. Medical Treatment getting worse
3. Taking All The Money Plantiff Does get. Plantiff Never get one Penny!
4. Plantiff is in Constant Pain and suffering
5. Plantiff is Daily mentally Punished
6. Plantiff was Deliberately Denied Parole To make him suffer Longer

4-4-07    Jimmy Cameron

Plantiff Pray for Relief from These punishements awn Ask This court To order That Plantiff be given The Parole That was Denied because of These civil Action. Plantiff has complented every Thing That he was Required To Do since hes Parole was violated for A Dirty urin Marjauna. Plantiff has been Back 26 months awo complented a 15 week Dual Dianosis S.A. P Program. 11-10-05

Jimmy Cameron

## Certificate of Service

Come now Jimmy F Cameron awn Does Say That A copy of the forging was mailed To The Defendants This Day of April 4-2007 by Placing a copy in the us mail Attorney for Defendants

Rushton Stakely, Johnson e Garrett P.L.

PO Box 270

montgomery, Ala

36101-0270

4-4-07                Jimmy L Cameron

Jimmy Cameron 105511
P O Box 5107 C-1-7-A
Union Springs Ala
36089

MONTGOMERY AL 361
05 APR 2007 PM 1 L

36101+0711

United States District Court
P O Box 711
Montgomery, Ala
36101-0711