In The united State District Court
for The middle Distrd
Northern Division

Jimmy Frank Cameron
plantiff

RECEIVED
2007 APR 18 A 9:28

CASE NO. 2:06-CV-1115 mht

v

Richard Allen Et. Al

motion To Leave To AMEND
with new Declaration under
28 U.S.C 1746

Come Now Jimmy f Cameron and Ask This Honorable court To Add This Declaration To his Answer To Defendant special Report

certificate of Service

I Declare I have mailed a copy of the forgoing To The Defendants This 4-16-07 by placing sand in the Bullock Free Legal mail Box This 15 Day of April 2007

4-15-07        Jimmy F Cameron

Declaration Under Penalties of Perjury
Pursuant To 28 U.S.C. § 1746

I Declare I Am compent To make This Declaration AND having Personal Knoledge of The matters Stated Herein Declares Pursuant To 28 U.S.C § 1746

1. That Jimmy Cameron has filed every Grievance form and Complaint forms That are Available To him in These matters

2. Jimmy Cameron has Repeatedly been To sick calls Trying To get Adequate medical Treatment for his Back

Case No. 2:06-CV-1115 MHT

I Walter Jones Do Declare Under Penalty of Perjury That All The aformentioned is True and Correct To The best of my Knowledge and Belief

Walter C Jones

Jimmy Cameron 105591
PO Box 5107 G-1-7-A
Union Spring, Ala
36089-5107

Legal Mail

United States District Court
PO Box 711
Montgomery, Ala
36101-0711