IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the document filed by the plaintiff on April 18, 2007 (Court Doc. No. 43), and for good cause, it is

ORDERED that on or before April 30, 2007 the medical defendants shall file a response which addresses the plaintiff's declaration that he has properly exhausted his available administrative remedies.

Done this 19th day of April, 2007.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE