In the United States District Court
for the Middle District of Alabama
Northern Division

RECEIVED
2007 APR 25 A 9:50

Jimmy Frank Cameron
plaintiff

Case No. 2:06-CV-1115 MHT

V

Richard Allen Et. AL
Defendants

Motion to Amend
Rebuttal of Defendants Special
Report with Proof

Come now Jimmy F Cameron with Proof That He has been Trying To get medical Treatment for The Last year. Since 11-7-05 when his Troubles Started. This will Show Plantiff has been filing Greviances & Appeals Doing Every Thing Possible To get Edequate Medical Treatment To Stop All his Pain and Suffering. and has filed every Available Greviances and Appeals provided here at Bullock Correctional Facility.

Date 4-22-07     Jimmy F Cameron
                       plantiff

# Certificate of Service

Come Now Jimmy F Cameron and Does Say That copies of the foregoing was mailed to Attorneys for The Defendant. by placing a copy in The U.S Mail. propertly addressed This Day of 4-22-07 Postage paid by Bullock Free Legal Mail

Rushton, Stakely, Johnson & Garrett P.D

P.O Box 270

Montgomery, Ala
36101-0270

4-22-07         Jimmy F Cameron
                    Plaintiff

Jimmy Cameron 105591
PO Box 5107
Union Springs, Ala
36089

Legal Mail

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

Prison Health Services, Inc.

Inmate Grievance

NAME: Jimmy Cameron
AIS #: 105591
UNIT: 11-5-B
DATE: 8-25-06

**PART A---Inmate Grievance**

I saw Dr. Moiser on are Brown 8-17-06 Due To Chronic Back Pain in my Lower Back. Dr. Moiser Doctor Moiser informed me He was prescribing Pain Medication Three Times A Day for 30 Days. I received The medication up until 8-23-06 and was Then informed by The 2nd Shift Nursing Staff That The Pain medication has been discontinued by Dr. Mark Sanier. I Need The Pain Medication. I'm Being denied Treatment.

INMATE SIGNATURE: Jimmy 7 Cameron

**PART B – RESPONSE**   DATE RECEIVED 8-28-06

Mr. Cameron,

This was decided by a doctor and you will have to sign up to see him if you would like to discuss the need for your pain medication.

P.H.S. Department Head Signature: Sizemore, RN
DATE: 8-28-06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ✓ | ☐ | VI Delay in Health Care Provided | ☐ | ✓ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ✓ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ✓ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

COURT

## Prison Health Services, Inc.

### Inmate Grievance Appeal

NAME: Jimmy Cameron   AIS #: 105591   UNIT: 11-5-B   DATE: 9-8-06

PART A---INMATE Grievance Appeal for the following reason:

This is in Response To an Inmates Grevance filed on my behalf on 9-3-06 Concerning Dr. Sann Taking me out of medical Class II and placeing me in Class one Duty status And Also discontinuing my bottom bunk Profile. As usual you Totally Avoided each and every Issue and merely Passed The buck back To the doctor in an attempt To Avoid written evedience of your culpability in my civil conplaint or criminal charges for VIOLATING constitutionally vested Rights under federal Law. Mrs. Sizemore pursuant To The 8th admentment as "Administrator of the Infirmary, you bear Responsibility for Insuring that Inmates At This facility Receive Aduquate medical care. This Responsibility is A sufficient basis

INMATE SIGNATURE: Jimmy Cameron

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

PART B –RESPONSE                    DATE RECEIVED

Inmate Signature                    Health Services Department Head
Date                                Date

H.S.A. Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ✓ | ☐ | VI Delay in Health Care Provided | ✓ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ✓ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ✓ | ☐ |
| V Conduct of Healthcare Staff | ✓ | ☐ | X Other | ☐ | ☐ |
| Committee Review of Data Collection | | | | | |

11/03 – Alabama
Revised 5/10/05

*Continued*                                                                 2

## Prison Health Services, Inc.

### Inmate Grievance Appeal

NAME: Jimmy Cameron    AIS #: 105591    UNIT: 11-5-B    DATE: 9-8-06

**PART A---INMATE Grievance Appeal for the following reason:**

for which To infer your Personal Involvement in The Denial of such Care At the preliminary stage of the Grievance process especially where the denial is as gross as it is in my situation. I am Being Denied Treatment.

INMATE SIGNATURE: Jimmy Cameron

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B-RESPONSE**    DATE RECEIVED 9-14-06

We are following doctors orders as written and will continue to follow your care. I see that you were screened for a follow up on 9-3-06 with Dr. Sonnier now you can inquire with the Doctors concerning your prescribed treatment

Health Services Department Head: J. Semore RN
Date: 9-14-06

**H.S.A. Selection:**

| | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ✓ | | VI Delay in Health Care Provided | ✓ | |
| II Dissatisfied with Quality of Dental Care | | | VII Problems with Medication | ✓ | |
| III Dissatisfied with Quality of Mental Health Care | | | VIII Request to be seen | | |
| IV Dissatisfied with Response to Non-Medical Request | | ✓ | IX Request for Off-site Specialty Care | ✓ | |
| V Conduct of Healthcare Staff | ✓ | | X Other | | |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

Prison Health Services, Inc.

exhibit A

Inmate Grievance

NAME: Jimmy Cameron
AIS #: 105591
UNIT: 11-5-B
DATE: 9-3-06

**PART A---Inmate Grievance**

Even though I was Transferred to Hamilton A&I due to multiple chronic health problems which include severe compression fractures of lower dorsal spine T7 and T8 as well as chronic Hep-C and also in Class III status due to these health problems. Dr. Mark Sanner Discontinued my bottom bunk profile and placed me in Class I duty status on 8-30-06. This action was taken by doctor Sanner without any type of examination. Due to his deliberate and callous action he has in fact endangered my health and well being. I request to see the Warden and the D.O.N. in reference to this matter.

INMATE SIGNATURE: Jimmy Cameron

**PART B –RESPONSE**   DATE RECEIVED: 9-6-06

Mr. Cameron,
If you feel you have been missed classed (Duty Status) please sign up for sick call.

P.H.S. Department Head Signature
DATE: 9-6-06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ✓ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ✓ | ☐ |
| V Conduct of Healthcare Staff | ✓ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

## Prison Health Services, Inc.

### Inmate Grievance **Appeal**

NAME: JIMMY CAMMERON  AIS #: 105591  UNIT: 11-5-B  DATE: 6-29-06

**PART A---INMATE Grievance Appeal for the following reason:**

This is in reference to a grievance I filed approximately two weeks ago in reference to being denied treatment for Hep.C which the DON has refused to acknowledge or respond to. Even though P.H.S and the A.D.O.C have a protocol for evaluation of prisoners eligibility for treatment for Hep.C. It is in part inconsistent with scientific knowledge of this significant illness. Prison Health Services on behalf of the State of Alabama uses this protocol in a discriminatory and punitive manner to justify there denial of access of myself and other prisoners at A&I Treatment for Hep C "I am being denied treatment."

INMATE SIGNATURE: Jimmy Cameron

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B –RESPONSE**   DATE RECEIVED: 7-3-06

Mr. Cammeron,

Your liver functions are within normal limits. You do not qualify for treatment under current guidelines. Will continue to monitor your condition. If you have problems let us know.

Inmate Signature: Jimmy Cameron   Date: 7-10-06
Health Services Department Head: S. Dymore RN   Date: 7-3-06

| H.S.A. Selection: | Y | N |   | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ✓ | ☐ | VI Delay in Health Care Provided | ✓ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ✓ | ☐ |
| V Conduct of Healthcare Staff | ✓ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05