IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,    )
                                 )
              Plaintiff,          )
                                 )
       v.                        ) CIVIL ACTION NO. 2:06-CV-1115-MHT
                                 )
RICHARD ALLEN, et al.,            )
                                 )
              Defendants.         )

## ORDER ON MOTION

Upon consideration of the motion to amend rebuttal to medical defendants' special report filed by the plaintiff on April 25, 2007 (Court Doc. No. 46), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of April, 2007.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE