IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON (AIS# 105591) § § | |
| Plaintiff, § § | |
| v. § | 2:06-CV-1115-MHT |
| § § | |
| RICHARD ALLEN, et al. § § | |
| Defendants. § § | |

## DEFENDANTS PRISON HEALTH SERVICES, INC. AND TAHIR SADDIQ, M.D.'S MOTION TO EXTEND TIME TO RESPOND TO COURT ORDER DATED APRIL 19, 2007

COME NOW Defendants, Prison Health Services, Inc. (hereinafter "PHS") and Tahir Siddiq, M.D. (identified in Plaintiff's Complaint as "Doctor Siddiq") and move this Honorable Court for an extension of seven (7) days, up to and including May 7, 2007, to respond to this Court's Order dated April 19, 2007. As grounds for said Motion, Defendants state as follows:

1. Due to unforeseen scheduling conflicts with counsel for Defendants and Defendants, counsel needs additional time to prepare and collect appropriate affidavit testimony in response to this Court's Order dated April 19, 2007.

2. This brief extension will not prejudice any party.

Respectfully submitted,

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Prison Health Services, Inc.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 30th day of April, 2007 to the following:

Jimmy Frank Cameron (AIS # 105591)
BULLOCK CORRECTIONAL FACILITY
P.O. Box 5107
Union Springs, AL 36089-5107


s/ R. Brett Garrett
Of Counsel