IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on April 30, 2007 (Court Doc. No. 48), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the medical defendants be GRANTED an extension from April 30, 2007 to and including May 7, 2007 to file a response in compliance with the directives of the order entered on April 19, 2007 (Court Doc. No. 45).

Done this 1st day of May, 2007.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE