IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON (AIS# 105591) | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:06-CV-1115-MHT |
| | § § | |
| RICHARD ALLEN, et al. | § § | |
| Defendants. | § § § | |

### DEFENDANTS PRISON HEALTH SERVICES, INC. AND TAHIR SIDDIQ, M.D.'S RESPONSE TO SHOW CAUSE ORDER OF MAY 7, 2007

COME NOW Defendants, Prison Health Services, Inc. (hereinafter "PHS") and Tahir Siddiq, M.D. (identified in Plaintiff's Complaint as "Doctor Siddiq") in response to this Court's Show Cause Order of May 7, 2007 and show as follows:

1. On April 19, 2007, the Court entered an Order directing that on or before April 30, 2007 these Defendants file a response addressing Plaintiff's declaration that he properly exhausted his available administrative remedies prior to filing suit in this matter pursuant to the PLRA. (See Court Doc. No. 45).

2. On May 1, 2007, the Court granted Defendants' motion for extension of time to reply to the Court's April 19th Order allowing these Defendants to May 7, 2007 to respond. (See Court Doc. No. 49).

3. On May 7, 2007, the Court entered a Show Cause Order directing these Defendants to file a Motion with the Court explaining why they failed to

respond to the Court Order dated April 19, 2007 in a timely fashion (by the May 7th deadline). (See Court Doc. No. 52).

4. These Defendants, today, filed a timely response to this Court's April 19th Order, per extension.

5. These Defendants believe the Show Cause Order (Court Doc. No. 52) was simply entered in error.

Respectfully submitted,

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Prison Health Services,
Inc. and Tahir Siddiq, M.D.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 7th day of May, 2007 to the following:

Jimmy Frank Cameron (AIS # 105591)
BULLOCK CORRECTIONAL FACILITY
P.O. Box 5107
Union Springs, AL 36089-5107

*s/ R. Brett Garrett*
Of Counsel

2