IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by the medical defendants on May 7, 2007 (Court Doc. No. 53), and for good cause, it is

ORDERED that on or before May 23, 2007 the plaintiff may file a supplemental response to the medical defendants' affirmative defense that he has failed to properly exhaust *each and every step* of the administrative grievance procedure provided by the medical care provider at the Bullock County Correctional Facility.

Done this 8th day of May, 2007.

                                               /s/ Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES MAGISTRATE JUDGE