In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
　　　Plantiff

V.

Case No 2:06-CV-1115-MHT

Richard Allen Et. AL.
　　　Defendants

RECEIVED
2007 MAY 11 A 9:41
MIDDLE DISTRICT ALA

## Rebuttal To Defendant Response
Date May 7, 2007

Come now Jimmy F Cameron in the above style cause To show This Honorable Court That The Defendants are still using cosmetic Strategy; Plantiff never said The exhibits filed April 18 were filed here at Bullock. But That They were proof That Plantiff has been filing Grievance forms and Appeals forms for The Past year. Plantiff Did mail with his Original Complaint Exhibits of said forms (see original Complaint) Plantiff Say again That he has exhausted every Available Grievance form That are Available at Bullock Correctional Center (At The Time of filing This Civil Action) futher Plantiff Does not Remember Ms Player Being at Bullock before January or february 2007 Plantiff got Here Oct. 12, 2006 Ms Player

was not here Oct 12, 2006. Ms Eaton was here when plantiff arrived at Bullock Correctional Center. Plantiff Did sign The Affidavit That stated That he has filed every form available to him at The Time of filing This civil Action!" and The Declaration under 28 U.S.C. 1746 That Plantiff has exhausted every available means of Greviance forms at Bullock (see Original Complaint with Exhibits) Plantiff Does say That with him filing Greviance forms The out come would be no Different!" (Still Inadequate medical Treatment!") Period! Plantiff would Like To Ask The Court To see who The Health Services Administrator was at. by Looking at his Original Complaint. Exhibits. who signed Them? Plantiff Says That He was Just showing The Court That he has Complied with All Prison Litigation Reform Act 42 U.S.C. 1997 by filing All Available Greviance and Complaint forms here at Bullock Correctional Facility. see Original Complaint and Exhibits. Plantiff Did file grievance forms before filing This civil Action. see Original Complaint Exhibits and see who signed Them.

Date 5-9-07

Jimmy F Cameron
Plantiff

CASE NO. 2:06-CV-1115-WHT

## Declaration under Penalties of Perjury Pursuant To 28 U.S.C. § 1746

Declaration under Penalty of Perjury of Jimmy F. Cameron. Being competent to make this Declaration and having Personal knowledge of the matters stated Herein. Declares Pursuant To 28 U.S.C. 1746

That I Jimmy Frank Cameron have use every Available means As for As Grievance and Complaint forms I have Done every thing Possible Trying To get Adequate medical Treatment!"
and As of 5-9-07 I still have not been Given Adequate medical Treatment! and SUFFER EVERY DAY!!
plantiff say AGAIN That PHS Prison Health Service make There Profit from Human Pain and suffering!" of Inmates

Pursuant To 28 U.S.C § 1746 I Declare under Penalty of Perjury That The forgoing is TRUE and correct To The best of my knowledge and Belief! Executed on 5-9-07

5-9-07                               Jimmy F Cameron
                                        Plantiff

## Certificate of Services

Come Now Jimmy F Cameron and Does say That a copy of The Aformentioned was mailed To The Defendants on The 9th Day of MAY 2007 by placeing a copy in The U.S Mail Postage pre paid

Rushton Stakely Johnston & Garrett P A
184 Commerce St.
P.O Box 270
Montgomery, Ala
          36101-0270

executed 5-9-07        Jimmy F. Cameron
                            Plantiff





Jimmy Cameron 105591
P.O. Box 5107 E-1-7-A
Union Spring, Ala
36089

United States District Court
PO Box 711
Montgomery, Ala
36101-0711