The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plaintiff

V.

Case No. 2:06CV-1115 MHT

Richard Allen Et, Al
    Respondents

## Motion for Retaliatory Injuction

Come now Jimmy F Cameron and Does ask This Honorable Court To Grant him This Injuction for Reason as follows

1. Plaintiff Received another citation for 1 Peice of Carbon Paper on 5-10-07

2. Plaintiff has been Searched Regularly for no Reason (see Shake Down Roster)

3. Plaintiff was Asleep and Awakened Just To be shook Down. When There were At Least 10 more Inmates in The Dorm who were Awake.

4.

4) Plawtiff Just Received word from The WARDEN Jhon cummins That he could Keep Carbon paper at his Bed To Do his Legal work. Now Plawtiff want The citation Removed from his Records awd Time sheet

CASE LAW,

Hudson 468 U.S AT 530 Lower Courts have held That The fourth awd Eight Amendments. Prohibits Retaliatory e Harrassing. Punitive debasing or other wise Penologrcally unjustified. Searches of Inmates awd Their Living Quarters meriweather v. faulker 821 F2d 408, 417 18 - (7 Cir. 1987)

Plawtiff has been searched Both Times That he Recived a citation. awd A Number of Time when Nothing was found!"

6-10-07        Jimmy Cameron

## Certificate of Service

Come now Jimmy Frank Cameron, in the above style cause and does say that a copy was was served on the Defendants this 6-10-07 by placing said copy in the Bullock Free Legal mail

Rushton Stakley Johnson & Garrett P.A.
Attorneys at Law
P.O. Box 270
Montgomery, Ala
36101-0270

6-10-07                    Jimmy F Cameron
                                  Plaintiff



United States District Court
PO Box 711
Montgomery, Ala 36101.07

Legal Mail

Jimmy Cameron 105591
PO Box 5107 G-1-7-A
Union Spring, Ala
36089