In The United States District Court
for the Middle District
Northern Division


Jimmy Frank Cameron

V.                              Case no 2:06-cv-1115 WHT

Richard Allen Et. AL

                  Motion To Compel Defendants
                  To give Plantiff Pain Treatment
                  for Back


      Come Now Jimmy F Cameron and Does ask this
Honorable court To ORDER!" Defendant Richard ALLen
Prison Commisioner. To make sure P.H.S. Do their
contracted Job of Taking care of medical needs
of Inmates!" Namely Jimmy F Cameron who has
been suffering since he was slapped Down At
ventress Correctional facility by officer Holland
on 9-11-05 which caused Plantiff To get a
Pinched Nerves on his spine and has been in
Pain since That Time!" without getting the
needed Treatment To Stop his pain and suffering
when ALL the cosmetic Treatment That P.H.S has
given Plantiff is not Adequate To Releive Pain!"


                                    Jimmy F Cameron
      6-6-07                        Plantiff

Certificate of Service

Come now Jimmy Frank Cameron and Does say that a copy of the forgoing has been served on the Defendant by placing said copy in the Bullock free Legal Mail on the 6-6-07

Rushton Stakely, Johnson & Garrett PA

P.O Box 270
Montgomery. Ala
            36101 0270

6-6-07                    Jimmy F Cameron
                              plaintiff

Jimmy Cameron 105591
P.O. Box 5107 C-1-7-A
Union Spring. Ala
36089

LEGAL MAIL

[36101+0711]

United States District Court
P.O. Box 711
Montgomery. Ala
36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
02 1M     $ 00.410
0004219410   JUN12 2007
MAILED FROM ZIP CODE 36089