In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Faunh Cameron
    Plaintiff

V

Richard Allen Et, AL
    Defendants

RECEIVED
2007 JUN 25 A 9:32

CASE NO 2:06-CV-1115-MHT

## Motion for Retaliatory Injunction

COME Now Jimmy F Cameron and Ask This Honorable Court To Issue a Preliminary Injunction To Stop Defendants from Retaliating against Plaintiff. for Reason As follows

1. Citations Inclosed. See Exhibits. Citation D.O.C has copies

2. Stop punishments Reccmended on citations

3. Plaintiff was given This Last citation for a Peice of carbon Paper and since Then carbon paper is Allowed. In population

4. The citation has been Added To Plaintiff Record That will futher Hinder plaintiff from Making parole. getting a Transfer. and a List of other Things

5. and To stop futher Harassement of other Inmates!

6-21-07    Jimmy F Cameron

Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the forgoing was sent To the Defendant's by placing a copy in The U-S mail This 21 Day of June 2007 properly addressed. Postage paid

6-21-07    Jimmy F Cameron

Alabama Dept of Correction
    Legal Division
    P.O Box 301501

Montgomery. Ala

    36130 - 1501

Jimmy Cameron
plantiff

ALABAMA DEPARTMENT OF CORRECTIONS
MAJOR INSTITUTIONS – BEHAVIOR CITATION

INMATE: Jimmy Cameron     AIS: W-105591     CELL/DORM/BED: 03-2'2

FACILITY: BCC 7     JOB ASGMT: _____     CUSTODY: _____

The above named inmate is cited by **Officer Corey Bennett** for the following violation(s) of institutional/departmental rules. # 64 "Possession of Contraband"
You Inmate Jimmy Cameron W-105591 did have in your possession a slick pick ticket found by officer Corey Bennett during a routine shakedown.

Date of infraction: 11-11-06     Time of infraction: 4:16 (p.m.)
Location of infraction: Kitchen

Corey Bennett 11-11-06
Citing Employee's Signature/Date

I have investigated the circumstances surrounding this citation and recommend the following sanctions to be taken against this inmate:

( ) Counseling/Warning     (✓) Loss of Telephone Privileges for __15__ days
(✓) Loss of Canteen Privileges for __15__ days     ( ) Removal from Incentive Program
(✓) Loss of Visiting Privileges for __15__ days     ( ) Removal from Hobby Crafts Program
( ) Extra Duty for ____ days at ____ hours per day under supervision of _____ shift
***( ) Wear Pink Inmate Clothing for ____ days (Indecent Exposure/Exhibitionism)

Refuse to Sign   11-11-06           Jimmy L Thomas  COII
Inmate's Signature/AIS/Date           Shift Supervisor's Signature/Title

*** Wearing of PINK CLOTHING must be approved by the Warden.

After having reviewed this citation and the recommended sanction(s) presented, the following action is approved:

(✓) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below:
_____

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

15 Nov 06                    [signature] COSII  13 Nov 06
Effective Date of Sanctions     Warden/Designee's Signature/Date

Inmates receipt of completed action: X Refuse to sign  N/A
                                     Inmate's Signature/AIS/Date

Serving Officer's Initials: _____
Distribution: ( ) Captain  ( ) Shift Cmdr  ___ Shift  ( ) Business Office
(As Required) ( ) Psychologist  ( ) Classification  ( ) Central Records

Annex A to AR 403

INMATE: Jimmy Cameron                   AIS: W/105591            CELL/DORM/BED: C-1A
FACILITY: BCCF                          JOB ASGMT: Inmate o Cty   CUSTODY: MS

The above named inmate is cited by Ofcr. C. Hooks / Trainee Blizzard for the following violation(s) of institutional/departmental rules. # 64 "Posession of Contraband."
You inmate Jimmy Cameron W/105591 did have in your posession a piece of carbon paper. It was found in your locker box.

Date of infraction: 05-8-07          Time of infraction: 8:30    (a.m.) (p.m.)
Location of infraction: Dorm C1 Bed 1A

                                          Catrina Hooks  05-08-07
                                          Citing Employee's Signature/Date

I have investigated the circumstances surrounding this citation and recommend the following sanctions to be taken against this inmate:

( ) Counseling/Warning      (✓) Loss of Telephone Privileges for  10  days
(✓) Loss of Canteen Privileges for  10  days    ( ) Removal from Incentive Program
(✓) Loss of Visiting Privileges for  10  days   ( ) Removal from Hobby Crafts Program
( ) Extra Duty for ____ days at ____ hours per day under supervision of ____ shift
***( ) Wear Pink Inmate Clothing for ____ days (Indecent Exposure/Exhibitionism)

Refused To Sign  A.J.                    Arthur Jackson, Corr. Sgt
Inmate's Signature/AIS/Date              Shift Supervisor's Signature/Title

*** Wearing of PINK CLOTHING must be approved by the Warden.

After having reviewed this citation and the recommended sanction(s) presented, the following action is approved:

(✓) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below:

_____

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

10 May 07                                          9 May 07
Effective Date of Sanctions              Warden/Designee's Signature/Date

Inmates receipt of completed action: Refused to Sign  A.J.
                                     Inmate's Signature/AIS/Date

Serving Officer's Initials: A.J.

Distribution: ( ) Captain  ( ) Shift Cmdr ___ Shift  ( ) Business Office
(As Required) ( ) Psychologist  ( ) Classification  ( ) Central Records

Annex A to AR 403

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS
                        INMATE SUMMARY AS OF 05/15/2007            INST:  045
                                                                   CODE:  CORVK
*****************************************************************************

AIS: 0010559IS    INMATE: CAMERON, JIMMY FRANK
                                                           RACE: W   SEX: M
INST: 045 - BULLOCK CORRECTIONAL FACILITY    DORM:  00    JAIL CR: 000Y 00M 18D

DOB: 12/30/1948   SSN: 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

ALIAS: CAMERON, JIMMY
                                        ALIAS: CAMERON, JIMMY F
ADM DT: 12/16/1991  DEAD TIME: 000Y 00M 00D

ADM TYP: LIFE SENTENCE
                                        STAT: REMOVED FROM SEGREGATION
CURRENT CUST: MED-9   CURRENT CUST DT: 04/01/2005   PAROLE REVIEW DATE: MAR 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME   CURRENT CLASS DATE: 12/16/1991

COUNTY       SENT DT  CASE NO   CRIME
FRANKLIN    12/16/91  V91000086  BURGLARY II                JL-CR      TERM
            ATTORNEY FEES : $001955      HABITUAL OFFENDER : N   00180      LIFE    CS
            COURT COSTS   : $0000343     FINES : $0000000     RESTITUTION : $0000050
LIMESTONE   08/28/97  V97000338  PROM PRISON CNTRBND II
                                                            * 00000 002Y 00M 00D CC
TOTAL TERM         MIN REL DT        GOOD TIME BAL      GOOD TIME REV
   LIFE            00/00/0000                                          LONG DATE
                                                                       99/99/9999
INMATE LITERAL:
*****************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CONVICTED ON 05/08/1980 FOR ESCAPE II

PAROLED FRM  003:02/11/80  RVK:00/00/00  DELQ:02/11/80  RECAP:07/09/80  RTN:09/22/80
PAROLED FRM  050:10/23/00  RVK:02/07/01  DELQ:11/27/00  RECAP:11/02/00  RTN:11/21/00
PAROLED FRM  050:05/10/04  RVK:03/21/05  DELQ:01/31/05  RECAP:01/21/05  RTN:01/21/05

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
*****************************************************************************

DISCIPLINARY/CITATION SUMMARY
```

CONTINUED ON NEXT PAGE

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS
                        INMATE SUMMARY AS OF 05/15/2007              INST:   045
                                                                     CODE: CORVK

**************************       CONTINUATION       **************************
AIS: 00105591S    INMATE: CAMERON, JIMMY FRANK
                                                              RACE: W   SEX: M
******************************************************************************

DISCIPLINARY/CITATION SUMMARY
```



```
  >> CITATION: 05/09/2007
     CITATION TYPE: BEHAVIOR CITATION           CUST FROM MED9 TO MED9
     RETAINED DAYS: 0000    SEQ #: 15    AT INST: 045    RULE NUMBER: 54
                                         RULE LIT: POSSESSION OF CONTRABAND

  >> CITATION: 11/13/2006
     CITATION TYPE: BEHAVIOR CITATION           CUST FROM MED9 TO MED9
     RETAINED DAYS: 0000    SEQ #: 14    AT INST: 045    RULE NUMBER: 54
                                         RULE LIT: POSSESSION OF CONTRABAND

  >> DISCIPLINE: 06/15/2000  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 067    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 13   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 01/10/2000  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 067    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 12   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 04/30/1997  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 024    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 11   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 01/22/1997  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 024    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 10   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 11/08/1996  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 024    RULE NUMBER: 54
     RETAINED DAYS: 0000    SEQ #: 09   RULE LIT: POSSESSION OF CONTRABAND

  >> CITATION: 08/26/1996
     CITATION TYPE: BEHAVIOR CITATION           CUST FROM MED9 TO MED9
     RETAINED DAYS: 0000    SEQ #: 08    AT INST: 024    RULE NUMBER: 90
                                         RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> CITATION: 06/24/1996
     CITATION TYPE: BEHAVIOR CITATION           CUST FROM MED9 TO MED9
     RETAINED DAYS: 0000    SEQ #: 07    AT INST: 024    RULE NUMBER: 54
                                         RULE LIT: POSSESSION OF CONTRABAND

  >> DISCIPLINE: 08/10/1995  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 024    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 06   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 12/30/1993  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 024    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 05   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 06/28/1993  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                      AT INST: 024    RULE NUMBER: 90
     RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

                          CONTINUED ON NEXT PAGE
```

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS              INST:   045
                        INMATE SUMMARY AS OF 05/15/2007                CODE:   CORVK


********************************    CONTINUATION    ********************************
AIS: 001055915    INMATE: CAMERON, JIMMY FRANK              RACE: W   SEX: M
************************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 05/13/1992   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                    AT INST: 024    RULE NUMBER: 55
    RETAINED DAYS: 0000    SEQ #: 03    RULE LIT: POSS. OF UNAUTH./UNPRESC. DRUGS/I

 >> DISCIPLINE: 04/29/1992   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                    AT INST: 024    RULE NUMBER: 90
    RETAINED DAYS: 0000    SEQ #: 02    RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

 >> DISCIPLINE: 04/28/1992   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                    AT INST: 024    RULE NUMBER: 90
    RETAINED DAYS: 0000    SEQ #: 01    RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR
```

Jimmy Cameron 105541
PO Box 5107 C-1-7-A
Union Springs, Ala
36089

MONTGOMERY AL 361
22 JUN 2007 PM 2 T

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

36101+0711