In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron

v.

Richard Allen Et. Al
Prison Health Services

Case No. 206-CV-1115-MHT

## Motion To Show That Defendants Still Denying Plantiff Any Relief for His Back Pain and Suffering!

Come Now Jimmy F Cameron To Show This Honorable Court. That because of The "Cost" plantiff is still suffering Because of Pinched Nerves in His Back. and Because of The Pain Plantiff has suffered Psychological Injury as well as mental Distress and Anguish Bailey!" Because of Denial of Adequate Medical Treatment see Benefield v. McDonald 241 F 3d 1267 1272 (10 Cir 2001) See Also Harris v. Thigpin 941 1495 1509 11 Cir 1991 and by Defendant inaction To At Least Try To give Plantiff some kind of Treatment. Plainly Shows Deliberate indifference by Defendants. By All Plantiff Exhibits!

Date 7-15-07

Jimmy F Cameron
Plantiff

## Certificate of Service

Come now Jimmy F Cameron and does say that a copy of the foregoing was mailed to the Attorney for the Defendant this 15-Day of July 2007 by placing a copy in the US Mail Postage prepaid.

Rushton & Stakely & Johnson & Garrett P.C

P.O Box 270

Montgomery - Ala
    36101-0270

Date  7-15-07                    Jimmy F Cameron
                                 Plantiff

Jimmy Cameron 105591
P.O. Box 5107 C-1-7-R
Union Springs, Ala
36089

MONTGOMERY AL 361
16 JUL 2007 PM 1 T

United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711

Legal Mail