IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to show continuing denial of adequate medical treatment filed by the plaintiff on July 17, 2007 (Court Doc. No. 66), which the court construes as a motion to amend, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he wishes to proceed on claims relative to the constitutionality of the medical treatment recently provided to him he may do so by filing a separate 42 U.S.C. § 1983 action against those persons responsible for the alleged provision of such treatment.

Done this 17th day of July, 2007.

                                                /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE