In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy frank Cameron
        plantiff

RECEIVED
2007 SEP 26  A 10: 19
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

V

Case No 2:06-CV - 1115   M H T
            2:07-CV- 684  W K W

TAHIR SIDDIQ Et. AL  Defendants

## MOTION To LEAVE To AMEND

Comes Now Jimmy f Cameron in The Above style cause. To Let This Court Know That His Medical file here At Draper has been gone Through and every Document That indicated that Plantiff has ever been Disabled are ANY of Records of ALL The X RAY Reports. That This court Already has from previous Civil Actions are gone. except for The Two X RAY Reports That Were TAKEN on 1-10-06 and 8-28-06 That Plantiff had copies of from his Request for production of Records. if Plantiff had not had Those copies They would Not be in his file Doctor Siddig Really Cleaned Plantiff medical file out. Not Knowing of Plantiff Production of Records in Plantiff other civil Actions. Plantiff has sent again for his complete Body MiR I from Jasper Alabama 11-04 That Plantiff's Doctor Eli ordered. Plantiff Admits WARDEN Billups

could Not have Known about Plantiff Serious medical Conviction. Simply Because of Doctor siddiq Cleaning out Plantiff medical file. No one Else had Any Reason To Clean out Plantiff medical Record are had excess To medical Records. Other Than Doctor Siddiq. This Honorable court can Check All other Exhibits sent from Plantiff. That came from Plantiff medial file Before Plantiff file This Last civil Actions 207-CV-684-WkW. The Exhibits will Prove That Plantiff medical Record has been Picked Clean!

Jimmy F Cameron
Plantiff

Certificate of Service

Plantiff Does Say That A copy of the foregoing was mailed To The Attorney for The Defendents by Placing a copy in The U.S. mail free Legal mail This Day of 9-23-07

Rushton Stakely Johnson e Garrett P.A
Attorney at Law
P.O Box 270
Montgomery Ala 36101-0270

Jimmy F Cameron
Plantiff

Jimmy Cameron  105591
P.O. Box 1107  B-2-17-17
Elmore. Ala
36025

This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication

36101+0711

USA First-Class

MONTGOMERY AL 361

25 SEP 2007  PM 1 L

United States District Court
P.O. Box 711
Montgomery . Ala
36101 . 0711