In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
  Plantiff

V

Richard Allen Et. AL.
  Defendants

Case No 2 06-cv-1115 MHT

RECEIVED
2007 OCT -2 A 9:57
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Answer To Order on
  Motion Document # 71-1 Date filed
09-24-07

Come Now Plantiff and Does Ask This Honorable court. what Evidentiary material was filed by Defendants? Plantiff has not Received any of evidentiary material from The Defendants As of Today 9-27-07. Plantiff would like to Know what Evidentiary material has been sent To This Court." are is This what happened To Plantiff medical file? being striped of All Documents concerning Plantiff psychical Convoiction and Ailments. Plantiff is curious As To what All The Defendants have sent To The court. Alone!

Excuted on 9-27-07

Jimmy F Cameron
Plantiff

## Certificate of Service

Come now Jimmy Frank Cameron and Does say that a copy of the forgoing was mailed to Attorneys for Defendants by placing same in the US mail this 27th day of September 2007. Postage prepaid

Rushton, Stakley Johnson & Garrett PA
Attorney At Law
P.O Box 270
Montgomery Ala
36101-0270

"Notice"
Plantiff did not put a certificate of service in the Defendant copy!"

Timmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore Ala 36025

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
02 1M    $ 00.41⁰
0004243890    OCT 01 2007
MAILED FROM ZIPCODE 36025