IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,    )
                                  )
         Plaintiff,               )
                                  )
    v.                            ) CIVIL ACTION NO. 2:06-CV-1115-MHT
                                  )
RICHARD ALLEN, et al.,            )
                                  )
         Defendants.              )

## ORDER ON MOTION

Upon review of the document filed by the plaintiff on October 2, 2007 (Court Doc. No. 74), which the court construes to contain a motion for status of evidentiary materials, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  The plaintiff is advised that the defendants have filed affidavits and relevant medical records as exhibits to their special reports.

Done this 2nd day of October, 2007.


          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE