In The United States District
for The Middle District
Northern Division

Jimmy Frank Cameron Pro Se.
plantiff

V.

Richard Allen Et. AL

Case No. 206-CV-1115-MHT

RECEIVED
2007 OCT 12 A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion on Order
Document # 75-1

Come now Plantiff To Advise The Court That ALL Plantiff has Recevied was The Special Report filed on 9th Day of February 2007. Plantiff has not Recevied any exhibits except Doctor Siddig Affadivits which were with The Special Report. Plantiff Just want To be fully informed on ALL material filed by Defondants in This civil Action. Plantiff is not sure That he has Received ALL SAID material.

executed 10-10-07

Jimmy Cameron
plantiff

# Certificate of Service

Come Now Jimmy F Cameron and Does say That a copy of the forgoing was mailed to the Attorney for Defendant by placeing a copy in The Draper free Legal mail This 10 Day of october 2007

Rushton Stakely, Johnson & Garrett P/A

P.O Box 270

Montgomery, Ala
   36101-0270

Jimmy F Cameron
Plentiff

Jimmy Cameron 105591
P O Box 1107 B-2-17-A
L'More, Ala
36025

**LEGAL USE ONLY**

This correspondence [illegible]
from an Alabama [illegible]
have not been evaluated [illegible]
Department of C[illegible]
for the substance [illegible] enclosed
contraband.

United States District Court
P O Box 711
Montgomery, Ala
36101-0711

$00.41
OCT 11 2007
MAILED FROM ZIPCODE 36025