IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 12, 2007 (Court Doc. No. 76), which the court construes as a motion to clarify the order entered on October 2, 2007 (Court Doc. No. 75), and for good cause, it is

ORDERED that the motion to clarify be and is hereby GRANTED. Accordingly, the plaintiff is advised as follows:

1. On February 5, 2007, defendant Allen filed a special report supported by his affidavit. The court notes that the plaintiff acknowledged receipt of this report and addressed the arguments contained in the report in a response filed on February 14, 2007.

2. On February 28, 2007, defendants Siddiq and Prison Health Services, Inc. ("PHS") filed a special report supported by an affidavit from defendant Siddiq and relevant medical records of the plaintiff.

It is further

ORDERED that on or before October 25, 2007, the medical defendants shall provide the plaintiff with copies of the medical records filed with this court as exhibits to their February 28,

2007 special report.

    Done this 15th day of October, 2007.


                                          /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE