IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JIMMY FRANK CAMERON (AIS# 105591)** | § § § § | |
| Plaintiff, | | |
| v. | § | 2:06-CV-1115-MHT |
| | § § § | |
| **RICHARD ALLEN, et al.** | § § | |
| Defendants. | § § | |

## SUPPLEMENTAL RESPONSE TO COURT ORDER DATED OCTOBER 15, 2007

COME NOW Defendants, Prison Health Services, Inc. (hereinafter "PHS") and Tahir Siddiq, M.D. (identified in Plaintiff's Complaint as "Doctor Siddiq") in supplement to their response to this Honorable Court's Order of October 15, 2007 and show that they have submitted copies of those medical records filed with the Court as exhibits to their Special Report to Plaintiff's new address at Draper Correctional Facility. Prior records were sent to Plaintiff's former address which was listed as Bullock Correctional Facility. These Defendants submit as Exhibit "A" hereto a copy of that correspondence sent to Plaintiff producing those medical records identified to Plaintiff's new address.

Respectfully submitted this the 18th day of October, 2007.

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Prison Health Services,
Inc. and Tahir Siddiq, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
Telephone: 334-206-3260
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 18th day of October, 2007 to the following:

Jimmy Frank Cameron (AIS # 105591)
DRAPER CORRECTIONAL FACILITY
P.O. Box 1107
Elmore, AL 36025

                                              *s/ R. Brett Garrett*
                                              Of Counsel

| | LAW OFFICES | |
|---|---|---|
| CHARLES A. STAKELY<br>J. THEODORE JACKSON, JR.<br>JAMES W. GARRETT, JR.<br>ROBERT A. HUFFAKER<br>THOMAS H. KEENE<br>RICHARD B. GARRETT<br>JEFFREY W. BLITZ<br>DENNIS R. BAILEY<br>RONALD G. DAVENPORT<br>FRED W. TYSON<br>ROBERT C. BROCK<br>F. CHADWICK MORRISS<br>T. KENT GARRETT<br>FRANK J. STAKELY<br>WILLIAM S. HAYNES<br>HELEN CRUMP WELLS<br>PAUL M. JAMES, JR.<br>CHRIS S. SIMMONS<br>ROBERT C. WARD, JR. | **RUSHTON, STAKELY, JOHNSTON & GARRETT**<br>A PROFESSIONAL ASSOCIATION<br><br>184 COMMERCE STREET<br>MONTGOMERY, ALABAMA 36104<br><br>MAILING ADDRESS:<br>POST OFFICE BOX 270<br>MONTGOMERY, ALABAMA 36101-0270<br><br>WRITER'S DIRECT TELEPHONE: (334) 206-3260<br>WRITER'S DIRECT FACSIMILE: (334) 481-0808<br>EMAIL: BG@RSJG.COM | BOWDY J. BROWN<br>DANIEL L. LINDSEY, JR.<br>PATRICK M. SHEGON<br>BENJAMIN C. WILSON<br>L. PEYTON CHAPMAN, III<br>WILLIAM I. ESKRIDGE<br>ALAN T. HARGROVE, JR.<br>R. AUSTIN HUFFAKER, JR.<br>RICHARD L. McBRIDE, JR.<br>R. MAC FREEMAN, JR.<br>JAMES R. DICKENS, JR.<br>R. BRETT GARRETT<br>BETHANY L. BOLGER<br>T. GRANT SEXTON, JR.<br>STEPHEN P. DEES<br><br>*OF COUNSEL:*<br>JESSE M. WILLIAMS, III |

October 17, 2007

Jimmy Frank Cameron (AIS # 105591)
DRAPER CORRECTIONAL FACILITY
P.O. Box 1107
Elmore, AL 36025

    Re:  <u>Cameron v. Allen</u>, et al.
          U.S. District Court, Middle District of Alabama; 2:06-cv-1115-MHT

Dear Mr. Cameron:

    Enclosed you will find an additional copy of those medical records filed as an exhibit to the pending Special Report of Dr. Siddiq and PHS.

                                     Sincerely,

                                     R. Brett Garrett

RBG2/kml
Enclosures

DEFENDANT'S EXHIBIT A