In The United States District Court
for The middle District of Alabama
Northern Division

RECEIVED

Jimmy frank Cameron
2007 OCT 23 A 10: 39
Plantiff
DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

V                                    CASE NO. 206-CV-1115. MHT

Richard Allen Et. AL

Motion for Leave To AMEND
Response To Doctor Siddig
Exhibits To Special Report

Come now Jimmy f. Cameron in The Above Style
cause and Does Say That The Exhibits Sent To This Court
Does show That Doctor Siddig Did give plantiff medication
That Plantiff was not suspose To Take mainly Ibuprofen
which The exhibits plainly show Plantiffs Ellergict To and
A Lot of These Papers belong To some one Elses case
By The name of Jeremy Heath Moore Et. AL. Plantiff Does
Not even know and All The other exhibits Just Prove
Plantiff claim of Cosmetic Treatment. Plantiff has come To
The The understanding That Doctor Rayapati and
Doctor Siddig Did every Thing in Their Individual
Capacity on Their own with out ever even bringing
Plantiffs medical Problems before The Prison Health Services
officals!" Both Doctor Took full Responablity of Their
Actions Plantiff would Like To ask This Court To
Amend This civil Actions To include getting Doctor

SADDIQ and <u>Doctor Rayapati</u> case NO 206-CV-88 WHA To be sued in Their Individual Capacity. because They Both Acted in Individual Capacitys. both Defendants Do not Come under qualified immunity are Any Kind of immunity because Both Knew They were violateing The Law and The Ethics of There proffesions. Plantiff ASK This Honorable Court To Look At The Exhibits That the Defendants sent To The Court. They will Plainly Show That Doctor Siddig Did Knowling prescribe Plantiff Medication That He WAS ALLergic To!" Proof by Defendants own Exhibits!" Plantiff will Show That NONE of These Exhibits were sent To Plantiff until Plantiff filed for Them Through This Court Plantiff is sure That This is not The first Time That he WAS Left out on some of The more important Documents and Exhibits!" Plantiff ASK This Court To Just Check The Post Mark Dates on Those Exhibits!" Plantiff has Received more Adequate medical Treatment Since being sent To Draper. AND Plantiff has not Even SAW A Doctor Nothing by a NURSe Practitioner. AND Plantiff is being Told That He has A Appointement in The NEAR Futher To have his BACK Scaned by a free world Doctor. only Time will Tell. Plantiff would Like To ASK for Punitive Damages in both Cases.

Executed on 10-21-07

Jimmy F Cameron
Plantiff

## Certificate of Service

Come now Plaintiff and Does say that a copy of the forgoing was mailed to Attorney's for Defendants this day of 21 of october 2007 by Pacing said copies in the DRAPER free Legal mail

Rushton, Stakely, Johnson & Garrett P A
Attorney At Law
P O Box 270
Montgomery Ala
36101-0270

excuted on 10-21-07    Jimmy F Cannon



Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore Ala
36025

LEGAL MAIL

United States District Court
P O Box 711
Montgomery, Ala
36101-0711