In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
        Plantiff

V.                                Case No. 206-CV-1115-MHT

Richard Allen Et.AL

Motion To Leave To Amend
Motion To Dismiss Defendant
Richard Allen

Come Now Jimmy F Cameron in The Above Style cause and Does Ask This Honorable Court. To Let him Amend This complaint As follows To Dismiss Richard Allen As A Defendant and sue Doctor Siddig in his Personal Capacity. Since The Prison Commisioner is not Responsible for Doctor Siddig Personal Actions Plantiff Has Learned That Prison Health Servie No Longer Handle The Dept. of Corr. medical Service That it is now handle by .C.M.S. who filed for Bank Ruptcy in 2001 (Correctional Medical Service) Plantiff says That Doctor Siddig Did every Thing on his own Capacity. Individualy. Doctor Siddig never intended for Plantiff To get The medical Attention That Was Needed for his Ailments. Plantiff Ask This Honorable court To Let him Dismiss Commisioner Allen And Sue

Doctor Siddig in his personal capacity and C.M.S who has taken over for P.H.S see Exhibit Y. are as this court see fit

Jimmy F Cameron
Plaintiff

Certificate of Service

Come now Jimmy F. Cameron and does say that a copy of the foregoing was served on the Attorneys for the Defendant by placing a copy in the US Mail properly addressed this 14th Day of November 2007

executed on 11-14-07

Jimmy F Cameron
Plaintiff

Exhibit Y

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

| FOR MEDICAL USE ONLY |
|---|
| Date Received: _____ |
| Time Received: _____ |

**Print Name:** _____  **Date of Request:** _____

ID #: _____  Date of Birth: _____  Housing Location: _____

Nature of problem or request: _____
_____

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

**Triaged by:** _____   **Referred to:** (Circle ONE)
  Initials                NSC   Mid-level SC   Physician SC   MH   Dental
                          Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective:



Objective: BP _____  T _____  P _____  R _____  Wt _____



Assessment:          Exhibit Y

Plan:



☐   Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: _____  Date: _____  Time: _____

3-*(HEALTH SERVICES REQUEST FORM)*

**SÓLO PARA USO MÉDICO**
Fecha Recibido _____
Hora Recibido _____

**CORRECTIONAL MEDICAL SERVICES**
**FORMULARIO DE SOLICITUD PARA SERVICIOS DE SALUD**

Escriba su Nombre: _____    Fecha de Solicitud _____
(En imprenta/ letra de molde)

Número de ID _____ Fecha de Nacimiento: _____ Ubicación de la Unidad de Vivienda
_____

Tipo del problema o solicitud:
_____
_____

Doy mi consentimiento para ser tratado por el personal del cuidado de la salud para la condición o enfermedad descrita.

_____
FIRMA

**COLOQUE ESTA PAPELETA EN LA CAJA DE SOLICITUD PARA ATENCIÓN MÉDICA O EN EL ÁREA DESIGNADA - NO ESCRIBA POR DEBAJO DE ESTA PARTE**

---

**Examinado por:** _____    **Referido a: (Ponga en círculo UNO de los siguientes)**
                                NSC    Medio nivel SC    Médico SC    MH    Dental
                                Otro: _____

**DOCUMENTACIÓN DEL CUIDADO DE LA SALUD**

Subjetivo:


Objetivo: BP _____ T _____ P _____ R _____ Wt _____


Evaluación:

Plan:

   Información para el preso explicada y entregada al paciente.

   Refiera a: (Ponga un círculo al aplicable)    Medio Nivel    Médico    MH    Dental    Otro: _____

   Firma y Título: _____    Fecha: _____    Hora: _____


CMS 7166 Rev. 6/01

Jimmy Frank Cameron AIS105591
ADOC DRAPER B-2-17-A
Draper Correctional Facility
P O Box 1107
Elmore, AL 36025

MONTGOMERY AL 361

15 NOV 2007



United States District Court

P.O. Box. 711

Montgomery Ala

36101-0711

LEGAL MAIL

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."