IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1115-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend complaint filed by the plaintiff on November 16, 2007 (Court Doc. No. 83), and in light of the Recommendation entered on November 14, 2007 (Court Doc. No. 82), it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to challenge the medical treatment currently provided to him at the Draper Correctional Facility he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 19th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE