In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron

V.                                          Case No 2:06-CV-1115-MHT

Richard Allen Et. AL

Notice of objections To
Magistrate Recommendation of 11-14-07

Come Now Plantiff To Ask This Honorable Court what Part of This Civil Action was misconstrued? Plantiff original complaint was Being prescribed The wrong medication. which plantiff was Allergic To such as Ibuprofem. which was prescribed To Plantiff by Doctor siddig Knowing That Plantiff had Allegies To and giving plantiff cosmetic Treatment. In ALL AREAS The plantiff has proven all Allegation by doccuments furnished by Defendants Them selves. Plantiff does not understand what This court is TRying To Prove!" Plantiff has Proven This case Beyound Any Reasonable conclusion. Plantiff exhausted All Available Remedies That was offered At The Time of filing This civil Action without getting Any Responses from P.H.S are The Dept of Corrections see <u>Faulk V Charrier</u> 262 f.3d. 687.698 (8th cir 2001) Also see <u>wright V. Hollingsworth</u> 260 f.3d 357. 358 (5th cir 2001) Also see <u>Alexander V. Hawk</u> 159 f.3d. At 1327 - 954 F2d

705 11th Cir 1992, 1997 212 F3d 1210 Requires ALL information he can Reasonable obtain (Greviace Procedure) 42 USC § 1997 Plantiff say That This Honorable court is Taking To much for Fact of what P.H.S Claims. Plantiff Knows nothing about Any Three step grevance Procedure for Inmates!" Plantiff filed ALL Available Remedies That Plantiff knew about! Plantiff filed a motion To Dismiss Richard Allen as A Defendant The same Day plantiff Received this Order and Reccomendation of the Magistrate Judge. see Conley v Gibson 355 U.S. 41 45-46 78 S Ct. 99 2 Led 2d. 80 1957. Plantiff Does Say Being Pro Se That he Has Done every Thing Available To him To exhauste ALL Available Remedies To him!" until Plantiff was sent To Draper Correctional facility he suffered Eight Amendment violation from suffering psychological Injury from worring over getting Adequate Treatment for his Ailments. Plantiff has proven All The Allegation in this Civil Action!"

executed on 11-18-07

Jimmy F Cameron
plantiff

Certificate of Service

Come now Jimmy Frank Cameron and does say that a copy of the forgoing was mailed to the Attorneys for the Defendant by placing the same in the free Legal mail at Draper Correctional facility on 11-18-07

Rushton Stakely Johnson e Garrett P/H

PO Box 270

Montgomery. Ala
        36101-0220

executed on 11-18-07        Jimmy Cameron
                                Plentiff

*Exhibit*



**PHS**
PRISON HEALTH SERVICES INCORPORATED

**PHYSICIANS' ORDERS**

| NAME: Cameron, Jimmy | DIAGNOSIS (If Chg'd) pain |
|---|---|
| D.O.B. 12/30/48  10589 | Pamelor 25mg PO QPM x 30d |
| ALLERGIES: Ibuprofen | |
| Use Last   Date 12/29/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron, Jimmy | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12/30/48 | Antifungal Cream KOP x 20 days |
| ALLERGIES: Ibuprofen | p/o Dr Siddiq |
| Use Fourth  Date 12/27/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron, Jimmy  10589 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12/30/48 | Diagnostic II |
| ALLERGIES: | p/o Dr Siddiq |
| Use Third  Date 11/27/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  11/20/06 | Stay c̄ x 30 days po |
| ALLERGIES: | Bscd Pc |
| Use Second  Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cameron, Jimmy | DIAGNOSIS  "Notice" |
|---|---|
| D.O.B.  /  / | Advil 200 tabs 1 KOP |
| ALLERGIES: | |
| Use First  Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

11/16/06

60110 (4/03)   **MEDICAL RECORDS COPY**

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore, Ala
36025





United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711