IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JIMMY FRANK CAMERON,            )
                                )
      Plaintiff,                )
                                )     CIVIL ACTION NO.
      v.                        )      2:06cv1115-MHT
                                )          (WO)
RICHARD ALLEN,                  )
Commissioner, et al.,           )
                                )
      Defendants.               )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the constitutionality of the medical treatment provided him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of December, 2007.


  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE